SANDRA KETNER, ESQ.
Nevada Bar No. 8527
SKetner@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088
Fax: (775) 785-0087

*Attorneys for Defendant Renown Health*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUCERO SANCHEZ,<br><br>Plaintiff,<br><br>vs.<br><br>RENOWN HEALTH, a non-profit Nevada Corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-00352-MMD-WGC<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Fed. R. Civ. P. 7.1 and LR 7.1-1, the undersigned, counsel of record for Renown Health ("Defendant"), certifies that there are no other known interested individuals or entities other than the named parties. These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

DATED this 13th day of October, 2021.

   /s/ Sandra Ketner, Esq.
SANDRA KETNER, ESQ.
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509

### CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of SIMONS HALL JOHNSTON PC, over 18 years of age, and that on this date I caused to be served a true copy of the foregoing **CERTIFICATE OF INTERESTED PARTIES** on all parties to this action by the method(s) indicated below:

    X    I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court by using the ECF system which served the following registered parties electronically:

Arthur J. Bayer, Jr., Esq.
18124 Wedge Parkway, #404
Reno, Nevada 89511
abayerjr@aol.com

Luke Busby, Esq.
316 California Ave., #82
Reno, Nevada 89509
luke@lukeandrewbusbyltd.com

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct, and that this declaration was executed on October 13, 2021.

                    /s/ Gina K. Hinds
                    An Employee of Simons Hall Johnston PC