UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LUCERO SANCHEZ, ) | |
| ) | CASE NO.  3:21-cv-00352-MMD-CSD |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| ) | MINUTES OF PROCEEDINGS |
| RENOWN HEALTH, a non-profit ) | |
| Nevada Corporation, and DOES 1-20, ) | |
| Inclusive, ) | |
| ) | |
| Defendant. ) | |
| ) | DATED:  February 10, 2022 |
| ) | |

PRESENT: THE HONORABLE CRAIG S. DENNEY, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: Karen Walker    REPORTER: Liberty Court Recorder

COUNSEL FOR PLAINTIFF:    Luke Busby, Esq. and Arthur Bayer, Jr., Esq.

COUNSEL FOR DEFENDANT:    Sandra Ketner, Esq.

**MINUTES OF PROCEEDINGS:    VIDEO DISCOVERY MOTION HEARING**

3:00 p.m. Court convenes.

Pursuant to the court's standing order on civil cases, the court held an informal hearing to discuss and help resolve a discovery dispute between the parties regarding plaintiff's pending requests for production of electronically stored information (ESI).

The court notes review of Plaintiff's Motion Regarding Discovery Dispute (ECF No. 27) and Defendant's Response (ECF No. 28) outlining the discovery dispute.

After hearing the respective arguments and positions of both parties, the court encouraged the plaintiff to make ESI discovery requests reasonably targeted, clear, and specific

as practicable.  The court also encouraged the defendant to begin searches and production of responsive documents for named employees.

During the informal hearing, the parties reached a compromise for defendant Renown to begin conducting searches of ESI of 3 employees for specific time periods that are more limited than the original requests for production.  The plaintiff's counsel provided search terms to include (in addition to the plaintiff's name) to assist defendant in making the searches of ESI more targeted.

The court encouraged the parties to move forward in exchange of discovery and to continue to meet and confer to resolve any disputes in the discovery process.  The parties also understand they may seek the court's intervention if they are unable to resolve a future dispute.

There being no additional matters to address at this time, court adjourns at 3:49 p.m.

DEBRA K. KEMPI, CLERK OF COURT

By: _____/s/_____
Karen Walker, Deputy Clerk

MINUTES OF PROCEEDINGS - 2