# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUCERO SANCHEZ,<br><br>                    Plaintiff,<br><br>   v.<br><br>RENOWN HEALTH, a non-profit Nevada Corporation,<br><br>                    Defendant. | 3:21-cv-00352-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 41 |

Before the court is the Emergency Motion to Quash Subpoena of Non-Party the Nevada Equal Rights Commission (NERC) (ECF No. 41).

It appears to the court that expedited briefing is necessary due to the deposition of NERC's investigator which is scheduled for Wednesday, October 25, 2022.

**IT IS HEREBY ORDERED** that Defendant Renown Health shall file a response to the emergency motion (ECF No. 41) no later than **5:00 p.m. on Wednesday, October 19, 2022**.

DATED: October 18, 2022.

_____
UNITED STATES MAGISTRATE JUDGE