# EXHIBIT G

# EXHIBIT G

CONFIDENTIAL

**Renown.** HEALTH

Renown Urgent Care Ryland
975 Ryland Suite 101 – Reno, NV 89502-1669
Phone: 775-982-5000 - Fax: 775-982-5220

## Occupational Health Network Progress Report and Disability Certification

| Date of Service: 7/27/2016 | No Show: No | Date / Time of Next Visit: 08/04/2016 @ 3:00 PM |
|---|---|---|

| Claim Information | | |
|---|---|---|
| Patient Name: Lucero Sanchez | Claim Number: | |
| Employer: RENOWN | Date of Injury: 7/26/2016 | |
| Insurer / TPA:  WORKERS CHOICE | ID / SSN: | |
| Occupation: Cashier | Diagnosis: Diagnoses of Encounter for drug screening, Right knee injury, initial encounter, Left knee injury, initial encounter, Fall, initial encounter, Strain of right knee, initial encounter, and Strain of left knee, initial encounter were pertinent to this visit. | |

**Medical Information**

Related to Industrial Injury? Yes

Subjective Complaints:  DOI 7/26/16. Tripped and fell over cords while closing the cash register. Fell on both knees on hard flooring. Has not taken any NSAID for pain. Only able to take Tylenol due to gastric sleeve. No ice application to knees, no elevation of legs. State
s worked 8 hr shift today with 8/10 pain. C/o increased pain with ambulation, climbing stairs and bending knees. State has to carry heavy boxes which increases knee pain. Denies numbness/tingling.

Objective Findings: Right knee swelling at top of knee at femur/knee junction, no abrasion, laceration of bruising seen at right knee. Pain with straight leg raise without decreased ROM. Left knee swelling and TTP to left lateral aspect of knee joint that radiates pain
at posterior knee joint especially with straight leg raise, decreased ROM with flexion and extension of right knee due to discomfort. Favors L>R leg with ambulation. Sin sensation intact. Skin p/w/d. Equal strength with pushing of ffot but invokes pa
in L>R.

Pre-Existing Condition(s):

Assessment:  Initial Visit

| Status: Additional Care Required | Permanent Disability:No |
|---|---|

Plan: Medication

Comments:Tylenol as needed for pain, may use Voltaren cream as directed for pain.

Diagnostics: X-ray

Comments:both knee xrays

Comments:  No fractures seen on knee xrays

**Disability Information**

Status: Released to Restricted Duty

| From: 7/27/2016 | Restrictions are: Temporary |
|---|---|
| Through: 8/3/2016 | |

**Physical Restrictions**

| Sitting: | Standing: | Stooping:<br>0 hrs/day | Bending:<br>0 hrs/day |
|---|---|---|---|
| | Comments:may take frequent breaks every 2 hrs to sit down | | |
| Squatting:<br>0 hrs/day | Walking: | Climbing:<br>0 hrs/day | Pushing: |
| Pulling: | Other: | Reaching Above Shoulder (L): | Reaching Above Shoulder (R): |
| | | Reaching Below Shoulder (L): | Reaching Below Shoulder (R): |

**Not to exceed Weight Limits**

| Carrying(hrs): 0 | Weight Limit(lb): < or = to 10 pounds | Lifting(hrs): 0 | Weight Limit(lb): < or = to 10 pounds |
|---|---|---|---|

Comments: May use Tylenol as needed for pain, May use ice application for swelling as needed, May take frequent breaks every 2 hrs to ice/elevate both legs, May use OTC topical analgesic as needed for pain, May use prescribed anti-inflammatory gel as prescribed for pain, Recheck in 1 week

**Repetitive Actions**

Hands: i.e. Fine Manipulations from Grasping:

CONFIDENTIAL

| Feet i.e. Operating Foot Controls: | | | |
|---|---|---|---|
| Driving / Operate Machinery: | | | |
| Physician Name: Marisa Rodriguez | Physician Signature: e-Sign RODRIGUEZ, MARISA, F.N.P. | e-Signature: Dr. Tibor Toplenszky, Medical Director | |
| Clinic Name / Location: | Renown Urgent Care Ryland 975 Ryland Suite 101 Reno, NV 89502-1669 | Clinic Phone Number: | Dept: 775-982-5000 |
| Appointment Time: 4:00 Pm | | Visit Start Time: | |
| Check-In Time: 4:10 Pm | | Visit Discharge Time: | 5:20 PM |

Original—Treating Physician or Chiropractor    Page 2—Insurer/TPA    Page 3—Employer    Page 4—Employee

07/28/2016                          CONFIDENTIAL                    RENOWN006591

CONFIDENTIAL

**Renown.**
HEALTH

Renown Occupational Health - Ryland
975 Ryland, Suite 102 - Reno, NV 89502-1668
Phone: 775-982-4754 - Fax: 775-982-4704

## Occupational Health Network Progress Report and Disability Certification

| Date of Service: 8/4/2016 | No Show: No | Date / Time of Next Visit 8/11/2016 @ 11:30AM |
|---|---|---|

| | Claim Information | |
|---|---|---|
| Patient Name: Lucero Sanchez | Claim Number: | |
| Employer: RENOWN | Date of Injury: 7/26/2016 | |
| Insurer / TPA: Workers Choice | ID / SSN: | |
| Occupation: Cashier | Diagnosis: Diagnoses of Strain of left knee, subsequent encounter and Strain of right knee, subsequent encounter were pertinent to this visit. | |

| Medical Information |
|---|

Related to Industrial Injury? Yes

Subjective Complaints: DOI 7/26/16. Tripped and fell over cords while closing the cash register. Fell on both knees on hard flooring. She reports today that her knees have not improved. She continues with right knee pain anteriorly and left knee pain posterolateral. She states that at work she is unable to follow restrictions due to requirements of job. She has no help at work from 6am - 10am and her job has no one to cover for her and so she does a lot of walking, standing and getting orders. She never received the script for the diclofenac gel. Has taken Tylenol with little relief.

Objective Findings: Left Knee: No gross deformity. TTP posterolaterally, diffuse. Full ROM with pain in flexion. Ant/Post drawer test negative. McMurray's negative. Unable to squat due to pain.
Right Knee: Some anterolateral swelling of knee. TTP anteriorly, diffuse.
Full ROM with pain in flexion. Ant/Post drawer test negative. McMurray's inconclusive. Unable to squat due to pain.

Pre-Existing Condition(s):

Assessment: Condition Same

| Status: Additional Care Required | Permanent Disability: No |
|---|---|

Plan: Medication

Diagnostics:

Comments: X-Rays were negative for any acute abnormalities. Reordered diclofenac gel. Gave patient knee braces for both knees.

| Disability Information |
|---|

Status: Released to Restricted Duty

| From: 8/4/2016 | Restrictions are: Temporary |
|---|---|
| Through: 8/11/2016 | |

| Physical Restrictions | | | |
|---|---|---|---|
| Sitting: | Standing: < or = to 2 hrs/day | Stooping: | Bending: |
| Squatting: | Walking: < or = to 2 hrs/day | Climbing: | Pushing: |
| Pulling: | Other: | Reaching Above Shoulder (L): | Reaching Above Shoulder (R): |
| | | Reaching Below Shoulder (L): | Reaching Below Shoulder (R): |

| Not to exceed Weight Limits | | | |
|---|---|---|---|
| Carrying(hrs): | Weight Limit(lb): | Lifting(hrs): | Weight Limit(lb): < or = to 10 pounds |

Comments: Seated work 75% of time. Minimize squatting. Please allow worker to sit/stand to comfort. Provide chair if needed. Allow breaks every 2 hours to sit with legs elevated for 15 minutes. Accommodate for knee braces.

| Repetitive Actions |
|---|

Hands: i.e. Fine Manipulations from Grasping:

Feet: i.e. Operating Foot Controls:

Driving / Operate Machinery:

| Physician Name: Alan N Taylor | Physician Signature: e-SignTAYLOR, ALAN N D.O. | e-Signature: Dr. Tibor Toplenszky, Medical Director |
|---|---|---|

| Clinic Name / Location: | Renown Occupational Health - Ryland 975 Ryland, Suite 102 Reno, NV 89502-1668 | Clinic Phone Number: | Dept: 775-982-4754 |
|---|---|---|---|
| Appointment Time: | 3:00 Pm | Visit Start Time: | 2:38 PM |

CONFIDENTIAL   RENOWN006592

CONFIDENTIAL

| Check-In Time: | 2:32 Pm | Visit Discharge Time: | 3:09 PM |
|---|---|---|---|

Original—Treating Physician or Chiropractor   Page 2—Insurer/TPA   Page 3—Employer   Page 4—Employee

CONFIDENTIAL

**Renown.** HEALTH

Renown Occupational Health - Ryland
975 Ryland, Suite 102 - Reno, NV 89502-1668
Phone: 775-982-4754 - Fax: 775-982-4704

## Occupational Health Network Progress Report and Disability Certification

| Date of Service: 8/11/2016 | No Show: No | Date / Time of Next Visit: 8/25/2016 @ 9:00 AM |
|---|---|---|

| Claim Information | | |
|---|---|---|
| Patient Name: Lucero Sanchez | Claim Number: | |
| Employer: RENOWN | Date of Injury: 7/26/2016 | |
| Insurer / TPA: Workers Choice | ID / SSN: | |
| Occupation: Cashier | Diagnosis: Diagnoses of Strain of left knee, subsequent encounter and Strain of right knee, subsequent encounter were pertinent to this visit. | |

| Medical Information |
|---|
| Related to Industrial Injury? Yes |
| Subjective Complaints: DOI 7/26/16. Tripped and fell over cords while closing the cash register. Fell on both knees on hard flooring. She states that her knees have minimally improved. She is using the diclofenac gel with some improvement in her symptoms. She states that the knee braces help with pain with walking and she has been able to walk with them better. The workplace is reduced her hours to the restrictions. She feels that she would like a trial of full duty to see if she can do her normal job. |
| Objective Findings: Right knee: No gross deformity minimal swelling on the lateral aspect. Tender to palpation on the lateral aspect of knee. Full range of motion but pain with knee flexion. Anterior posterior drawer signs are negative. McMurray's elicits pain. Pain with varis and valgus stress. Left knee: No gross deformity. Tender to palpation on the lateral And posterior aspect of knee. Full range of motion but pain with knee flexion. Anterior posterior drawer signs are negative. McMurray's elicits pain. Pain with varus and valgus stress. Able to squat pain. |
| Pre-Existing Condition(s): |
| Assessment:   Condition Same |
| Status: Additional Care Required.                    Permanent Disability:No |
| Plan: PT |
| Diagnostics: |
| Comments: We'll refer to PT for continuing symptoms. Will allow patient to attempt trial of full duty with accommodation for knee braces. Follow up in 2 weeks for reevaluation. |

| Disability Information |
|---|
| Status: Released to Full Duty |
| From: 8/11/2016                    Restrictions are: Temporary |
| Through: 8/25/2016 |

| Physical Restrictions | | | |
|---|---|---|---|
| Sitting: | Standing: | Stooping: | Bending: |
| Squatting: | Walking: | Climbing: | Pushing: |
| Pulling: | Other: | Reaching Above Shoulder (L): | Reaching Above Shoulder (R): |
| | | Reaching Below Shoulder (L): | Reaching Below Shoulder (R): |

| Not to exceed Weight Limit | | | |
|---|---|---|---|
| Carrying(hrs): | Weight Limit(lb): | Lifting(hrs): | Weight  Limit(lb): |
| Comments: Please accommodate for knee braces. | | | |

| Repetitive Actions |
|---|
| Hands: i.e. Fine Manipulations from Grasping: |
| Feet: i.e. Operating Foot Controls: |
| Driving / Operate Machinery: |

| Physician Name: Alan N Taylor | Physician Signature: e-SignTAYLOR, ALAN N D.O. | e-Signature: Dr. Tibor Toplenszky, Medical Director |
|---|---|---|

| Clinic Name / Location: | Renown Occupational Health - Ryland 975 Ryland, Suite 102 Reno, NV 89502-1668 | | Clinic Phone Number! | Dept: 775-982-4754 |
|---|---|---|---|---|

CONFIDENTIAL

| Appointment Time: | 11:30 Am | Visit Start Time: | 11:25 AM |
|---|---|---|---|
| Check-In Time: | 11:17 Am | Visit Discharge Time: | 12:04 PM |

Original—Treating Physician or Chiropractor   Page 2—Insurer/TPA   Page 3—Employer   Page 4—Employee

CONFIDENTIAL

08/18/2016   17:45 Renown Damonte Urgent Care                    (FAX)775 852 2360                P.002/003

**Renown.**
HEALTH

Renown Urgent Care Damonte
197 Damonte Ranch Pkwy Unit A And B • Reno, NV 89521-2960
Phone: 775-982-5000 - Fax: 775-982-2926

## Occupational Health Network Progress Report and Disability Certification

| Date of Service: 8/18/2016 | No Show: No | Date / Time of Next Visit: 8/25/2016 |
|---|---|---|

| Claim Information | |
|---|---|
| Patient Name: Lucero Sanchez | Claim Number: |
| Employer: RENOWN *** | Date of Injury: 7/26/2016 |
| Insurer / TPA: Workers Choice *** | ID / SSN: |
| Occupation: Cashier *** | Diagnosis: Diagnoses of Contusion of right knee, subsequent encounter, Strain of right knee, subsequent encounter, Contusion of left knee, subsequent encounter, and Strain of left knee, subsequent encounter were pertinent to this visit. |

**Medical Information**

Related to Industrial Injury? Yes ***

Subjective Complaints: DOI 7/26/16. Tripped and fell over cords and fell on both knees hard on the ground. Had negative xrays. Seen in f/u in occupational health 8/4/16 and 8/11/16. Prescribed diclofenac gel which helps a little. Knee braces help a little. At her last visit she requested to go back to full regular duty because she wasn't getting her hours and wasn't getting paid. She has tried full regular duty but it is too painful and her right knee is swelling worse than before.

Objective Findings: Right knee with swelling, tlp medial and lateral joint line, flexion and extension reduced d/t pain and stiffness. Left knee with minimal swelling, non-tender but ROM limited d/t pain.

Pre-Existing Condition(s):

Assessment:   Condition Worsened

| Status: Additional Care Required | Permanent Disability:No |
|---|---|

Plan: MedicationPT
Comments:continue diclofenac gel, starting PT on Monday
Diagnostics:
Comments:

**Disability Information**

Status: Released to Restricted Duty

| From: 8/18/2016 Through: 8/25/2016 | Restrictions are: Temporary |
|---|---|

**Physical Restrictions**

| Sitting: | Standing: < or = to 2 hrs/day | Stooping: | Bending: |
|---|---|---|---|
| Squatting: | Walking: < or = to 2 hrs/day | Climbing: | Pushing: |
| Pulling: | Other: | Reaching Above Shoulder (L): | Reaching Above Shoulder (R): |
| | | Reaching Below Shoulder (L): | Reaching Below Shoulder (R): |

**Not to exceed Weight Limits**

| Carrying(hrs): | Weight Limit(lb): | Lifting(hrs): | Weight Limit(lb): |
|---|---|---|---|

Comments: Seated work 75% of time. Minimize squatting. Please allow worker to sit/stand to comfort. Provide chair if needed. Allow breaks every 2 hours to sit with legs elevated for 15 minutes. Accommodate for knee braces.

**Repetitive Actions**

Hands: i.e. Fine Manipulations from Grasping:
Feet: i.e. Operating Foot Controls:
Driving / Operate Machinery:

| Physician Name: Hillary G Wilson | Physician Signature: e-SignWILSON, HILLARY G PA-C | e-Signature: Dr. Tibor Toplenszky, Medical Director |
|---|---|---|

| Clinic Name / Location: | Renown Urgent Care Damonte 197 Damonte Ranch Pkwy Unit A And B Reno, NV 89521-2960 | | Clinic Phone Number: | Dept: 775-982-5000 |
|---|---|---|---|---|
| Appointment Time: | 5:30 Pm | Visit Start Time: | | 5:30 PM |

Received on 8/18/2016 6:02:33 PM [Pacific Daylight Time]

08/19/2016                    CONFIDENTIAL                    RENOWN006596

CONFIDENTIAL

08/18/2016    17:48 Renown Damonte Urgent Care                          (FAX)775 852 2360          P.003/003

| Check-In Time: | 5:28 Pm | Visit Discharge Time: | *** |

Original–Treating Physician or Chiropractor   Page 2–Insurer/TPA   Page 3–Employer   Page 4–Employee

Received on 8/18/2016 6:02:33 PM [Pacific Daylight Time]

08/19/2016                              CONFIDENTIAL                    RENOWN006597

CONFIDENTIAL

**Renown** HEALTH

Renown Occupational Health – Ryland

975 Ryland,  Suite 102 – Reno, NV 89502-1668

Phone: 775-982-4754 - Fax: 775-982-4704

## Occupational Health Network Progress Report and Disability Certification

| Date of Service: 8/25/2016 | No Show: No | Date / Time of Next Visit: 9/15/2016 @ 8:40AM |
|---|---|---|
| | Claim Information | |

| | |
|---|---|
| Patient Name: Lucero Sanchez | Claim Number: |
| Employer: RENOWN | Date of Injury: 7/26/2016 |
| Insurer / TPA: Workers Choice | ID / SSN: |
| Occupation: Cashier | Diagnosis: Diagnoses of Strain of left knee, subsequent encounter and Strain of right knee, subsequent encounter were pertinent to this visit. |

| Medical Information |
|---|

Related to Industrial Injury? Yes

Subjective Complaints: DOI 7/26/16. Tripped and fell over cords and fell on both knees hard on the ground. Had negative xrays. She had been released to full duty 2 weeks ago, but wasn't able to tolerated and so a few days later she was seen at urgent care restrictions were

placed. She states that she has felt some improvement in her left knee but continues with pain on the lateral aspect of the left knee. Her right knee has not improved at all since last visit, she states that she occasionally feels like it's come to give out. She uses knee braces as needed. She continues with diclofenac gel once which helps a little bit. She states that from 5-10 there is no one else at her station and so she cannot follow the work restrictions during that time. She states they were looking for another job for her to do temporarily, but have yet to resolve and her. She notes that she attended one session of PT but due to physical therapist illness to cancel today's session and was unable to schedule until September 14.

Objective Findings: Right knee: No gross deformity minimal swelling on the lateral aspect. Tender to palpation on the lateral aspect of knee. Full range of motion but pain with knee flexion. Anterior posterior drawer signs are negative. McMurray's elicits pain. Pain wit
h varus and valgus stress.

Left knee: No gross deformity. Minimally tender to palpation on the lateral  and posterior aspect of knee. Full range of motion but pain with knee flexion. Anterior posterior drawer signs are negative. McMurray's elicit
s pain. Pain with varus and valgus stress. Able to squat with pain.

Pre-Existing Condition(s):

Assessment:  Condition Same

| Status: Additional Care Required | Permanent Disability: No |
|---|---|

Plan:

Diagnostics:

Comments:  Continue PT
Continue to use knee braces as needed
Continue diclofenac gel
Follow-up 3 weeks

| Disability Information |
|---|

Status: Released to Restricted Duty

| From: 8/25/2016 | Restrictions are: Temporary |
|---|---|
| Through: 9/15/2016 | |

| Physical Restrictions | | | |
|---|---|---|---|
| Sitting: | Standing: < or = to 2 hrs/day | Stooping: | Bending: |
| Squatting: | Walking: < or = to 2 hrs/day | Climbing: | Pushing: |
| Pulling: | Other: | Reaching Above Shoulder (L): | Reaching Above Shoulder (R): |
| | | Reaching Below Shoulder (L): | Reaching Below Shoulder (R): |

| Not to exceed Weight Limits | | | |
|---|---|---|---|
| Carrying(hrs): | Weight Limit(lb): | Lifting(hrs): | Weight Limit(lb): |

Comments: Seated work 75% of time. Allowed to elevate legs periodically throughout the day. Allow to sit/stand to comfort. Accommodate for knee braces.

CONFIDENTIAL

| Repetitive Actions | | | |
|---|---|---|---|
| Hands: i.e. Fine Manipulations from Grasping: | | | |
| Feet: i.e. Operating Foot Controls: | | | |
| Driving / Operate Machinery: | | | |
| Physician Name: Alan N Taylor | Physician Signature: e-Sign TAYLOR, ALAN N D.O. | e-Signature: Dr. Tibor Teplenszky, Medical Director | |
| Clinic Name / Location: | Renown Occupational Health – Ryland 975 Ryland, Suite 102 Reno, NV 89502-1668 | Clinic Phone Number: | Dept: 775-982-4754 |
| Appointment Time: 9:00 Am | | Visit Start Time: | 9:06 AM |
| Check-In Time: | 9:03 Am | Visit Discharge Time: | 9:39 AM |

Original–Treating Physician or Chiropractor   Page 2–Insurer/TPA   Page 3–Employer   Page 4–Employee

08/26/2016

CONFIDENTIAL

CONFIDENTIAL

*Renown*
HEALTH

Renown Occupational Health – Ryland
975 Ryland, Suite 102 – Reno, NV 89502-1668
Phone: 775-982-4754 – Fax: 775-982-4704

## Occupational Health Network Progress Report and Disability Certification

| Date of Service: 9/15/2016 | No Show: No | Date / Time of Next Visit: 10/4/2016 @ 9:00AM |
|---|---|---|

| Claim Information | |
|---|---|
| Patient Name: Lucero Sanchez | Claim Number: |
| Employer: RENOWN | Date of Injury: 7/26/2016 |
| Insurer / TPA: Workers' Choice | ID / |
| Occupation: Cashier | Diagnosis: Diagnoses of Strain of left knee, subsequent encounter and Strain of right knee, subsequent encounter were pertinent to this visit. |

| Medical Information |
|---|

Related to Industrial Injury? Yes

Subjective Complaints: DOI 7/26/16. Tripped and fell over cords and fell on both knees hard on the ground. Had negative xrays. Patient states that she's been able to attend to sessions of physical therapy. She is noted significant improvement in her left knee which she states is about 75% improved. However her right knee is not improved at all. She continues to have pain over the patella and the lateral aspect of the knee especially with squatting or frequent walking. Her employer is not following restrictions and patient states that she has up walking frequently and standing mostly throughout the day. She notes that she has for physical therapy visits left.

Objective Findings: Right knee: No gross deformity minimal swelling on the lateral aspect. Tender to palpation on the lateral aspect of knee, Full range of motion but pain with knee flexion. Anterior posterior drawer signs are negative. McMurray's elicits pain. Pain with varus and valgus stress. Left knee: No gross deformity. Minimally tender to palpation on the lateral and posterior aspect of knee. Full range of motion but pain with knee flexion. Anterior posterior drawer signs are negative. McMurray's elicits pain. Pain with varus and valgus stress. Able to squat with pain.

Pre-Existing Condition(s):

Assessment: Condition Same.

| Status: Additional Care Required | Permanent Disability: No |
|---|---|

Plan:

Diagnostics:

Comments: Continue physical therapy
OTC Tylenol as needed
Continue to use knee brace as needed
Follow-up 3 weeks

| Disability Information |
|---|

Status: Released to Restricted Duty

| From: 9/15/2016 | Restrictions are: Temporary |
|---|---|
| Through: 10/4/2016 | |

| Physical Restrictions | | | |
|---|---|---|---|
| Sitting: | Standing: < or = to 2 hrs/day | Stooping: | Bending: |
| Squatting: | Walking: < or = to 2 hrs/day | Climbing: | Pushing: |
| Pulling: | Other: | Reaching Above Shoulder (L): | Reaching Above Shoulder (R): |
| | | Reaching Below Shoulder (L): | Reaching Below Shoulder (R): |

| Not to exceed Weight Limits | | | |
|---|---|---|---|
| Carrying(hrs): | Weight Limit(lb): | Lifting(hrs): | Weight Limit(lb): |

Comments: Seated work 75% of time. Allowed to elevate legs periodically throughout the day. Allow to sit/stand to comfort. Accommodate for knee braces.

| Repetitive Actions |
|---|

Hands: i.e. Fine Manipulations from Grasping:

Feet: i.e. Operating Foot Controls:

Driving / Operate Machinery:

| Physician Name: Alan N Taylor | Physician Signature: e-SignTAYLOR, ALAN N D.O. | e-Signature: Dr. Tibor Toplenszky, Medical Director |
|---|---|---|

CONFIDENTIAL

| Clinic Name / Location: | Renown Occupational Health - Ryland 975 Ryland, Suite 102 Reno, NV 89502-1668 | Clinic Phone Number: | | Dept: 775-982-4754 |
|---|---|---|---|---|
| Appointment Time: | 8:40 Am | Visit Start Time: | | 8:53 AM |
| Check-In Time: | 8:47 Am | Visit Discharge Time: | | 9:17 AM |

Original—Treating Physician or Chiropractor    Page 2—Insurer/TPA    Page 3—Employer    Page 4—Employee

09/15/2016                              CONFIDENTIAL                    RENOWN006601

CONFIDENTIAL

**Renown**
HEALTH

Renown Occupational Health - Ryland
975 Ryland,   Suite 102 - Reno, NV 89502-1668
Phone: 775-982-4754 - Fax: 775-982-4704

## Occupational Health Network Progress Report and Disability Certification

| Date of Service: 10/4/2016 | No Show: No | Date / Time of Next Visit: 10/25/2016 @ 9am |
|---|---|---|

| Claim Information | |
|---|---|
| Patient Name: Lucero Sanchez | Claim Number: |
| Employer: RENOWN | Date of Injury: 7/26/2016 |
| Insurer / TPA: Workers Choice | ID / |
| Occupation: Cashier | Diagnosis: Diagnoses of Strain of left knee, subsequent encounter and Strain of right knee, subsequent encounter were pertinent to this visit. |

| Medical Information |
|---|
| Related to Industrial Injury? Yes |

Subjective Complaints:  DOI 7/26/16. Tripped and fell over cords and fell on both knees hard on the ground. Had negative xrays.

Patient states her left knee initially improved but is worse in the last couple days especially at night. Her right knee has not shown much improvement. She continues to have pain with walking up and down steps, walking throughout the day. Occasionally feel like the kidneys. She's completed 6 out of 6 physical therapy visits with minimal improvement in the right knee and moderate improvement in the left knee.

Objective Findings: Right knee: No gross deformity minimal swelling on the lateral aspect. Tender to palpation on the lateral aspect of knee. Full range of motion but pain with knee flexion. Anterior posterior drawer signs are negative. McMurray's positive. Pain with varus and valgus stress.

Left knee: No gross deformity. Minimally tender to palpation on the lateral  and posterior aspect of knee. Full range of motion but pain with knee flexion. Anterior posterior drawer signs are negative. McMurray's elicits pain. Minimal Pain with varus and valgus stress. Able to squat with pain.

| Pre-Existing Condition(s): | |
|---|---|
| Assessment:  Condition Same | |
| Status: Additional Care Required | Permanent Disability: No |

Plan:

Diagnostics:

Comments:  Given lack of improvement in right knee will order MRI
We'll order more physical therapy for both knees.
Continue OTC NSAIDs as needed
Follow-up 3 weeks

| Disability Information | |
|---|---|
| Status: Released to Restricted Duty | |
| From: 10/4/2016 | Restrictions are: Temporary |
| Through: 10/25/2016 | |

| Physical Restrictions | | | |
|---|---|---|---|
| Sitting: | Standing: ≤ or = to 4 hrs/day | Stooping: | Bending: |
| Squatting: | Walking: ≤ or = to 4 hrs/day | Climbing: | Pushing: |
| Pulling: | Other: | Reaching Above Shoulder (L): | Reaching Above Shoulder (R): |
| | | Reaching Below Shoulder (L): | Reaching Below Shoulder (R): |

| Not to exceed Weight Limits | | | |
|---|---|---|---|
| Carrying(hrs): | Weight Limit(lb): | Lifting(hrs): | Weight  Limit(lb): |

Comments: Seated work 50% of time. Allowed to elevate legs periodically throughout the day. Allow to sit/stand to comfort. Accommodate for knee braces.

| Repetitive Actions |
|---|

CONFIDENTIAL

| | | |
|---|---|---|
| Hands: i.e. Fine Manipulations from Grasping: | | |
| Feet: i.e. Operating Foot Controls: | | |
| Driving / Operate Machinery: | | |
| Physician Name: Alan N Taylor | Physician Signature: e-SignTAYLOR, ALAN N D.O. | e-Signature: Dr. Tibor Toplenszky, Medical Director |

| Clinic Name / Location: | Renown Occupational Health - Ryland 975 Ryland,  Suite 102 Reno, NV 89502-1668 | | Clinic Phone Number: | Dept: 775-982-4754 |
|---|---|---|---|---|
| Appointment Time: | 9:00 Am | Visit Start Time: | | 8:51 AM |
| Check-In Time: | 8:47 Am | Visit Discharge Time: | | 9:15am |

Original--Treating Physician or Chiropractor    Page 2--Insurer/TPA    Page 3--Employer    Page 4--Employee

CONFIDENTIAL

**Renown**
HEALTH

Renown Occupational Health - Ryland
975 Ryland,  Suite 102 - Reno, NV 89502-1668
Phone: 775-982-4754 - Fax: 775-982-4704

## Occupational Health Network Progress Report and Disability Certification

| Date of Service: 10/25/2016 | No Show: No | Date / Time of Next Visit: 11/15/2016 @ 9am |
|---|---|---|
| | Claim Information | |
| Patient Name: Lucero Sanchez | Claim Number: | |
| Employer: RENOWN | Date of Injury: 7/26/2016 | |
| Insurer / TPA: Workers Choice | ID / SSN: | |
| Occupation: Cashier | Diagnosis: Diagnoses of Strain of left knee, subsequent encounter, Strain of right knee, subsequent encounter, and Osteoarthritis of right knee, unspecified osteoarthritis type were pertinent to this visit. | |

| Medical Information |
|---|
| Related to Industrial Injury? |
| Comments: MRI moderate to severe osteoarthritis of right knee, likely similar findings on left knee |
| Subjective Complaints:  DOI 7/26/16. Tripped and fell over cords and fell on both knees hard on the ground. Had negative xrays. |
| Patient states that he has not the same however her left knee is hurting more than her right knee. She states that she has difficulty squatting |
| because of pain. She states that they approved another 10 visits for physical therapy. |
| Objective Findings: Right knee: No gross deformity minimal swelling on the lateral aspect. Tender to palpation on the lateral aspect of knee. Full range of motion but pain with knee flexion. Anterior posterior drawer signs are negative. McMurray's positive. Pain with va |
| rus and valgus stress. |
| Left knee: No gross deformity. More tender to palpation on the lateral  and posterior aspect of knee. Full range of motion but pain with knee flexion. Anterior posterior drawer signs are negative. McMurray's elicits pain. M |
| inimal Pain with varus and valgus stress. Unable to fully squat due to pain |
| Pre-Existing Condition(s): |

| Assessment:  Condition Same | |
|---|---|
| Status: Additional Care Required | Permanent Disability: No |

| Plan: |
|---|
| Diagnostics: |
| Comments:  Continue physical therapy |
| Referral to Ortho for bilateral knee injections |
| OTC Ibuprofen as needed |
| Restricted duty |
| Follow up three weeks |

| Disability Information |
|---|
| Status: Released to Restricted Duty |

| From: 10/25/2016 | |
|---|---|
| Through: 11/15/2016 | Restrictions are: Temporary |

| Physical Restrictions | | | |
|---|---|---|---|
| Sitting: | Standing: < or = to 4 hrs/day | Stooping: | Bending: |
| Squatting: | Walking: < or = to 4 hrs/day | Climbing: | Pushing: |
| Pulling: | Other: | Reaching Above Shoulder (L): | Reaching Above Shoulder (R): |
| | | Reaching Below Shoulder (L): | Reaching Below Shoulder (R): |

| Not to exceed Weight Limits | | | | | |
|---|---|---|---|---|---|
| Carrying(hrs): | Weight Limit(lb): | Lifting(hrs): | | Weight Limit(lb): | |
| Comments: Seated work 50% of time. Allowed to elevate legs periodically throughout the day. Allow to sit/stand to comfort | | | | | |

| Repetitive Actions |
|---|
| Hands: i.e. Fine Manipulations from Grasping: |

CONFIDENTIAL

| Feet: i.e. Operating Foot Controls: | | | |
|---|---|---|---|
| Driving / Operate Machinery: | | | |
| Physician Name: Alan N Taylor | Physician Signature: e-SignTAYLOR, ALAN N D.O. | e-Signature: Dr. Tibor Toplenszky, Medical Director | |
| Clinic Name / Location: | Renown Occupational Health - Ryland 975 Ryland,  Suite 102 Reno, NV 89502-1668 | Clinic Phone Number: | Dept: 775-982-4754 |
| Appointment Time: | 9:00 Am | Visit Start Time: | 8:51 AM |
| Check-In Time: | 8:46 Am | Visit Discharge Time: | 9:30am |

Original—Treating Physician or Chiropractor    Page 2—Insurer/TPA    Page 3—Employer    Page 4—Employee

CONFIDENTIAL

**Renown.** HEALTH

Renown Occupational Health - Ryland
975 Ryland, Suite 102 - Reno, NV 89502-1668
Phone: 775-982-4754 - Fax: 775-982-4704

## Occupational Health Network Progress Report and Disability Certification

| Date of Service: 11/18/2016 | No Show: No | Date / Time of Next Visit: 12/2/2016 @ 9:00 AM |
|---|---|---|

| Claim Information | |
|---|---|
| Patient Name: Lucero Sanchez | Claim Number: |
| Employer: RENOWN | Date of Injury: 7/26/2016 |
| Insurer / TPA: Workers Choice | ID / SSN: |
| Occupation: Cashier | Diagnosis: Diagnoses of Strain of left knee, subsequent encounter, Strain of right knee, subsequent encounter, and Osteoarthritis of right knee, unspecified osteoarthritis type were pertinent to this visit. |

### Medical Information

Related to Industrial Injury?
Comments: MRI moderate to severe osteoarthritis of right knee, likely similar findings on left knee

Subjective Complaints: DOI 7/26/16. Tripped and fell over cords and fell on both knees hard on the ground. Had negative xrays, MRI of right knee showed moderate to severe osteoarthritis. Patient states that her knee pain has been about the same. She states that her right knee continues to be somewhat worse than left. She states that she has for physical therapy visits left have been helping much lately. She does have an appointment with the orthopedic specialists on November 28.

Objective Findings: Right knee: No gross deformity minimal swelling on the lateral aspect. Tender to palpation on the lateral and anterior aspect of knee. Full range of motion but pain with knee flexion. Anterior posterior drawer signs are negative. Pain with varus and valgus stress. Left knee: No gross deformity. Diffuse tenderness over lateral and posterior aspects of knee. Full range of motion but pain with knee flexion. Anterior posterior drawer signs are negative. McMurray's elicits pain. Minimal Pain with varus and valgus stress. Unable to fully squat due to pain

Pre-Existing Condition(s):
Assessment:   Condition Same

| Status: Additional Care Required | Permanent Disability: No |
|---|---|

Plan:
Diagnostics:
Comments:  Keep appointment with orthopedics
Continue Tylenol OTC as needed
Continue physical therapy
Continue restricted duty
Follow-up 2 weeks

### Disability Information

Status: Released to Restricted Duty

| From: 11/18/2016 Through: 12/2/2016 | Restrictions are: Temporary |
|---|---|

### Physical Restrictions

| Sitting: | Standing: | Stooping: | Bending: |
|---|---|---|---|
| Squatting: | Walking: | Climbing: | Pushing: |
| Pulling: | Other: | Reaching Above Shoulder (L): | Reaching Above Shoulder (R): |
| | | Reaching Below Shoulder (L): | Reaching Below Shoulder (R): |

### Not to exceed Weight Limits

| Carrying(hrs): | Weight Limit(lb): | Lifting(hrs): | Weight Limit(lb): |
|---|---|---|---|

Comments: Seated work 50% of time. Allow to sit/stand to comfort

### Repetitive Actions

Hands: i.e. Fine Manipulations from Grasping:
Feet: i.e. Operating Foot Controls:
Driving / Operate Machinery:

| Physician Name: Alan N Taylor | Physician Signature: e-SignTAYLOR, ALAN N D.O. | e-Signature: Dr. Tibor Toplenszky, Medical Director |
|---|---|---|

CONFIDENTIAL

| Clinic Name / Location: | Renown Occupational Health – Ryland<br>975 Ryland,  Suite 102<br>Reno, NV 89502-1668 | | Clinic Phone Number: | | Dept: 775-982-4754 |
|---|---|---|---|---|---|
| Appointment Time: | 2:30 Pm | Visit Start Time: | | 2:25 PM | |
| Check-In Time: | 2:10 Pm | Visit Discharge Time: | | 3:10 PM | |

Original—Treating Physician or Chiropractor    Page 2—Insurer/TPA    Page 3—Employer    Page 4—Employee

CONFIDENTIAL

43  Alan N. Taylor, DO

**ORTHOPEDIC SURGICAL ASSOCIATES**
85 Kirman Avenue, Suite #303 Reno NV  89502-1344
(775) 329-8423 /Fax (775) 329-7993
James S. Sobiek, M.D.                    Donald S. Huene, M.D.

E-724

Patient Name: Lucero Sanchez              Claim #13684 -WC
DOI: 7/26/2016                            Complaint: NP/ R knee
Surgery On:

SUBJECTIVE FINDINGS: Rt Knee pain- She turned and tripped
on Caides, both Knees impacted the floor- Right Knee
is swollen.- lateral pain- pain behind her Knee-
P.T. has not helped-

OBJECTIVE FINDINGS:

RECOMMENDATIONS:

✓ Patient Released to Full Duty without Restrictions on (date) __11_|_28_|_16___

____ Patient certified Temporarily Disabled  From_____ to_____.

____ Released to Restricted/Light/Modified Duty on (date)_____.

Permanent and Stationary    Yes_____          (No)_____

Stable   Yes_____  (No)        Rateable  Yes_____  (No)

____ No repetitive use of: _____

____ No Sitting       ____ No Standing      ____ No Pulling       ____ No Carrying

____ No Stooping      ____ No Lifting       ____ No Pushing       ____ No Walking

____ No Climbing      ____ No Reaching Above Shoulders          ____ No Bending at the Waist

____ No Repetitive Gripping or Grasping    ____ No Use L/R Upper Extremity

____ Brace On         ____ Sedentary Only/Sit Down Only

Lifting Restricted to (lbs)_____
Other:                                    Wed. Dec. 28
                                          9:45Am
Next Appointment___ 1 Mo_____
Physician's Signature_____        Date_____ 11/28/2016 09:30 AM

XR

Received on 11/29/2016 2:57:07 PM [Pacific Standard Time]

43  Alan N. Taylor, DO

## ORTHOPEDIC SURGICAL ASSOCIATES
85 Kirman Avenue, Suite #303 Reno NV  89502-1344
(775) 329-8423 /Fax (775) 329-7993

James S. Sobiek, M.D.                                    Donald S. Huene, M.D.

Patient Name: Lucero Sanchez                    Claim #13684 -WC
DOB: 7/26/2016                                          Complaint: reck- R knee
Surgery On:

SUBJECTIVE FINDINGS: Rt Knee reck- post depo/celestone inj.
-the same- still very swollen- still hurts-

OBJECTIVE FINDINGS:

RECOMMENDATIONS:

_____ Patient Released to Full Duty without Restrictions on (date) 12 28 16

_____ Patient certified Temporarily Disabled From_____ to_____.

_____ Released to Restricted/Light/Modified Duty on (date)_____

          Permanent and Stationary        Yes_____          _____No

          Stable    Yes_____    _____No          Rateable  Yes_____  No_____

_____ No repetitive use of: _____

_____No Sitting          _____No Standing          _____No Pulling          _____No Carrying

_____No Stooping        _____No Lifting            _____No Pushing         _____No Walking

_____No Climbing        _____No Reaching Above Shoulders          _____No Bending at the Waist

_____No Repetitive Gripping or Grasping          _____No Use L/R Upper Extremity

_____Brace On                              _____Sedentary Only/Sit Down Only

Lifting Restricted to (lbs)_____
Other:

Next Appointment_____ pre-op

Physician's Signature_____          Date_____ 12/28/2016 09:45 AM

SANCHEZ - 000864

**ORTHOPEDIC SURGICAL ASSOCIATES**
85 Kirman Avenue, Suite #303 Reno NV 89502-1344
(775) 329-8423 /Fax (775) 329-7993

James S. Sobiek, M.D.                                    Donald S. Huene, M.D.

Patient Name: Lucero Sanchez                    Claim #13684
        7/26/2016                                 Complaint:   **Right Knees**        Pre op      W/C
Surgery On: 1/13/2017

**SUBJECTIVE FINDINGS:**

**OBJECTIVE FINDINGS:**

**RECOMMENDATIONS:**

_____Patient Released to Full Duty without Restrictions on (date)_____

___X___Patient certified Temporarily Disabled  From_____1/11_____to_____1/18/17_____.

_____Released to Restricted/Light/Modified Duty on (date)_____.

            Permanent and Stationary       Yes_____         _____No

        Stable    Yes_____    _____No            Rateable   Yes_____   No_____

_____No repetitive use of: _____

_____No Sitting        _____No Standing        _____No Pulling        _____No Carrying

_____No Stooping       _____No Lifting         _____No Pushing        _____No Walking

_____No Climbing       _____No Reaching Above Shoulders        _____No Bending at the Waist

_____No Repetitive Gripping or Grasping        _____No Use L/R Upper Extremity

_____Brace On                      _____Sedentary Only/Sit Down Only

Lifting Restricted to (lbs)_____
Other:                                          1/18/17  845 am
_____

Next Appointment_____

Physician's Signature_____        Date_____1/11/2017 08:45 AM_____

43  Alan N. Taylor, DO

## ORTHOPEDIC SURGICAL ASSOCIATES
85 Kirman Avenue, Suite #303 Reno NV  89502-1344
(775) 329-8423 /Fax (775) 329-7993

James S. Sobiek, M.D.                              Donald S. Huene, M.D.

Patient Name:  Lucero Sanchez                    Claim #13684 -WC
DOI: 7/26/2016                                    Complaint: postop- R knee
Surgery On: 1/13/2017

SUBJECTIVE FINDINGS: 5 days post op. She is having a lot of pain.

OBJECTIVE FINDINGS:

RECOMMENDATIONS:

_____ Patient Released to Full Duty without Restrictions on (date)_____

___✓___ Patient certified Temporarily Disabled  From 1|18  to 2|6_____

_____ Released to Restricted/Light/Modified Duty on (date)_____

      Permanent and Stationary      Yes_____          _____No

      Stable   Yes_____   _____No        Rateable  Yes____  No____

_____No repetitive use of: _____

_____No Sitting        _____No Standing      _____No Pulling      _____No Carrying

_____No Stooping       _____No Lifting       _____No Pushing      _____No Walking

_____No Climbing       _____No Reaching Above Shoulders          _____No Bending at the Waist

_____No Repetitive Gripping or Grasping      _____No Use L/R Upper Extremity

_____Brace On                               _____Sedentary Only/Sit Down Only

Lifting Restricted to (lbs)_____
Other: _____  2/6/17  9/5

Next Appointment____ 2 week's

Physician's Signature_____    Date_____ 1/18/2017 08:45 AM

43 Alan N. Taylor, DO

# ORTHOPEDIC SURGICAL ASSOCIATES
85 Kirman Avenue, Suite #303 Reno NV  89502-1344
(775) 329-8423 /Fax (775) 329-7993

James S. Sobiek, M.D.                                    Donald S. Huene, M.D.

Patient Name:  Lucero Sanchez                         Claim #13684 -WC
DJI: 7/26/2016                                        Complaint: reck- R Knee
Surgery On: 1-13-17

SUBJECTIVE FINDINGS: 24 days post op - is a little better - still has swelling - pain when walking - feels weak -

OBJECTIVE FINDINGS:

RECOMMENDATIONS:

_____ Patient Released to Full Duty without Restrictions on (date)_____

_____ Patient certified Temporarily Disabled  From___2/6____to____2/20___

_____ Released to Restricted/Light/Modified Duty on (date)_____

        Permanent and Stationary        Yes_____        _____No

        Stable    Yes_____    _____No            Rateable  Yes_____  No_____

_____ No repetitive use of: _____

_____ No Sitting        _____ No Standing        _____ No Pulling        _____ No Carrying

_____ No Stooping        _____ No Lifting        _____ No Pushing        _____ No Walking

_____ No Climbing        _____ No Reaching Above Shoulders        _____ No Bending at the Waist

_____ No Repetitive Gripping or Grasping        _____ No Use L/R Upper Extremity

_____ Brace On            _____ Sedentary Only/Sit Down Only

Lifting Restricted to (lbs)_____
Other:

Next Appointment: ___ 11 weeks        Wed. Feb 22nd  9:00 am
Physician's Signature_____        Date_____2/6/2017 09:30 AM
_____

**ORTHOPEDIC SURGICAL ASSOCIATES**
85 Kirman Avenue, Suite #303 Reno NV  89502-1344
(775) 329-8423 / Fax (775) 329-7993
James S. Sobiek, M.D.                                    Donald S. Huene, M.D.

Patient Name:  Lucero Sanchez                        Claim #13684 WC
    I:  7/26/2016                                           Complaint: reck- R knee
Surgery On: 1/13/2017

SUBJECTIVE FINDINGS: Rt Knee reck- See P.T. note
Rt knee not doing good gave out on
her twice really swollen -

OBJECTIVE FINDINGS:


RECOMMENDATIONS:


_____ Patient Released to Full Duty without Restrictions on (date)_____

____✓____ Patient certified Temporarily Disabled  From_ 2/22 ____ to ____ 2 weeks ᶨ

_____ Released to Restricted/Light/Modified Duty on (date)_____

            Permanent and Stationary        Yes_____              _____No

            Stable   Yes_____   _____No                Rateable  Yes____   No____

_____ No repetitive use of: _____.

____No Sitting          _____No Standing          _____No Pulling          _____No Carrying

____No Stooping        _____No Lifting            _____No Pushing         _____No Walking

____No Climbing        _____No Reaching Above Shoulders        _____No Bending at the Waist

____No Repetitive Gripping or Grasping        _____No Use L/R Upper Extremity

____Brace On                          _____Sedentary Only/Sit Down Only

Lifting Restricted to (lbs)_____
Other:_____

Next Appointment_____ 2 weeks  Thursday March 9th  8:45 ᴘᴍ
Physician's Signature_____     Date_____ 2/22/2017 09:00 AM
_____

SANCHEZ - 000868

43  Alan N. Taylor, DO

**ORTHOPEDIC SURGICAL ASSOCIATES**
85 Kirman Avenue, Suite #303 Reno NV  89502-1344
(775) 329-8423 / Fax (775) 329-7993
James S. Sobiek, M.D.                                    Donald S. Huene, M.D.

Patient Name: Lucero Sanchez                    Claim #13684 -WC
DOI: 7/26/2016                                        Complaint: reck- R knee
Surgery On: 1/13/2017
DOB:

SUBJECTIVE FINDINGS: Rt Knee reck  See PT. note - slowly getting better.

OBJECTIVE FINDINGS:

   3/10/17 HER EMPLOYER DOES OFFER LIGHT DUTY AVAILABLE, UPON DISCUSSING
   WITH Dr. Sobiek he is okay releasing her to lght duty with the following
   restrictions
RECOMMENDATIONS:

_____ Patient Released to Full Duty without Restrictions on (date)_____

_____ Patient certified Temporarily Disabled  From_____to_____

✓ ____ Released to Restricted/Light/Modified Duty on (date)   3/9

          Permanent and Stationary     Yes_____          No_____

          Stable   Yes_____     No_____          Rateable  Yes_____  No_____

_____ No repetitive use of: _____

_____No Sitting        _____No Standing       _____No Pulling        _____No Carrying

_____No Stooping       _____No Lifting        _____No Pushing        _____No Walking

_____No Climbing       ✓___No Reaching Above Shoulders     _____No Bending at the Waist

_____No Repetitive Gripping or Grasping       _____No Use L/R Upper Extremity

_____Brace On :        ✓___Sedentary Only/Sit Down Only

Lifting Restricted to (lbs)_____
Other: elevate and Ice as need, 10min break as         Thurs. April 6
needed for  DVT  Prevention.
Next Appointment   1 Mo                                 10 15am

Physician's Signature _____          Date _____3/9/2017 08:45 AM_____

Received on 3/10/2017 2:51:04 PM [Pacific Standard Time]

03/10/2017                                              SANCHEZ - 001085

37

43 Alan N. Taylor, DO

# O'[  ]OPEDIC SURGICAL ASSOCIATES
85 Kirman Avenue, Suite #303 Reno NV 89502-1[  ]+
(775) 329-8423 /Fax (775) 329-7993

**James S. Sobiek, M.D.**                    Donald S. Huene, M.D.

Patient Name: Lucero Sanchez          Claim #13684 -WC
DOI: 7/26/2016                        Complaint: reck- R knee
Surgery On: 1/13/2017
DOB:

SUBJECTIVE FINDINGS: Rt Knee reck See P.T. note - slowly getting better.

OBJECTIVE FINDINGS:

RECOMMENDATIONS:

_____ Patient Released to Full Duty without Restrictions on (date) _____ / _____ _____

✓ Patient certified Temporarily Disabled  From   3/9   to   3/14

✓ Released to Restricted/Light/Modified Duty on (date)   3/15

Permanent and Stationary     Yes_____        ✓ No

Stable   Yes_____   _____No          Rateable   Yes_____   No_____

_____No repetitive use of: _____

_____No Sitting        _____No Standing        _____No Pulling        _____No Carrying

_____No Stooping       _____No Lifting         _____No Pushing        _____No Walking

_____No Climbing       _____No Reaching Above Shoulders               _____No Bending at the Waist

_____No Repetitive Gripping or Grasping     _____No Use L/R Upper Extremity

_____Brace On          ✓ Sedentary Only/Sit Down Only   50%

Lifting Restricted to (lbs)_____
Other: _____

                                        Thurs. April 6
                                          10:15am

Next Appointment   1 Mo

Physician's Signature _____   Date _____   3/9/2017 08:45 AM _____

**ORTHOPEDIC SURGICAL ASSOCIATES**
85 Kirman Avenue, Suite #303 Reno NV  89502-1344
(775) 329-8423 /Fax (775) 329-7993
James S. Sobiek, M.D.                                        Donald S. Huene, M.D.

Patient Name: Lucero Sanchez                    Claim #13684 -WC
· 7/26/2016                                      Complaint: reck- R knee
Surgery On: 1/13/2017
DOB:

SUBJECTIVE FINDINGS: Rt Knee reck- See P.T. note 3/29 - Rom is better, but feels the same.

OBJECTIVE FINDINGS:

RECOMMENDATIONS:

_____Patient Released to Full Duty without Restrictions on (date)_____

_____Patient certified Temporarily Disabled  From_____to_____.

____✓___Released to Restricted/Light/Modified Duty on (date)_____4 | 6 | 17_____.

            Permanent and Stationary        Yes_____        ___✓___No

            Stable   Yes_____   _____No              Rateable   Yes_____   No_____

_____No repetitive use of:_____

___✓__No Sitting          _____No Standing          _____No Pulling          _____No Carrying

_✓__No Stooping          _____No Lifting          _____No Pushing          _____No Walking

_____No Climbing          _____No Reaching Above Shoulders          _____No Bending at the Waist

_____No Repetitive Gripping or Grasping          _____No Use L/R Upper Extremity

_____Brace On                              ___✓___Sedentary Only/Sit Down Only  50 %

Lifting Restricted to (lbs)_____10 ##_____
Other:

_____          Thurs. May 4
                                                   10:15 Am
Next Appointment_____7 mo_____
Physician's Signature  [signature]_____          Date_____4/6/2017 10:15 AM_____

SANCHEZ - 000869

TAHOE FRACTURE CLINIC {SUBJEC}

43  Alan N. Taylor, DO

CONFIDENTIAL

**ORTHOPEDIC SURGICAL ASSOCIATES**
85 Kirman Avenue, Suite #303 Reno NV  89502-1344
(775) 329-8423 /Fax (775) 329-7993

James S. Sobiek, M.D.                    Donald S. Huene, M.D.

3 view
c̄ mechant.
E-724

**Patient Name: Lucero Sanchez**          Claim #13684
**DOI: 7/26/2016**                        Complaint:  __Rt Knee   w/c   recheck__
**Surgery On: 1/13/17**
**DOB:**

**SUBJECTIVE FINDINGS:** Rt Knee reck – called for P.T. note – no improvement – Still swollen – pain about the same – did get worse last week – gives out –

**OBJECTIVE FINDINGS:**

**RECOMMENDATIONS:**

_____Patient Released to Full Duty without Restrictions on (date)_____

_____Patient certified Temporarily Disabled  From_____to_____.

___✓___Released to Restricted/Light/Modified Duty on (date)_____5/4_____

        Permanent and Stationary      Yes_____      ✓No

        Stable   Yes_____      _____No              Rateable  Yes_____  No_____

_____No repetitive use of: _____

_____No Sitting          _____No Standing          _____No Pulling          _____No Carrying

_____No Stooping         _____No Lifting           _____No Pushing          _____No Walking

_____No Climbing         _____No Reaching Above Shoulders                   _____No Bending at the Waist

_____No Repetitive Gripping or Grasping          _____No Use L/R Upper Extremity

_____Brace On                               ✓Sedentary Only/Sit Down Only  50 %

Lifting Restricted to (lbs)____10#_____
Other:_____

Next Appointment___For  ♂ injection_____

Physician's Signature_____     Date_____5/4/2017 10:15 AM_____

RENOWN001540

TAHOE FRACTURE CLINIC {SUBJEC}

43  Alan N. Taylor, DO

CONFIDENTIAL

**ORTHOPEDIC SURGICAL ASSOCIATES**
85 Kirman Avenue, Suite #303 Reno  NV  89502-1344
(775) 329-8423 /Fax (775) 329-7993

<u>James S. Sobiek, M.D.</u>                                   Donald S. Huene, M.D.

**Patient Name:** Lucero Sanchez                 Claim #13684
**DOI:** 7/26/2016                                          Complaint:  <u>  Rt Knee      GelOne    W/C  </u>
**Surgery On:**
**DOB:**

**SUBJECTIVE FINDINGS:** Gel one inj-

CAT. NO. 00-1111-001-00   EDI : 00111100100
ATTACH TO PATIENT'S RECORD
Gel-One® Cross-linked Hyaluronate
⊘ Zimmer    LOT  0016H12G
BLA40400

**OBJECTIVE FINDINGS:**

**RECOMMENDATIONS:**

_____Patient Released to Full Duty without Restrictions on (date)_____

_____Patient certified Temporarily Disabled  From_____to_____.

✓  Released to Restricted/Light/Modified Duty on (date)  6/7/17  .

  Permanent and Stationary  Yes_____   No

  Stable Yes_____  _____No    Rateable  Yes_____ No____

_____No repetitive use of: _____

_____No Sitting   _____No Standing  _____No Pulling  _____No Carrying

_____No Stooping  _____No Lifting   _____No Pushing  _____No Walking

_____No Climbing  _____No Reaching Above Shoulders  _____No Bending at the Waist

_____No Repetitive Gripping or Grasping  _____No Use L/R Upper Extremity

_____Brace On    ✓ Sedentary Only/Sit Down Only  50%

Lifting Restricted to (lbs)  10#
Other:

Next Appointment  1 mth.   7-5. @ 2:15pm

Physician's Signature_____  Date_____6/7/2017 01:30 PM_____

RENOWN001541

TAHOE FRACTURE CLINIC {SUBJEC}

43  Alan N. Taylor, DO

CONFIDENTIAL

**ORTHOPEDIC SURGICAL ASSOCIATES**
85 Kirman Avenue, Suite #303 Reno NV  89502-1344
**(775) 329-8423 /Fax (775) 329-7993**

James S. Sobiek, M.D.                    Donald S. Huene, M.D.

Patient Name:  Lucero Sanchez                    Claim #13684 -WC
 DOI:  7/26/2016                                  Complaint: reck- R knee
Surgery On:
DOB:

**SUBJECTIVE FINDINGS:** 1 mth post Gel one inj.- still has swelling~
activity bothers her.

**OBJECTIVE FINDINGS:**

**RECOMMENDATIONS:**

_____Patient Released to Full Duty without Restrictions on (date)_____

_____Patient certified Temporarily Disabled  From_____to_____.

_____Released to Restricted/Light/Modified Duty on (date)____7 / 5_____.

        Permanent and Stationary        (Yes)_____          _____No

Stable ( Yes )_____    _____No        Rateable ( Yes )    No_____

_____No repetitive use of: _____

_____No Sitting        _____No Standing        _____No Pulling        _____No Carrying

_____No Stooping        _____No Lifting        _____No Pushing        _____No Walking

_____No Climbing        _____No Reaching Above Shoulders        _____No Bending at the Waist

_____No Repetitive Gripping or Grasping        _____No Use L/R Upper Extremity        Permanant

_____Brace On        _____Sedentary Only/Sit Down Only

Lifting Restricted to (lbs)_____
Other:   sitting PRA _____

Next Appointment_____Ø

Physician's Signature_____        Date_____7/5/2017 02:15 PM

RENOWN001542

TAHOE FRACTURE CLINIC {SUBJEC}

CONFIDENTIAL

**PATIENT NAME:** Lucero Sanchez
**DATE:** August 16, 2017

She is here for an evaluation of her left knee. Of note, she fell directly on both knees during her industrial injury on July 26, 2016. She has gone through an injection, followed by a lateral release for her right knee and still has problem with prolonged standing and walking with the left knee, mostly I think due to retropatellar chondromalacia. Her left knee is not nearly as bad. She has not had swelling. She mostly has crepitus and pain beneath her kneecap, which started at the time of this injury as well.

**PHYSICAL EXAMINATION:** On exam today, she has 1 to 2+ retropatellar crepitus and lateral patellofemoral facet tenderness. She has no medial or lateral joint line tenderness. She has no varus, valgus or AP instability. She has no calf tenderness or pretibial swelling.

**X-RAYS:** Five-view x-rays taken in the office today show very mild spurring off the lateral patellofemoral joint and mild spurring about the medial compartment. There is good bone stock. The patella looks like it is tracking well.

**IMPRESSION:** Retropatellar chondromalacia, almost a year status post injury, which is mild to moderately limiting to her.

**RECOMMENDATIONS:** I think an excellent option at this point, as she has done therapy for both knees in the past, would be for viscosupplementation. We will put in for this. We will keep her on full duty work regarding her left knee and see her back for her injection.

James S. Sobiek, M.D.
scs60

TAHOE FRACTURE CLINIC {SUBJEC}

43  Alan N. Taylor, DO

CONFIDENTIAL

**ORTHOPEDIC SURGICAL ASSOCIATES**
85 Kirman Avenue, Suite #303 Reno NV  89502-1344
**(775) 329-8423 /Fax (775) 329-7993**
<u>James S. Sobiek, M.D.</u>                                    Donald S. Huene, M.D.

**Patient Name:** Lucero Sanchez                    Claim #13684
**DOI:** 7/26/2016                                          Complaint: ___**Lt knee**___ **NI** ___ **W/C** ___
**Surgery On:**
**DOB:**

**SUBJECTIVE FINDINGS:** Left knee - She turned and tripped on cables, both knees impacted on the floor, pain beneath her knee cap - mostly has pain - Ø swelling -

**OBJECTIVE FINDINGS:**

**RECOMMENDATIONS:**

✓ __Patient Released to Full Duty without Restrictions on (date) 8/16

____Patient certified Temporarily Disabled  From_____to_____.

____Released to Restricted/Light/Modified Duty on (date)_____

          Permanent and Stationary        Yes_____          ____No

          Stable    Yes_____    ____No          Rateable  Yes____   No____

____No repetitive use of: _____

____No Sitting          ____No Standing          ____No Pulling          ____No Carrying

____No Stooping          ____No Lifting          ____No Pushing          ____No Walking

____No Climbing          ____No Reaching Above Shoulders          ____No Bending at the Waist

____No Repetitive Gripping or Grasping          ____No Use L/R Upper Extremity

____Brace On          ____Sedentary Only/Sit Down Only

Lifting Restricted to (lbs)_____
Other:_____

Next Appointment__ For injection
Physician's Signature_____          Date_____8/16/2017 01:30 PM _____

RENOWN001543

CONFIDENTIAL

**DATE OF SERVICE:** September 6, 2017

**PATIENT NAME:** Lucero Sanchez

**CHIEF COMPLAINT:** She is back for a Monovisc injection of the left knee.

**HISTORY OF PRESENT ILLNESS:** Again, she has had bilateral knee problems after a fall at work quite a while ago. She is still complaining of right knee pain where she had grade 4 changes, retropatellar, as well as chondral changes of her medial femoral condyle.

**MEDICATIONS:** Same as previous, reviewed and signed.

**ALLERGIES:** Same as previous, reviewed and signed.

**EXAMINATION:** On exam today, she has mostly patellofemoral facet tenderness.

**IMPRESSION:** Retropatellar chondromalacia, left knee.

**PLAN/PROCEDURES:** I have sterilely injected her left knee today with 1 amp of Monovisc and 1 cc of Celestone. She was observed in the office and was stable. She tolerated the procedure well and we will see her back in a month. We will keep her on full duty work.

She also has numerous complaints about bilateral ankle pain and states this is under her work claim though I think she would need to return to her occupational primary care doctor to have this worked up prior to being sent here, if she has any surgical indications, or she can be seen by podiatry or a foot and ankle specialist, such as Dr. Lundeen.

James S. Sobiek, M.D.
scs60

TAHOE FRACTURE CLINIC {SUBJEC}

CONFIDENTIAL

44  Alan N. Taylor, DO

### ORTHOPEDIC SURGICAL ASSOCIATES
85 Kirman Avenue, Suite #303 Reno  NV  89502-1344
(775) 329-8423 /Fax (775) 329-7993
James S. Sobiek, M.D.                    Donald S. Huene, M.D.



**Patient Name:** Lucero Sanchez            Claim #13684 WC
  **DOI:** 7/26/2016                      Complaint: Left Knee
**Surgerv On:**
**DOB:**

**SUBJECTIVE FINDINGS:** Monovisc inj - has ankle pain-

**OBJECTIVE FINDINGS:**

**RECOMMENDATIONS:**

___✓___ Patient Released to Full Duty without Restrictions on (date) ___9/6/17___

_____ Patient certified Temporarily Disabled  From_____to_____.

_____ Released to Restricted/Light/Modified Duty on (date)_____.

          Permanent and Stationary       Yes_____        ___✓___No

          Stable   Yes_____   _____No              Rateable  Yes____   No____

_____No repetitive use of: _____

____No Sitting        _____No Standing        _____No Pulling        _____No Carrying

____No Stooping       _____No Lifting         _____No Pushing        _____No Walking

____No Climbing       _____No Reaching Above Shoulders               _____No Bending at the Waist

_____No Repetitive Gripping or Grasping        _____No Use L/R Upper Extremity

_____Brace On                        _____Sedentary Only/Sit Down Only

Lifting Restricted to (lbs)_____
Other:                                              Wed. Oct 4

Next Appointment___1___mo_____          11:00 Am

Physician's Signature_____          Date_____9/6/2017 11:00 AM_____

CONFIDENTIAL

**DATE OF SERVICE:** October 4, 2017

**PATIENT NAME:** Lucero Sanchez

**CHIEF COMPLAINT:** Left knee follow up.

**HISTORY OF PRESENT ILLNESS:** She is seen back after a Monovisc injection of her left knee. She did have improvement.

**MEDICATIONS:** Same as previous, reviewed and signed.

**ALLERGIES:** Same as previous, reviewed and signed.

**EXAMINATION:** On exam, there are no signs of DVT distally. She has a trace amount of swelling today.

**IMPRESSION:** Retropatellar chondromalacia, left knee.

**PLAN/PROCEDURES:** She is not symptomatic enough that I would recommend any kind of MRI as I do not think she would be symptomatic to the point she would need surgical intervention and she agrees. She is getting close to the point of claim closure though I would like to give it one more month with light duty and then, hopefully, try to get her back to full duty work or she may need permanent restrictions. We will keep her on this light duty and see her back in one month. She is also working on trying to get her ankles open for an evaluation by a foot and ankle specialist and I have discussed this with her as well though I am not currently treating her ankles.


James S. Sobiek, M.D.
scs09

RENOWN001560

TAHOE FRACTURE CLINIC {SUBJEC}

44 Alan N. Taylor, DO

CONFIDENTIAL

**ORTHOPEDIC SURGICAL ASSOCIATES**
85 Kirman Avenue, Suite #303 Reno NV 89502-1344
**(775) 329-8423 /Fax (775) 329-7993**
<u>James S. Sobiek, M.D.</u>                    Donald S. Huene, M.D.

**Patient Name:** Lucero Sanchez                 Claim #13684   WORKERS CHOICE
**DOI:** 7/26/2016                               Complaint: Left Knee
**Surgery On:**
**DOB:**

**SUBJECTIVE FINDINGS:** Lt Knee reck- post (+ Celestone) monovisc inj. 9/6/17 — Injection helped for 2 wks - pain - pops - Ankles swell - Walks/stands a lot @ work - Swells on/off - mainly @ the end of shift.

**OBJECTIVE FINDINGS:**



**RECOMMENDATIONS:**



_____ Patient Released to Full Duty without Restrictions on (date) _____

_____ Patient certified Temporarily Disabled From _____ to _____.

✓ Released to Restricted/Light/Modified Duty on (date)   10 / 4 / 17 .

    Permanent and Stationary    Yes _____    ✓ No

    Stable   Yes _____   _____ No              Rateable   Yes _____    No _____

_____ No repetitive use of: _____

____ No Sitting        ____ No Standing        ____ No Pulling        ____ No Carrying

✓ No Stooping        ____ No Lifting           ____ No Pushing        ____ No Walking

✓ No Climbing        ____ No Reaching Above Shoulders               ____ No Bending at the Waist

____ No Repetitive Gripping or Grasping        ____ No Use L/R Upper Extremity

____ Brace On                  ✓ Sedentary Only/Sit Down Only   75%

Lifting Restricted to (lbs) __20 #__
Other:

_____                Thurs. Nov. 9
Next Appointment _____ mo _____                        2:30pm
Physician's Signature _____        Date _____ 10/4/2017 11:00 AM _____

CONFIDENTIAL

**DATE OF SERVICE:** November 9, 2017

**PATIENT NAME:** Lucero Sanchez

**CHIEF COMPLAINT:** She is back for a recheck of her left knee patellofemoral syndrome status post viscosupplementation.

**HISTORY OF PRESENT ILLNESS:** She is better though only because she has not been working where she has to lift and constantly be on her feet.

**MEDICATIONS:** Same as previous, reviewed and signed.

**ALLERGIES:** Same as previous, reviewed and signed.

**EXAMINATION:** On exam today, there is no sign of DVT.

**IMPRESSION:** Left knee patellofemoral syndrome.

**PLAN/PROCEDURES:** I think, based on both knees, that she would be best off with permanent restrictions and I have written her for this. She is permanent and stationary, stable and ratable for both knees and her permanent restrictions will be no stooping, no climbing, sedentary position 75% of the time, and lifting restricted to 20 pounds. No follow up is needed.

James S. Sobiek, M.D.
scs09

TAHOE FRACTURE CLINIC {SUBJEC}

44 Alan N. Taylor, DO

CONFIDENTIAL

**ORTHOPEDIC SURGICAL ASSOCIATES**
85 Kirman Avenue, Suite #303 Reno NV  89502-1344
**(775) 329-8423 /Fax (775) 329-7993**

James S. Sobiek, M.D.                    Donald S. Huene, M.D.

**Patient Name:** Lucero Sanchez          Claim #13684
**DOI:** 7/26/2016                        Complaint:  __Lt Knee   W/C   reck__
**Surgery On:**
**DOB:**

**SUBJECTIVE FINDINGS:** Lt Knee reck. Is a little better, but she has not been working -

**OBJECTIVE FINDINGS:**

**RECOMMENDATIONS:**

_____Patient Released to Full Duty without Restrictions on (date)_____

_____Patient certified Temporarily Disabled  From_____to_____.

✓___Released to Restricted/Light/Modified Duty on (date)___11/9/17_____.

     Permanent and Stationary            (Yes)_____        _____No

     Stable (Yes)_____    _____No       Rateable (Yes)___  No____

_____No repetitive use of: _____

____No Sitting        _____No Standing      _____No Pulling     _____No Carrying

✓No Stooping          _____No Lifting       _____No Pushing      _____No Walking

✓No Climbing          _____No Reaching Above Shoulders      _____No Bending at the Waist

_____No Repetitive Gripping or Grasping      _____No Use L/R Upper Extremity

_____Brace On              ✓Sedentary Only/Sit Down Only  75#0

Lifting Restricted to (lbs)  20#_____
**Other:**

Next Appointment  _____0_____

Physician's Signature  _____        Date_____11/9/2017 02:30 PM _____