SANDRA KETNER, ESQ.
Nevada Bar No. 8527
SKetner@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088
Fax: (775) 785-0087

*Attorneys for Defendant Renown Health*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUCERO SANCHEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>RENOWN HEALTH, a non-profit Nevada Corporation, and DOES 1-20, inclusive,<br><br>        Defendants. | Case No.: 3:21-cv-00352-MMD-WGC<br><br>**JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE** |

      Defendant, RENOWN HEALTH ("Defendant"), by and through its attorneys, and Plaintiff, LUCERO SANCHEZ ("Plaintiff"), by and through her attorneys, hereby jointly request a status conference to address unexpected difficulties related to Defendant's retrieval of some electronically stored information ("ESI") ordered by this Court and the effect on the current dispositive motion deadline. (ECF No. 54). Specifically, Defendant produced emails responsive to Plaintiff's Request for Production No. 24 seeking emails to or from Jessi Cohen by the deadline set by the Court. However, Defendant has been unable to restore and produce emails responsive to Plaintiff's Request for Production Nos. 26 and 27 seeking emails to or from Christina Vargas because the tapes on which the ESI are stored are encrypted. Defendant has not been able to locate the encryption key for two tapes that covered the relevant time period. Defendant has requested a third tape on an

expedited basis from Iron Mountain but its arrival date is not currently known.  Counsel for both parties are available on Monday, March 20, 2023, if the Court has availability to conduct a short case management conference addressing this unexpected issue.

DATED this 14 day of March 2023.   DATED this 14 day of March 2023.

SIMONS HALL JOHNSTON PC

/s/ Arthur J. Bayer, Jr.,   /s/ Sandra Ketner
Arthur J. Bayer, Jr., Esq.   Sandra Ketner, Esq.
18124 Wedge Parkway, #404   690 Sierra Rose Drive
Reno, Nevada 89511   Reno, NV  89511
*Attorney for Defendant*

/s/  Luke Busby
Luke Busby, Esq.
316 California Ave., #82
Reno, Nevada 89509

### CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of SIMONS HALL JOHNSTON PC, over 18 years of age, and that on this date I caused to be served a true copy of the foregoing **REQUEST FOR CASE MANAGEMENT CONFERENCE** on all parties to this action by the method(s) indicated below:

     X      I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court by using the ECF system which served the following registered parties electronically:

Arthur J. Bayer, Jr., Esq.
18124 Wedge Parkway, #404
Reno, Nevada 89511
abayerjr@aol.com

Luke Busby, Esq.
316 California Ave., #82
Reno, Nevada 89509
luke@lukeandrewbusbyltd.com

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct, and that this declaration was executed on March 14, 2023.

         /s/ Kelly Lee
         An Employee of Simons Hall Johnston PC