SANDRA KETNER, ESQ.
Nevada Bar No. 8527
SKetner@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088
Fax: (775) 785-0087

*Attorneys for Defendant Renown Health*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUCERO SANCHEZ,<br><br>Plaintiff,<br><br>vs.<br><br>RENOWN HEALTH, a non-profit Nevada Corporation, and DOES 1-20, inclusive,<br><br>Defendant. | Case No.:  3:21-cv-00352-MMD-CSD<br><br>**DECLARATION OF SANDRA KETNER IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

I, Sandra Ketner, hereby declares and states as follows:

1.      I am over eighteen years of age and have personal knowledge of the matters set forth in this Declaration, except as to the matters stated upon information and belief, and so to those matters I believe them to be true. I could and would competently testify about the information that this Declaration contains.

2.      I am an attorney licensed to practice law in the State of Nevada and am Of Counsel with the firm of Simons Hall Johnston PC, which represents Defendant Renown Health (hereinafter "Defendant" or "Renown") in this action.  I also represented Defendant during the Nevada Equal Rights Commission's ("NERC") investigation into Plaintiff's allegations that preceded this action.

3.      Pursuant to the Confidentiality Agreement and Stipulation for Entry of Qualified

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

Protective Order entered in this case (ECF No. 16), Defendant separately filed a Motion to File Under Seal (ECF No. 68) seeking this Court's approval to file Exhibits 1-11, which include Plaintiff's medical records and portions of deposition transcripts related to her medical records, under seal.

4.      Attached hereto as Exhibit B is a true and correct copy of relevant portions of the Deposition of Lucero Sanchez taken on August 17, 2022.

5.      Attached hereto as Exhibit C is a true and correct copy of Plaintiff's acceptance of Renown's offer for the position of Catering Coordinator/Cashier maintained in Plaintiff's personnel file, which was produced in this case as RENOWN000255 and which Plaintiff authenticated in her deposition (Ex. B, Sanchez Depo. at 30:13-31:21).

6.      Attached hereto as Exhibit D is a true and correct copy of the Catering Coordinator/Cashier Position Description maintained in Plaintiff's personnel file, which was produced in this case as RENOWN000257-RENOWN000268 and which Plaintiff authenticated in her deposition (Ex. B, Sanchez Depo. at 33:3-34:12).

7.      Attached hereto as Exhibit E is a true and correct copy of a Personnel Action Form dated 10/12/10 maintained in Plaintiff's personnel file, which was produced in this case as RENOWN000603 and which Plaintiff authenticated in her deposition (Ex. B, Sanchez Depo. at 46:20-48:8).

8.      Attached hereto as Exhibit F is a true and correct copy of the FNS Coordinator Position Description maintained in Plaintiff's personnel file, which was produced in this case as RENOWN000471-RENOWN000475 and which Plaintiff authenticated in her deposition (Ex. B, Sanchez Depo. at 48:9-50:16).

9.      Attached hereto as Exhibit G is a true and correct copy of relevant portions of the Deposition of Jessi Cohen taken on September 14, 2022.

10.     Attached hereto as Exhibit H is a true and correct copy of the relevant portions of the Deposition of Suzanne Oetjen taken on September 12, 2022.

11.     Attached hereto as Exhibit I is a true and correct copy of the relevant portions of the Deposition of Julie Macaluso taken on September 12, 2022.

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

12.     Attached hereto as Exhibit J is a true and correct copy of the relevant portions of the Deposition of Armando Hernandez-Guerrero taken on October 24, 2022.

13.     Attached hereto as Exhibit K is a true and correct copy of the relevant portions of the Deposition of Guadalupe Aguilar taken on August 2, 2022.

14.     Attached hereto as Exhibit L is a true and correct copy of the Affidavit of Christina Vargas, signed and notarized on December 8, 2022.

15.     Attached hereto as Exhibit M is a true and correct copy of the Affidavit of Ryan Clarke, signed and notarized on November 7, 2022.

16.     Attached hereto as Exhibit N is a true and correct copy of the relevant portions of the Deposition of German Pineda taken on August 18, 2022.

17.     Attached hereto as Exhibit O is a true and correct copy of a Notice of Corrective Action issued to German Pineda on or about June 29, 2015, which was produced in this case as RENOWN006442-RENOWN006443 and authenticated by Pineda in his deposition (Ex. N, Pineda Depop. at 27:16-28:14).

18.     Attached hereto as Exhibit P is a true and correct copy of Plaintiff's handwritten diary which she produced in this case as SANCHEZ001436-SANCHEZ001474 and authenticated in her deposition (Ex. B, Sanchez Depo. at 136:21-24, 137:22-138:5).

19.     Attached hereto as Exhibit Q is a true and correct copy of Plaintiff's typewritten diary which she produced in this case as SANCHEZ001266-SANCHEZ001276 and authenticated in her deposition (Ex. B, Sanchez Depo. at 142:2-23).

20.     Attached hereto as Exhibit R is a true and correct copy of Renown's Harassment Policy in effect in 2015, which Plaintiff produced in this case as SANCHEZ000742-SANCHEZ000747 and authenticated in her deposition (Ex. B, Sanchez Depo. at 145:21-146:11).

21.     Attached hereto as Exhibit S is a true and correct copy of Renown's Civil Rights Non-Discrimination Notice, which Plaintiff produced in this case as SANCHEZ001048 and authenticated in her deposition (Ex. B, Sanchez Depo. at 146:12-147:6).

22.     Attached hereto as Exhibit T is a true and correct copy of Renown's 2016 Harassment   Training,   which   Plaintiff   produced   in   this   case   as   SANCHEZ001060-

SANCHEZ001067 and authenticated in her deposition (Ex. B, Sanchez Depo. at 126:5-127:3).

23. Attached hereto as Exhibit U is a true and correct copy of Renown's Reasonable Accommodation Policy, which Plaintiff produced in this case as SANCHEZ000761-SANCHEZ000763 and authenticated in her deposition (Ex. B, Sanchez Depo. at 150:11-151:10).

24. Attached hereto as Exhibit V is a true and correct copy of Renown's Open Door Policy, which Plaintiff produced in this case as SANCHEZ000764-SANCHEZ000765 and authenticated in her deposition (Ex. B, Sanchez Depo. at 150:11-151:10).

25. Attached hereto as Exhibit W is a true and correct copy of the Personnel Action Notice dated 12/29/16 maintained in Plaintiff's personnel file, which was produced in this case as RENOWN000686 and which Plaintiff authenticated in her deposition (Ex. 1, Sanchez Depo. (Sealed) at 178:17-179:6).

26. Attached hereto as Exhibit X is a true and correct copy of Plaintiff's Annual Evaluation dated 3/18/17 maintained in Plaintiff's personnel file, which was produced in this case as RENOWN000768-RENOWN000775 and which Plaintiff authenticated in her deposition (Ex. B, Sanchez Depo. 236:12-22).

27. Attached hereto as Exhibit Y is a true and correct copy of the Charge of Discrimination filed by Plaintiff with NERC, which Plaintiff produced in this case as SANCHEZ000890-SANCHEZ000891 and authenticated in her deposition (Ex. B, Sanchez Depo. at 157:20-158:12).

28. Attached hereto as Exhibit Z is a true and correct copy of a letter that Plaintiff received from Latasha Cortez dated September 18, 2017, which Plaintiff produced in this case as SANCHEZ000786-SANCHEZ000787 and authenticated in her deposition (Ex. B, Sanchez Depo. at 240:14-241:19).

29. Attached hereto as Exhibit AA is a true and correct copy of the relevant portions of the Deposition of Rhonda Tu taken on October 24, 2022.

30. Attached hereto as Exhibit BB is a true and correct copy of the Declaration of Justin Bart signed on November 15, 2018, that Renown submitted to NERC in response to NERC's request for information, and which NERC produced in response to a subpoena issued by Renown and

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

Renown later produced in this case as RENOWN000886-RENOWN000887.

31.     Exhibit CC is a true and correct copy of a Coaching Document issued to and signed by Plaintiff on 11/18/15, which Plaintiff produced in this case as SANCHEZ000911-SANCHEZ00912.

32.     Attached hereto as Exhibit 1 is a true and correct copy of relevant portions of the Deposition of Lucero Sanchez which discuss Plaintiff's medical records.  These portions of Plaintiff's deposition transcript are subject to the terms of the Confidentiality Agreement and Stipulation for Entry of Protective Order entered in this case on October 26, 2021 (ECF No. 16) and are therefore filed under seal.

33.     Attached hereto as Exhibit 2 are true and correct copies of Plaintiff's medical records from Renown Occupational Health, which were included in Plaintiff's workers compensation claim file maintained and produced by Renown Health (RENOWN006590-RENOWN006610) or by Plaintiff (SANCHEZ000526-SANCHEZ000528) and authenticated in Plaintiff's deposition (Ex. 1, Sanchez Depo. (Sealed) at 163:2-12).  These medical records are subject to the terms of the Confidentiality Agreement and Stipulation for Entry of Protective Order entered in this case on October 26, 2021 (ECF No. 16) and are therefore filed under seal.

34.     Attached hereto as Exhibit 3 is a true and correct copy of the Light Duty Job Offer that Plaintiff accepted, which was produced in this case by Plaintiff (SANCHEZ000877) and authenticated in her deposition (Ex. 1, Sanchez Depo. (Sealed) at 164:12-22).  This document is subject to the terms of the Confidentiality Agreement and Stipulation for Entry of Protective Order entered in this case on October 26, 2021 (ECF No. 16) and is therefore filed under seal.

35.     Attached hereto as Exhibit 4 are true and correct copies of Plaintiff's medical records related to Plaintiff's treatment with Dr. James Sobiek, which were either produced by Tahoe Fracture Orthopedic Clinic and Spine in response to a subpoena and authenticated by a Custodian of Records Certificate    (RENOWN001540-RENOWN001546,    RENOWN001547,    RENOWN001549, RENOWN001553, RENOWN001554-RENOWN1560, RENOWN001583) or produced by Plaintiff (SANCHEZ00864, SANCHEZ000869) and authenticated in her deposition (Ex. 1, Sanchez Depo. (Sealed) at  194:13-195:4, 202:1-6).   These medical records are subject to the terms of the

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

Confidentiality Agreement and Stipulation for Entry of Protective Order entered in this case on October 26, 2021 (ECF No. 16) and are therefore filed under seal.

36.   Attached hereto as Exhibit 5 are true and correct copies of a photograph of a stool taken by and produced in this case by Plaintiff (SANCHEZ000039-SANCHEZ000040) and authenticated in her deposition (Ex. 1, Sanchez Depo. (Sealed) at 196:9-19, 198:1-9). This document is part of a packet subject to the terms of the Confidentiality Agreement and Stipulation for Entry of Protective Order entered in this case on October 26, 2021 (ECF No. 16) and is therefore filed under seal.

37.   Attached hereto as Exhibit 6 is a true and correct copy of a Reasonable Accommodation Offer dated 7/21/17, which was produced in this case by Plaintiff (SANCHEZ001096-SANCHEZ001097) and authenticated in her deposition (Ex. 1, Sanchez Depo. (Sealed) at 205:6-206:8). This document is subject to the terms of the Confidentiality Agreement and Stipulation for Entry of Protective Order entered in this case on October 26, 2021 (ECF No. 16) and is therefore filed under seal.

38.   Attached hereto as Exhibit 7 is a true and correct copy of the Reasonable Accommodation Offer dated 11/14/17 that Plaintiff accepted, which was produced in this case by Renown (RENOWN001164) and authenticated by Plaintiff in her deposition (Ex. 1, Sanchez Depo. (Sealed) at 218:8-219:9). This document is subject to the terms of the Confidentiality Agreement and Stipulation for Entry of Protective Order entered in this case on October 26, 2021 (ECF No. 16) and is therefore filed under seal.

39.   Attached hereto as Exhibit 8 is a true and correct copy of relevant portions of the Deposition of Shawn Lavac which discuss Plaintiff's medical records. These portions of Lavac's deposition transcript are subject to the terms of the Confidentiality Agreement and Stipulation for Entry of Protective Order entered in this case on October 26, 2021 (ECF No. 16) and are therefore filed under seal.

40.   Attached hereto as Exhibit 9 is a true and correct copy of relevant portions of the Deposition of James Sobiek, M.D., which discuss Plaintiff's medical records. These portions of Dr. Sobiek's deposition transcript are subject to the terms of the Confidentiality Agreement and

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

Stipulation for Entry of Protective Order entered in this case on October 26, 2021 (ECF No. 16) and are therefore filed under seal.

41.      Attached hereto as Exhibit 10 is a true and correct copy of relevant portions of the Deposition of Sanjai Shukla, M.D., which discuss Plaintiff's medical records.  These portions of Dr. Shukla's deposition transcript are subject to the terms of the Confidentiality Agreement and Stipulation for Entry of Protective Order entered in this case on October 26, 2021 (ECF No. 16) and are therefore filed under seal.

42.      Attached hereto as Exhibit 11 is a true and correct copy of relevant portions of the Deposition of Richard Brown, which discuss Plaintiff's medical records.  These portions of Brown's deposition transcript are subject to the terms of the Confidentiality Agreement and Stipulation for Entry of Protective Order entered in this case on October 26, 2021 (ECF No. 16) and are therefore filed under seal.

I declare under penalty of perjury under the laws of the United States of America and the State of the Nevada that the foregoing is true and correct.

DATED:  August 11, 2023

SANDRA KETNER, ESQ.
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088