# EXHIBIT C

# EXHIBIT C


Washoe Health System

May 25, 2005

Lucero Sanchez
7721 Pickering Cir
Reno, NV 89511

Dear Lucero Sanchez :

Please accept this letter as Washoe's offer of employment as the Catering Coordinator/ Cashier at Washoe Medical Center, South Meadows-400  Your knowledge, skills and abilities will continue to help us in achieving our purpose, to make a genuine difference for the many lives we touch by optimizing our patients' health care experience   Your starting hourly salary as a non-exempt employee is **$13.175**    The effective date of your transfer will be **5/23/05**.

As noted in Washoe Health System's Employment Application, employment with Washoe Health System is at the mutual consent of both the employee and Washoe Health System  Accordingly, while Washoe Health System has every hope that employment relationships will be mutually beneficial and rewarding, unless otherwise agreed to in writing both the employee and Washoe Health System retain the right to terminate the employment relationship at will, at any time, for any reason, with or without cause or advanced notice  You will be an at will employee subject to all the policies and procedures that apply to Washoe Health System's employees

Please sign this letter to signify your acceptance for the Catering Coordinator/ Cashier position and return it to Human Resources   My fax number is 775-982-7050, or you may return it in the envelope provided   If you have any questions please contact me at 775-982-7046

Sincerely,

*Scott Thompson* (signature)

Scott Thompson
HR Employment Specialist

OFFER ACCEPTED SUBJECT TO THE CONDITIONS

EXPRESSED HEREIN
Employee Signature  *Lucero Sanchez*    Date  5/26/05