# EXHIBIT D

# EXHIBIT D

5/26/05

WASHOE HEALTH SYSTEM
WASHOE MEDICAL CENTER

*Jucro Sanchez*

## POSITION DESCRIPTION

| | |
|---|---|
| Position Title | Catering Coordinator/ Cashier |
| Org No /Job Class No / Cost Center | 400/232106 |
| Department | Food and Nutrition Services |
| Approval | |
| | Director, Food & Nutrition            Date |
| | Competency Committee            Date |
| Date Originated | April 10, 2005 |
| Reviewed/Revised | |

**RELATIONSHIPS:**

| | |
|---|---|
| Reports To | Manager of Food & Nutrition Services |
| Subordinate Staff | None |
| Other Internal Contacts | Finance Manager, Cooks, Food & Nutrition workers, Supervisors, Secretary, Staff, Residents, Restaurant Customers, and General Public |
| External Contacts | Education Department, Environmental Service, Administration, Physicians, outside catering contacts, hospital personnel, and general public |

**POSITION PURPOSE:**

This position is accountable for providing individualized service to all customers requesting a catering or banquet at Washoe Medical Center South Meadows, along with assisting Finance Manager as needed, WMC, 1000 Ryland WHS Administrative Building, 850 Harvard and any other Washoe facilities and other <u>special events</u> to include Washoe Medical Foundation and outside contracted private events Primary responsibility will be for services provided to WMCSM Responsible & Accountable for the cash flow through the restaurant The incumbent's primary function is to take in monies and make change for food items purchased

1

## NATURE AND SCOPE:

This position is accountable for the accurate & timely billing of events, usage of catering program to ensure proper cost   Is responsible for delegation of events to subordinate staff and units such as Remedee's or Washoe Medical Center

The major challenges to this position include the timely set up of all food items, attractive service, as well as appropriate timing or replenishing foods   This position is also challenged to deal diplomatically with customers and guests   The incumbent shall meet with all customers concerning catering, shall write up paper work and coordinate with culinary team and service team to ensure proper menu and set up for all functions

The incumbent may determine set up of items in chaffers, presentation, provide input as to favorite/least favorite items served to guest and question the services for food items that appear to not be up to standard

The coordinator shall have the responsibility to decorate for special holiday functions.

The incumbent will be required to work special catering functions on and off station Evening, weekends and holidays may be required   This position also is challenged with providing quick friendly efficient and professional service to restaurant guests, keeping their section of the restaurant clean at all times, and completing assigned work in a timely matter

The incumbent has the authority to provide refunds to dissatisfied customers, deny food/beverage service to patients without authorized requisition and contact Security personnel regarding disruptive behaviors of customers
As the daily department changes, other duties may be assigned

*It is common to encounter potential hazards in the healthcare environment  Some of these hazards could include, but are not limited to  Radiation, Toxic Chemicals, Biological Hazards, Heat, Noise, Dust and Stress  Washoe Health Systems has a Safety Management Program in place addressing these issues  WHS*

## Minimum Qualifications:

2

| | |
|---|---|
| <u>Education</u> | High school diploma or equivalent with additional food-related coursework preferred   Requires the ability to read, write and speak English |
| <u>Experience</u> | Three years experience in catering and menu planning preferred   Two years previous banquet service   One-year experience operating a cash register preferred |

<u>License (s)/Certification (s)</u>   Washoe County Sanitation Certificate

## KNOWLEDGE, SKILLS & ABILITIES

1    Adopts a philosophy consistent with the WHS Corporate Culture Statement and models " The Standards Of Conduct "

2    Organizational abilities.

3    Knowledge of proper techniques of food handling.

4    **Knowledge of proper table setting and service**

5    Ability to communicate effectively and in a pleasant manner when working with Washoe Health System/Washoe Medical Center South Meadows staff and the general public

6    Knowledge of room set-up for a variety of functions

7    Ability to work in a fast pace environment.

8    Ability to interact cooperatively with persons of differing social/economic backgrounds

9    Ability to operate a cash register

10   Math skills to make calculations for charging weighing food items, making correct change and completing daily cash box records for accounting department

11   Ability to read, follow verbal and written instructions

12   Effective communication skills to meet and work with the public

## **PHYSICAL REQUIREMENTS:**

3

## TEMPERATURE

| Normal | X |
|---|---|
| Abnormal | |

| Cold temperatures | From | Nrml | To | 0° |
|---|---|---|---|---|
| Heat temperatures | From | nrml | To | 120° |

## HUMIDITY

| Normal | X |
|---|---|
| Dry | X |

## OTHER HAZARDS

| Mechanical | | Gas | |
|---|---|---|---|
| Explosive | | Poor ventilation | |
| Biological | | Radiation | |
| Electrical | X | Chemical | X |
| Fumes | X | Fire | X |
| Dust | | Odors | X |
| Other | | | |

Describe                       Must be able to go into refrigerators and freezer to, handle hot & cold food products

Percentage of time spent outside     10% (Outside function/special events)

Protective Clothing Required:     None

## PHYSICAL ACTIVITY

Percentage of time during the normal work day the employee is required to (in percentages)

4

| Sit | 20% | Stand | 40% | Walk | 20% | Run | 0% |
|---|---|---|---|---|---|---|---|
| Squat | Occ | Bend | Occ | Twist | 5% | Lift | 10% |
| Kneel | Occ | Drive | 0% | Climb | 0% | Crawl | 0% |
| Reach above shoulder | Occ | Push | 5% | Pull | 5% | Other | |

Other (explanation) _____

Maximum *consecutive* time during the normal work day for each activity (in minutes):

| Sit | 30 min | Stand | 180 min | Walk | 30 min | Run | 0 min |
|---|---|---|---|---|---|---|---|
| Squat | 5 min | Bend | 15 min | Twist | 10 min | Lift | 20 min |
| Kneel | 5 min | Drive | 0 min | Climb | 0 min | Crawl | 0 min |
| Reach above shoulder | 5 min | Push | 10 min | Pull | 10 min | Other | |

Other (explanation) _____

## TOOLS/EQUIPMENT USED

Frequency of Use

| Tools/Equipment | Occasionally (01 – 33%) | Frequently (34 - 66%) | Continuously (67 - 100%) |
|---|---|---|---|
| Coffe/Tea maker | | X | |
| Carts | | X | |
| Steamtables | | X | |
| Chaffing Dishes | | X | |
| Calculator | | X | |
| Cash Register | | | X |
| Telephone | | X | |
| Computer | | X | |

## REPETITIVE USE OF HANDS & FEET:

5

|  | Not Req'd | Occasional (01 - 33%) | Frequent (34 - 66%) | Continuous (67 - 100% |
|---|---|---|---|---|
| Simple grasping |  |  | X |  |
| Pushing/Pulling |  | X |  |  |
| Typing/Data Entry |  |  | X |  |
| *Fine Manipulation |  | X |  |  |
| Repetitive use of Foot/feet in Operating Machine controls | X |  |  |  |

## SENSORY REQUIREMENTS

Speech and hearing for communication, vision for reading, touch for detecting heat, and smell for detecting malfunctions and hazardous odors

Weight required to be manually lifted each normal work day
(Occas = 1 - 33%, Freq = 34 - 66%, Contin = 67 - 100%)

|  | Not Req'd | Occasional | Frequent | Continuous |
|---|---|---|---|---|
| Up to 10 lbs |  |  |  | X |
| Up to 20 lbs |  |  |  | X |
| Up to 35 lbs |  | X |  |  |
| Up to 50 lbs | X |  |  |  |
| Up to 75 lbs | X |  |  |  |
| Up to 100 lbs | X |  |  |  |
| Over 100 lbs | X |  |  |  |

**LIFTING AND CARRYING:**        Lifts pans of food and cases onto carts, frequently carries trays with hot food, coffee, coffee pots, serving utensils, bus tubs, banquets tables, chairs and floral displays at waist level weighing up to 35 pounds

**ESSENTIAL FUNCTIONS:**

6

| Weight | | Function |
|---|---|---|
| **10%** | **1.** | **Actively supports the WHS Corporate Culture Standards by Modeling the Standards Of Conduct (see attached addendum)** *(Performance Standards I)* |
| **10%** | **2.** | **Performs booking, organizing, billing, set-up, menu planning, record keeping for all catered functions.** *(Performance Standards I)* |
| **20%** | **3.** | **Ensures proper and timely set-up of catering and banquets, and oversees smooth operation throughout service.** *(Performance Standards I)* |
| **10%** | **4.** | **Coordinates holiday and special WMCSM Events including decorating, menu planning and marketing.** *(Performance Standards I)* |
| **10%** | **5.** | **Provides an accurate accounting of all monies, including the accurate & timely billing for all catering functions, including the proper recording of catering revenue and help to estimate the costs of providing service.** |
| **10%** | **6.** | **Provides fast, accurate, continuous service to customers** |
| **10%** | **7.** | **Participates in financial management and productivity goals.** *(Performance Standards II)* |
| **10%** | **8.** | **Customer Satisfaction** *(Performance Standards II)* |
| **10%** | **9.** | **Quality Programs** *(Performance Standards II)* |

## MARGINAL FUNCTIONS:

None

7

## PERFORMANCE STANDARDS

*The appropriate standard used for measurement of each item is specified under the "Essential Functions" section of the job description (previous page)*

### PERFORMANCE STANDARDS I:

4 = Always

2 - Usually

0 = Seldom

### PERFORMANCE STANDARDS II:

4 =   Exceeds  Based on the criteria established, this employee's performance is exceptional and is matched by very few individuals  The employee has demonstrated performance at a level well beyond that normally expected of the majority of employees in similar positions

2 =   Meets  Based on the criteria established, this employee's performance **meets the organization's high expectations for the job.  This employee's** performance requires little improvement in this area and is usually proficient  This employee is an asset to the organization

0 =   Does Not Meet  Based on the criteria established, this employee's performance is marginally acceptable and in need of improvement  This employee is not meeting the organization's expectations in this area

## Performance Standards

| | | |
|---|---|---|
| **10%** | **1.** | **Actively supports the WHS Corporate Culture Standards by Modeling The Standards Of Conduct.** |
| **10%** | **2.** | **Performs booking, organizing, billing, set-up, menu planning, and record keeping for all catered functions.** |
| _____ | a. | Coordinates all banquet menus with the client, FNS Director, and Chef This includes costing for functions |
| _____ | b | Coordinates all banquet set-ups with the Catering Aide and Culinary staff Distributes catering functions between WMC & Remedee's utilizing knowledge of profit and not for profit events |
| _____ | c | Schedules all banquets per established policy in an accurate and timely manner, returning clients' calls by the end of the day |
| _____ | d. | For all catered functions and special events, billing is done and recorded for credit in a timely manner |
| _____ | e | Records will be kept on repetitive, yearly functions, typed notes will be kept for comparison from year to year |
| _____ | | Total Points Divided by 5 = _____ |

Comments

_____
_____
_____

| | | |
|---|---|---|
| **20%** | **3.** | **Ensures proper, timely set-up of event and oversees smooth operation throughout service.** |
| _____ | a. | Ensures all hot and cold food is ready for service prior to serving time |
| _____ | b | Ensures all items are stocked throughout service |
| _____ | c | Ensures cleanliness of all equipment, serving areas, chaffers, etc |
| _____ | d. | Assists in any service area as needed |
| _____ | e | Ensures daily signage is in place prior to serving time, replaces |

9

|  |  | worn signs as needed |
|---|---|---|
| ____ | f. | Ensures beverage bar is set up and stocked as needed |
| _____ |  | Total Points divided by 6 = _____ |

Comments

_____
_____
_____


| 10% | 4. | **Coordinates catering and special events including decorations, menu planning and marketing.** |
|---|---|---|
| ____ | a | Ensures tasteful decoration of event prior to all functions and for all promotions and holidays |
| ____ | b. | Coordinates menus for special events with FNS Manager, Finance Manager & culinary staff |
| ____ | c. | Ensures rooms are cleaned and catered items are picked up and cleaned immediately following functions |
| _____ |  | Total Points Divided by 3 = _____ |

Comments

_____
_____
_____


| 10% | 5. | **Provides an accurate accounting of all monies. All Revenue recorded properly.** |
|---|---|---|
| ____ | a | Ensures the Daily Cash Box Record is filled out accurately and neatly after each shift |
| ____ | b | Ensures all kick out receipts for Doctor, Volunteer and Comp meals are attached to Cash Box Records |
| ____ | c. | Ensures protocol is always followed when making a Money drop to the safe for the business office |
| ____ | d | Ensures accurate and timely billing for catering functions, including proper recording of revenues, helps to determine the estimated cost of providing catered |

RENOWN000266

\_\_\_\_        Total Points divided by 4\_\_\_\_\_

**10%   6.   Provides fast, accurate, continuous service to customers.**

\_\_\_\_        a    Completes customer transaction at cash register within 30
                    Seconds and a receipt is given with each transaction
\_\_\_\_        b    Treats all customers courteously and assists, as needed
                    at all times
\_\_\_\_        c    Changes in non-programmed prices are comm-
                    itted to memory within three days

\_\_\_\_        d.   Completes buying of change from Bank
                    at the end of shift to maintain sufficient change in
                    register

\_\_\_\_        Total Points Divided by 4=\_\_\_\_\_

**10%   7.   Participates in financial management and productivity goals.**

\_\_\_\_   Meets departmental financial goals as determined by Administration for
       the fiscal year based on a rolling 12 month period

Comments.

_____
_____
_____

**10%   8   Customer Satisfaction.**

\_\_\_\_        **a.   WMC Based Patient Satisfaction Goal**

       The average percentage of favorable responses for the entity-specific
       items on the patient satisfaction survey will be within the range
       established by Administration for the fiscal year

\_\_\_\_        **b.   Internal Customer Satisfaction**

       The average percentage of favorable responses on the house-wide internal

11

        customer service survey will show improvement from the baseline survey by a percentage to be determined

_____   Total Points Divided by 2 = _____

Comments:

_____
_____
_____

**10%**    **9.**    **Quality Programs**

_____    a    Perpetual Quality Improvement (See attached PQI addendum)

_____    b    JCAHO (see attached JCAHO addendum)

_____    Total Points divided by 2 = _____

Comments.

_____
_____
_____

12