# EXHIBIT E

# EXHIBIT E



## Personnel Action Form Details and Current Status.

[ Click here to print a copy for your files ]

**Transaction type:**
**Compensation Changes**

*Vice President*( )   HR Override   10/12/2010 12 26 30 PM
*Hr Business Partner*(Jessi Russell)   Approved   10/12/2010 12 26 30 PM
*Second supervisor*(Suzanne Oetjen)   Approved   10/12/2010 12 20 46 PM
*First supervisor*(Jessi Russell)   10/12/2010 12 09 31 PM
*Created by*(Jessi Russell)   10/12/2010 12 14 47 PM

**A General Information**

| * First Name | MI | * Last Name | Employee ID Number | * Location (Mailcode) |
|---|---|---|---|---|
| Lucero |  | Sanchez | 15129 | sm19 |

| * Org/Dept # | Dept Name | New or Current Work Ext | Supervisor Name |
|---|---|---|---|
| 400511 | FNS |  | German Pineda |

| * Date Prepared | * Effective Date | |
|---|---|---|
| 10/12/2010 12 14 47 PM | 9/20/2010 12 00 00 AM | mm/dd/yyyy |

**D Change of Status** Please Use Section G Below to Explain All Changes

| Leave of Absence | Demotion | Promotion |
|---|---|---|
| Select One | Select One | Select One |
| Select One |  |  |

| Change Job code | Pay Rate Change | Status Change |
|---|---|---|
| Select One | Select One | Select One |

**E Job Information**

| | Job Title | FT, PT or PD | Grade | Job Code | 1st Quartile | Midpoint | Wage |
|---|---|---|---|---|---|---|---|
| Previous | Catering Coordinatior _ Cashier | FT | 18 | 280196 |  |  | 16 03 |
| New | FNS Coordinator | FT | 18 | 280636 |  |  | 16 03 |

**G Comments**         4005112806362
no req needed, just changed title of job

Job reclassification

Employee Acknowledgement (Optional)                              Date

**H Approval Levels**

| 1st Spvr | Date | Human Resources | Date |
|---|---|---|---|
| Jessi Russell | 10/12/2010 12 09 31 PM | Jessi Russell | 10/13/2010 8 25 52 AM |
| 2nd Spvr | Date | Vice President | Date |
| Suzanne Oetjen | 10/12/2010 12 20 46 PM |  | 10/12/2010 12 26 30 PM |

**I Human Resources Office Use Only**

Entered by  ~m~l                  Req#

Date  10/18/10

[Assign/Update Req#]

RENOWN000603