# EXHIBIT F

# EXHIBIT F

| Renown Health<br>Position Description | | | |
|---|---|---|---|
| **Position Title:** | FNS Coordinator | | |
| **Job Code Number:** | 2~~8116~~6~~80636~~ | | |
| **Department:** | 200510, 400511 | | |
| **Position Type:** | 06 – Food Services/Environmental Service | | |
| **Date Originated:** | July 2009 | Date Reviewed / Revised: | June 2011~~December 2009~~ |
| **HR Reviewed Date:** | June 2011 JR~~August 2010 JR~~ | | |

**Position Purpose:**

This position is accountable for providing exceptional service to all its customers and assisting in the coordination of work flow for other café employees as needed.  This incumbent is responsible and accountable for the cash and material flow through the cafe, including the generation of standardized financial reports for the café and the department.   The FNS coordinator will work as a cashier during peak hours or help with other positions as needed.

**Nature and Scope:**

This position is accountable for completing accurate & timely financial reports and billing of events for the Food and Nutrition Services department.  Monitoring waste, controlling food portions, supply cost, and personnel cost is an important contribution of this position.   When needed, this position will be responsible for delegating tasks within the department to meet peak demands and coordinate work flow, including the delegation of events to subordinate staff and units.

The major challenges of this position include the timely and attractive set up of all food items, as well as appropriate timing or replenishing foods and maintenance of food quality, including sanitation.  This position is also challenged to deal diplomatically with customers and guests.  The incumbent shall meet with all customers concerning their needs with service and quality issues and refer to leadership for assistance when concerns are not easily resolved.  This position will assist management to ensure assigned work and job routines are completed in a timely manner.

The position will be responsible for the planning of equipment needed and presentation, for event functions.  They will also be responsible for providing menu input based on customer acceptance.

The incumbent will be required to work special event functions. Evening, weekends and holidays may be required.  This position also is challenged with providing quick friendly efficient and professional service to customers.

Reviewing cashier interactions with customers, work flow, breaks, and serving as relief cashier if needed will be a responsibility of this position.

The incumbent has the authority to provide refunds to dissatisfied customers, deny food/beverage service to patients without authorized requisition and contact Security personnel regarding disruptive behaviors of customers as the department changes daily, other duties may be assigned.

This position does not provide patient care.

The foregoing description is not intended and should not be construed to be an exhaustive list of all responsibilities, skills and efforts or work conditions associated with the job. It is intended to be an accurate reflection of the general nature and level of the job.

| **Minimum Qualifications:**  Requirements - Required and/or Preferred | |
|---|---|
| Education: | Must have working-level knowledge of the English language, including reading, writing and speaking English. |
| Experience: | Three years experience in catering, retail sales, food service and/or menu planning preferred. One-year experience operating a cash register preferred. |
| License(s): | None |
| Certification(s): | Washoe County Sanitation Certificate required within 90 days of employment. |
| Computer / Typing: | Must possess, or be able to obtain within 90 days, the computers skills necessary to complete online learning requirements for job-specific competencies, access online forms and policies, complete online benefits enrollment, etc.  Basic knowledge of Microsoft Office. |

RENOWN000471

*(Revised 3/09)*

| **Essential Physical Requirements** |
|---|
| It is common to encounter potential hazards in the healthcare environment. Some of these hazards could include, but are not limited to: radiation, toxic chemicals, biological hazards, heat, cold, noise, dust and stress. Renown Health has a Safety Management program in place addressing these issues. |

**Physical Activity**

Percentage of time (equaling 100%) during the normal workday the employee is required to:

| Sit: | 20% | Stand: | 40% | Walk: | 20% | Run: | |
|---|---|---|---|---|---|---|---|
| Squat: | Occ | Bend: | 5% | Twist: | 5% | Lift: | 10% |
| Kneel: | Occ | Drive: | | Climb: | | Crawl: | |
| Reach above shoulder: | Occ | | | Other: | Occ | | |

| **Tools and/or Equipment:** | Frequency | | |
|---|---|---|---|
| | Occasional (01-33%) | Frequent (34-66%) | Continuous (67-100%) |
| Coffee/Tea maker | | X | |
| Carts | | X | |
| Steam tables | | X | |
| Chaffing Dishes/Service Equipment | | X | |
| Calculator | | X | |
| Cash Register | | X | |
| Telephone | | X | |
| Computer | | X | |

**Repetitive Use of Hands and Feet:**

| | Not Required | Occasional (01-33%) | Frequent (34-66%) | Continuous (67-100%) |
|---|---|---|---|---|
| Simple grasping | | | X | |
| Pushing/Pulling | | X | | |
| Typing/Data Entry | | | X | |
| Fine Manipulation | | X | | |

**Lifting and Carrying:**

Weight to be manually lifted each normal workday. (Occasional 1 - 33%, Frequent 34 - 66%, Continuous 67 - 100%)

| | Not Required | Occasional | Frequent | Continuous |
|---|---|---|---|---|
| Up to 10 lbs | | | | X |
| Up to 20 lbs | | | | X |
| Up to 35 lbs | | X | | |
| Up to 50 lbs | X | | | |
| Up to 75 lbs | X | | | |
| Up to 100 lbs | X | | | |
| Over 100 lbs | X | | | |

| Lifts pans of food and cases onto carts, frequently carries trays with hot food, coffee, coffee pots, serving utensils, bus tubs, banquets tables, chairs and floral displays at waist level weighing up to 35 pounds. |
|---|

**Sensory Requirements:**

| |
|---|

**Essential Functions**

| The ability to take and follow direction as tasks are assigned. |
|---|
| The ability to come to work promptly and routinely. |
| The ability to communicate clearly, timely and effectively. |
| The ability to perform manual tasks. |
| The ability to routinely work under stress and to deadlines. |
| The ability to work well with others |
| The ability to provide excellent customer service. |

RENOWN000472

*(Revised 3/09)*

| The ability to comprehend daily activities. |
|---|
| The ability to concentrate. |
| The ability to learn, retains, and utilizes knowledge, skills, and abilities. |

## Job Specific Duties and Responsibilities

This section will include the measures of success for the position. A percentage weight is given to each essential function.  The percentages should total 100%. The <u>only required job specific duty and responsibility</u> is Standards of Conduct and it must carry a weight of 30%. Provide specific measures of success for each Essential Function listed. At least one essential function should be created for every fundamental (People, Service, Quality and Stewardship). To assist in developing measures, consider asking, "How will I know if the employee is meeting the requirements of job specific responsibilities?" Or consider adding the words, "as demonstrated by..." at the end of the stated job specific responsibility.

| Weight | | Score |
|---|---|---|
| **30%** | **Actively supports the Standards of Conduct (People)** | |
| | Total points divided by 9 = ____ x 30% = | |
| Comments: | | |
| **15%** | **Performs booking, organizing, billing, set-up, menu planning, and record keeping for all catered functions.** | |
| | 1.  Coordinates menus for customers with the, appropriate leadership. This includes reviewing supply, personnel, and food costs and monitoring waste and work flow. | |
| | 2.  Coordinates set-ups with  staff. Distributes service functions for peak times and, when needed, utilizes knowledge of profit and not for profit  events.. | |
| | 3.  Reviews that assigned work and job routines  per established policy are completed in an accurate and timely manner.  Returns customer calls by the end of the day. | |
| | 4.  For all special events and requisitions, billing is done and recorded for credit in a timely manner. | |
| | 5.  Records will be kept on repetitive, yearly functions, typed notes will be kept for comparison from year to year. | |
| | Total points divided by 5 = ____ x  15% = | |
| Comments: | | |
| **20%** | **Ensures proper, timely set-up of event and oversees smooth operation throughout service.** | |
| | 1.  Ensures all hot and cold food is ready for service prior to serving time. | |
| | 2.  Ensures all items are stocked throughout service. | |
| | 3.  Ensures cleanliness of all equipment, serving areas, chaffers, etc.and that sanitation standards according to the National Food Code and the Nevada State Regulations are followed. | |
| | 4.  Monitors records for equipment temperatures and food temperatures. | |
| | 5.  Labels, dates and removes out-dated foods appropriately | |
| | 6.  Assists in any service area as needed. | |

RENOWN000473

*(Revised 3/09)*

| | | |
|---|---|---|
| | 7. Assists in any service area as needed worn signs as needed. | |
| | 8. Ensures beverage bar is set up and stocked as needed. | |
| | Total points divided by 8 = _____ x  20% = | |

Comments:

| | | |
|---|---|---|
| **10%** | **Coordinates and provides  professional service  including decorations, menu planning and marketing for the café or catering operation.** | |
| | 1. Ensures tasteful decorations in dining areas and for all promotions and holidays. | |
| | 2. Coordinates menus for special events with FNS Manager, Finance Manager & culinary staff. | |
| | 3. Ensures dining areas are cleaned and are picked up and cleaned immediately following functions or daily service. | |
| | Total points divided by 3 = _____ x  10% = | |

Comments:

| | | |
|---|---|---|
| **15%** | **Provides an accurate accounting of all monies. All Revenue recorded properly.** | |
| | 1. Ensures the Daily Cash Box Record is filled out accurately and neatly after each shift. | |
| | 2. Ensures all kick out receipts for Doctor, Volunteer and Comp meals are attached to Cash Box Records. | |
| | 3. Ensures protocol is always followed when making a Money drop to the safe for the business office. | |
| | 4. Ensures accurate and timely billing functions, including proper recording of revenues, helps to determine the estimated cost. | |
| | 5. Utilizes Micros, Transaction Analyzer, Excel, and other facility software for financial records. | |
| | 6. Provides financial summary reports including end of the month and end of the year | |
| | Total points divided by 6= _____ x  15% = | |

Comments:

| | | |
|---|---|---|
| **10%** | **Provides fast, accurate, quality, continuous service to customers** | |
| | 1. Completes customer transaction at cash register within 30 Seconds and ensures that a receipt is available for  each transaction. | |
| | 2. Treats all customers courteously and assists, as needed at all times.  Ensures that problems or concerns are handled diplomatically and monitors interactions between customers and staff. | |
| | 3. Completes buying of change from Bank at the end of shift to maintain sufficient change in register. | |
| | 4. Reviews the cashier procedures for money handling, minimizes over and under balances, audits the cashiers as needed, and transfers money from the cash register to the hospital cashier. | |
| | 5. The average percentage of favorable responses on the house-wide internal customer service survey will show improvement from the baseline survey by a percentage to be determined. | |
| | 6. Contributes to Perpetual Quality Improvement efforts and follows Joint Commission Standards | |
| | Total points divided by 6 = _____ x  10% = | |

Comments:

Page 4 of 5

RENOWN000474

*(Revised 3/09)*

| Total Points out of 400 = | |
|---|---|

## ACKNOWLEDGEMENT

I have read and understand the position description. I have reviewed all performance standards and understand that these standards will be used as criteria for evaluating my performance.

I hereby acknowledge that I currently hold, or will obtain within the amount of time specified, all required licensure and certifications listed in the minimum requirements section of the position description. I understand that it is my responsibility to maintain the required licensure and certifications (as applicable).

It is further understood that these requirements may be modified to reflect changes necessary in departmental and/or hospital needs.

Employee's Signature: _____     Date: _____

RENOWN000475

*(Revised 3/09)*