# EXHIBIT J

# EXHIBIT J

```
 1                UNITED STATES DISTRICT COURT

 2             IN AND FOR THE DISTRICT OF NEVADA

 3

 4

 5

 6  LUCERO SANCHEZ,                              )

 7          Plaintiff,                           )

 8      vs.                                      ) Case No.:

 9  RENOWN HEALTH, a Nevada Non-Profit           ) 3:21-cv-00352-MMD-WGC

10  Corporation, and DOES 1-20, inclusive,       )

11          Defendant.                           )

12  _____      )

13

14

15

16

17       RECORDED DEPOSITION OF ARMANDO HERNANDEZ-GUERRERO

18                 Taken on October 24, 2022

19                       At 1:34 p.m.

20                750 Sandhill Road, Suite 120

21                     Reno, Nevada 89521

22

23

24

25
```

```
 1      A.   No.  Well, I help in every single aspect at
 2  work.
 3      Q.   Did you work with Herman Pineda?
 4      A.   Before, I did.
 5      Q.   How would you describe Herman as a
 6  supervisor?
 7      A.   Well, as a supervisor, he was a good person.
 8  He was strict, he wanted everything clean, and that's
 9  how things were done.
10      Q.   Do you know why Mr. Pineda is no longer
11  employed with Renown?
12      A.   Well, I heard rumors that he was let go for
13  some -- because of some delicate issues.
14      Q.   What rumors did you hear as to why he was let
15  go?
16      A.   Well -- well, I -- I heard that he was doing
17  parties, you know, parties, banquets, that kind of
18  thing with the food from Renown, and then he would keep
19  the money.
20      Q.   Do you have any reason to believe that that
21  was true?
22      A.   I think so.  I think so, yes.  Yes, I would
23  say so.
24      Q.   How would you describe Ms. Sanchez's working
25  relationship with Mr. Pineda?
```

1    A.   Well, they were very close at work, you know,
2 and you know, regarding the money, I knew there was
3 something going on.
4    **Q.   Why do you think there was something going on**
5 **regarding the money?**
6    A.   Well, because sometimes, you know, I -- well,
7 when -- there were things that went missing, food that
8 went missing, you know.  He would ask for food, he
9 would pick it up, and then he would bring back -- back
10 the boxes, but they were open.
11   **Q.   And at the time this was happening, what**
12 **position did Ms. Sanchez hold?**
13        INTERPRETER:  And I will request a
14 repetition.
15        THE WITNESS:  She did all the accounting, all
16 the billing from the -- regarding the sales in the
17 cafeteria.
18 BY MS. KETNER:
19   **Q.   Is it your understanding that she did the**
20 **accounting and the billing for the food that was**
21 **ordered by Mr. Pineda?**
22   A.   They were taking care of that.
23   **Q.   Did Ms. Sanchez perform other duties related**
24 **to gathering the -- the catering food?**
25   A.   Well, she handled the register and did all

Page 19

1  the paperwork on -- on weekends and month end.

 2     Q.    When Mr. Pineda was terminated, who did the
 3  catering and special events?

 4     A.    I think Kristin, Ms. Kristin?  Kristin Fole
 5  or something.

 6     Q.    Kristin Foley?

 7     A.    Yeah -- yeah, but there were not a lot of
 8  events or banquets after that.

 9     Q.    Why weren't there a lot of events or banquets
10  after that?

11     A.    I don't know, but I think that because they
12  didn't know who was going to handle that.  That's what
13  I imagine.

14     Q.    So if there weren't many special events after
15  that, there wasn't any paperwork to do with the events,
16  right?

17           MR. BUSBY:  Object to the form.

18           THE WITNESS:  Uh-huh.

19  BY MS. KETNER:

20     Q.    If Ms. Sanchez was responsible for doing the
21  paperwork for the events, but there weren't any events,
22  what did Ms. Sanchez do, then, after Mr. Pineda's
23  termination?

24     A.    Well, she was still running the register, and
25  later on, they started taking functions away from her,

```
 1  or roles away from her job.
 2       Q.   Did Ms. Sanchez always run the cash register?
 3       A.   Yes.
 4       Q.   So that was a part of her job duties, even
 5  when she was the FNS coordinator?
 6       A.   Yes.
 7       Q.   You testified that they were putting pressure
 8  on her.  When you say, "they," who did you mean?
 9       A.   Well, the people that I saw there, they were
10  mostly -- most of the time it was Christina and
11  Kristin.  Those were the -- the main people.
12       Q.   Do you have any reason to believe that
13  Christina and Kristin were putting pressure on Ms.
14  Sanchez because she's Mexican?
15       A.   No, I don't think so.
16       Q.   Do you have any reason to believe that
17  Christina and Kristin were putting pressure on Ms.
18  Sanchez because she his -- is Hispanic?
19       A.   No, I don't think so.
20       Q.   Why do you believe Christina and Kristin were
21  putting pressure on Ms. Sanchez?
22            INTERPRETER:  I'm going to request a
23  repetition.
24            THE WITNESS:  Well, I think they wanted her
25  to quit her job, and that's when -- that's why I think
```

Page 31

```
 1   the -- at the register.  She just needed to look
 2   through all the receipts and everything.
 3        Q.   Did you ever see Ms. Sanchez work as a
 4   dishwasher?
 5        A.   Every so often.
 6        Q.   Do you know why she worked as the dishwasher?
 7        A.   Well, that I remember, she wasn't really
 8   working in the office anymore, so they wanted to keep
 9   her busy.  What else should she have done?
10        Q.   Do you know if she was scheduled as a
11   dishwasher in order to keep her -- her giving -- giving
12   her some hours during the week?
13        A.   No, no.  What do you mean, dishwasher?
14        Q.   Yeah.
15        A.   No, no, no.
16        Q.   You testified that you remember Ms. Sanchez
17   hurting her knee at work?
18             INTERPRETER:  The interpreter will need
19   clarification.
20             THE WITNESS:  I -- yeah, well, I testified
21   because while I was there, I remembered that she
22   tripped over a piece of plastic and fell.
23   BY MS. KETNER:
24        Q.   I'm going to hand you what we'll mark as
25   Exhibit 3.  Oh, can you switch?  I have the black and
```

```
 1   white for you, Luke.  Can you give --
 2              MR. BUSBY:  Oh yeah, sure.
 3              MS. KETNER:  Thank you.
 4   BY MS. KETNER:
 5       Q.   This photo is Bates-stamped Sanchez 000039.
 6   Mr. Hernandez, do you recognize what is depicted in
 7   that photo?
 8       A.   Well, yeah, there's a chair with the cash
 9   register she used to sit.
10       Q.   Do you know why that -- do you know if that
11   chair was there before Ms. Sanchez hurt her knee?
12       A.   Well, they would use it when they were tired,
13   but they didn't -- I didn't see it there very often.
14       Q.   Okay.  Did you ever see Ms. Sanchez sitting
15   in the chair?
16       A.   Yes.
17       Q.   Okay.  And what time of the day would you see
18   her sitting in the chair?
19       A.   Well, sometimes I would see her when I was
20   there.  Sometimes, I would see her when I was going
21   there delivering food or when I was walking by to take
22   my break.
23       Q.   What time did you take your break?
24       A.   Well, I would do it whenever I didn't have a
25   lot of things to do.
```

Page 34

```
 1      Q.   What about the breakfast time?
 2      A.   From 8:30 to 9:30.
 3      Q.   Do you know why Ms. Sanchez was transferred
 4 from the FNS coordinator position to the cashier
 5 position?
 6      A.   Well, I don't know.  I really can't tell, but
 7 I imagine that it's because they were going to put
 8 another person in charge.
 9      Q.   Who performs the FNS coordinator duties
10 today?
11      A.   I think -- I think it's my supervisor.
12      Q.   So does the supervisor do the -- the billing
13 and the paperwork?
14      A.   Yes.
15      Q.   Does -- does anybody hold the title "FNS
16 Coordinator" today?
17      A.   Not that I know of.  I don't know.
18      Q.   Going back to the photograph of the stool
19 that we marked as Exhibit 3, did you see anyone other
20 than Ms. Sanchez using that stool to sit?
21      A.   When there was another cash register there,
22 they would sit there also.
23      Q.   Were there --
24      A.   Well, there was a chair here, and then there
25 was another chair here on this other side.
```

Page 35

1    Q.   Is he saying that there are two cash
2    registers?
3    A.   Sometimes, there were two when we were
4    busier.
5    Q.   And there were two chairs, one chair behind
6    each cash register?
7    A.   No, there was just one on this side and one
8    on this other side.
9    Q.   How many total chairs were there behind the
10   cash registers?
11   A.   Well, there was just this chair and another
12   one on this side, a total of two.
13   Q.   Okay.  Did you ever see Ms. Sanchez not using
14   the chair when it was there?
15   A.   Yes.
16   Q.   Okay.  What was she doing when she wasn't
17   using the chair?
18   A.   She was standing.
19   Q.   Okay, but it appeared that -- to you that she
20   could have used the chair if she wanted to sit?
21   A.   Yes.
22   Q.   When you saw Ms. Sanchez performing her job
23   duties, was she most often sitting, most often
24   standing, or most often walking around?
25   A.   Everything.

Page 36

1     Q.   Okay, so she was able to sit the same amount
2  of time that she was walking and the same amount of
3  time that she was standing?
4     A.   Yes.
5     Q.   Okay.  Do you know Justin Bart?
6     A.   Yes.
7     Q.   Who is he?  What position does he hold?
8     A.   Well, I think he's our boss.
9     Q.   What do you think of Justin Bart?
10    A.   He's a good person.
11    Q.   Do you think he's fair?
12         INTERPRETER:  Interpreter is going to need
13 clarification.  Okay.  It -- it's slang, my apologies.
14         THE WITNESS:  He has to pressure people, just
15 like, you know, everybody needs to get pressured to do
16 work.
17 BY MS. KETNER:
18    Q.   Have you ever had a problem that you've had
19 to talk to Mr. Bart about?
20    A.   No.
21    Q.   What did you think of Rhonda Tu as a
22 supervisor?
23    A.   Well, for me it's, you know, normal.  You
24 know, I'm supposed to go there and work and obey.
25    Q.   Did you think that Rhonda was fair?

Page 37

 1      A.   Yes.
 2      Q.   Did you ever have a problem that you had to
 3 talk to Rhonda about?
 4      A.   No.
 5      Q.   What did you think of Kristin Foley as a
 6 supervisor?
 7      A.   Well, I don't think he had a lot of
 8 experience.  And I say that because I was a supervisor
 9 in a casino, so based on that, I don't think he was
10 very experienced.
11      Q.   Kristin Foley?
12      A.   Uh-huh.
13      Q.   Did you think Kristin Foley was fair?
14      A.   Yes.
15      Q.   Did you ever have a problem that you had to
16 talk to Ms. Foley about?
17      A.   No.
18      Q.   Do you have any reason to believe that Justin
19 Bart treated Ms. Sanchez differently because she's
20 Mexican and/or Hispanic?
21      A.   No.
22      Q.   Do you have any reason to believe that Rhonda
23 Tu treated Ms. Sanchez differently because she is
24 Mexican and/or Hispanic?
25      A.   No.

Page 38

```
 1      Q.   Do you have any reason to believe that
 2   Kristin Foley treated Ms. Sanchez differently because
 3   she is Mexican and/or Hispanic?
 4      A.   No.
 5      Q.   Other than knowing that Ms. Sanchez hurt her
 6   knees at work, what else do you know about her injury?
 7      A.   Well, I don't -- I don't really talk to them
 8   much and I haven't seen her in a long time.
 9      Q.   When Ms. Sanchez hurt her knees, were -- did
10   you ever see any of her doctor's notes?
11      A.   No.
12      Q.   Okay, so you don't know anything about the --
13   the physical restrictions or limitations that might
14   have been imposed by her doctors?
15      A.   No, I don't know anything about that.
16      Q.   Did you ever have any conversations with
17   Rhonda Tu about Ms. Sanchez's knee injury?
18      A.   No, I -- I rarely spoke to her.
19      Q.   Did you ever -- did you ever overhear Ms.
20   Sanchez complain?  Did Ms. Sanchez ever complain to you
21   that she couldn't do some of the job duties?
22      A.   No, no.
23      Q.   Did you ever hear Ms. Sanchez complaining to
24   others that she couldn't do some of the job duties?
25      A.   No, I don't remember any of that.  I would
```

Page 41

1                    CERTIFICATE OF RECORDER

2    STATE OF NEVADA      )

3                         )

4                         )

5

6    NAME OF CASE: LUCERO SANCHEZ, PLAINTIFF VS

7    RENOWN HEALTH, DEFENDANT

8

9         I, Rachael Brown, a duly commissioned Notary Public,

10   authorized to administer oaths or affirmations in the State of

11   Nevada, do hereby certify: That I recorded the foregoing

12   deposition of the witness, Armando Hernandez October 24, 2022.

13        That prior to being examined, the witness was duly sworn to

14   testify to the truth. That deposition was recorded via audio and

15   video pursuant to NRCP30(b)(3) and said deposition recording is a

16   complete, true, and accurate recording of deposition testimony.

17   A transcript was created by E-Depositions LLC to aid the audio video

18   recording. A review of the deposition [ ] was [X] was not

19   requested by the deponent and [ ] was [X] was not requested by a

20   party of the action. If a review was requested, any changes

21   communicated to me by the deponent during the period allowed are

22   appended hereto.

23        I further certify that I am not a relative or employee of

24   an attorney or counsel of any of the parties, nor a relative or

25   employee of an attorney or counsel involved in said action, nor

Page 42

1  a person financially interested in the action.

2      IN WITNESS WHEREOF, I have hereunto set my hand in the City

3  of Reno.

4

5

6  *[signature: Rachael Brown]*

7  Rachael Brown

8  Notary Public

9  Appointment No. 22-1620-02

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25