# EXHIBIT K

# EXHIBIT K

<pre>
1              UNITED STATES DISTRICT COURT

2                   DISTRICT OF NEVADA

3    - - - - - - - - - - - - - - x

4    LUCERO SANCHEZ,                :

5              Plaintiff,           :

6    v.                            : Case No:

7                                  : 3:20-cv-00317-MMD-CSD

8    RENOWN HEALTH, a non-profit  :

9    Nevada Corporation, and       :

10   DOES 1-20, inclusive,         :

11              Defendants.    :
     - - - - - - - - - - - - - - x
12

13        Deposition of GUADALUPE AGUILAR

14            San Antonio, Texas

15           Tuesday, August 2, 2022

16             11:01 a.m. CST

17

18

19

20

21

22

23   Job No.: 457300

24   Pages: 1 - 161

25   Reported by: Christine G. Griffin, RPR, CSR
</pre>

1    the patients, like a food order.

2        Q.    When you worked with her, did she hold a

3    management position?

4        A.    Not at the main campus, no.

5        Q.    Did you ever work with Herman Pineda,

6    P-I-N-E-D-A?

7        A.    I worked with him in South Meadows.

8    Yes, I did work with him.

9        Q.    What position did Mr. Pineda hold when

10   you worked with him?

11       A.    When I first worked with him, he was a

12   dishwasher.

13       Q.    Did he hold any other positions when you

14   worked with him?

15       A.    No.

16       Q.    Did you ever work with Mr. Pineda when

17   he held a supervisor position?

18       A.    No.

19       Q.    Did you ever hear why Mr. Pineda is no

20   longer employed with Renown?

21       A.    No.

22       Q.    What were your duties as a cashier in

23   the food -- in the Food and Nutrition Services

24   department?

25       A.    Taking up the orders when the people --

1   they would order from the -- from the menu.  Bring

2   up the orders, collect the money, and go back and

3   get the food and deliver it back.

4           But meanwhile we had to put away our

5   supplies, stock, clean.  You know, stock

6   everything up that's needed, all the utensils and

7   all that stuff.

8       Q.    How many registers are located in the

9   cafe at the South Meadows location?

10      A.    Two.

11      Q.    Did you work mostly by yourself or when

12  you were scheduled to work was there usually

13  another cashier scheduled to work at the same

14  time?

15      A.    At the beginning it was -- because the

16  cafeteria -- the South Meadows was open from 7 to

17  3, so there was a morning cashier, and I would

18  come in till 10, and the morning cashier would

19  only -- they would only work till 1.

20      Q.    Do you know what time the morning

21  cashier began the shift?

22      A.    6 -- 6 or 6:30.

23      Q.    What other positions were scheduled to

24  work other than the cashier in the cafe?

25      A.    In the cafe, just those two.

Transcript of Guadalupe Aguilar
August 2, 2022                                                  83

1          A.    No.

2          Q.    I'm gonna ask you to look at the

3    fifth -- or, I'm sorry, the sixth page of the

4    document.  There's a section called Development

5    Plan.  Do you know what this section means in the

6    performance evaluation?

7          A.    The scoring?  Is that the --

8          Q.    So in the development plan section, the

9    second paragraph states:  Maximize current

10   strengths by focusing on and continuing to (at

11   least three):  No. 1. Flexible with schedule;

12   No. 2. Provides assistance with catering and event

13   setup; No. 3. Willing to take on challenge.

14          Do you know what that writing signifies

15   or what it means or why it's on your performance

16   evaluation?

17          A.    Is this Rhonda writing from what she

18   saw, what I did as an employer?

19          Q.    Yes, most likely.

20          A.    Okay.  So, yes, I understand what she's

21   trying to say.

22          Q.    Okay.  So when Rhonda wrote in your

23   performance evaluation that you could maximize

24   your strength by focusing on and continuing to

25   provide assistance with catering and event setup,

1    do you know what she meant?

2         A.    I helped Rhonda do the caterings for

3    South Meadows or setting up for any kind of events

4    that were over there when I worked there with her.

5         Q.    Okay.  How many catering events were

6    held at the South Meadows location in this time

7    period in 2016?

8         A.    Maybe 15.  Well, when she was there?

9         Q.    Yes.

10        A.    Little ones.  Little -- there's -- I

11   count -- you know, there's little ones and there's

12   big ones, but maybe around 15.

13        Q.    Fifteen little ones or fifteen big ones?

14        A.    Mixed altogether.

15        Q.    Okay.  And are you saying about 15

16   catering events per year were held at the South

17   Meadows location?

18        A.    No, they -- the times that I helped her

19   when I was working there -- when she was working

20   there with me, because --

21        Q.    Okay.  And what --

22        A.    I'm sorry.  After she left, Kristin took

23   over.  Kristin took over as managing supervisor

24   and Kristin took care of the catering.

25        Q.    How many catering events do you think

1    you helped Kristin with?

2       A.    Maybe two.  I didn't really help her.

3    Because after Kristin, there was a change of --

4    they started eliminating having these meetings.

5    They were -- I'm thinking because of budget they

6    were eliminating all these caterings.  There

7    wasn't really -- they were trying to get rid of

8    them.

9       Q.    How do you know they were trying to get

10   rid of them?

11      A.    Well, that's what Kristin told me.  She

12   said that there wasn't -- there wasn't gonna be no

13   more -- there was the meetings but no more food

14   was gonna be supplied for them.  The meeting was

15   there but no more food was supplied -- supplied

16   for them.

17      Q.    Okay.  Do you know what kind of meetings

18   these were when Rhonda was assisting with the

19   catering?

20      A.    It's just the staff would organize,

21   okay, we want, let's say, the department be

22   catered, or they're gonna have an event from the

23   outside coming in for the seniors and they want,

24   you know, beverages and pastries.  You know,

25   different -- different meetings.  It was just

1    Coordinator; F as in food, N as in nutrition, S as

2    in services, coordinator?

3        A.   Did I know her in that position?  No.

4        Q.   Okay.  So when you came back and worked

5    at Renown the second time, did Ms. Sanchez hold

6    the cashier position?

7        A.   Yes, she was a cashier.

8        Q.   Did you hear that she previously held

9    the FNS coordinator position?

10       A.   Yes.

11       Q.   Do you know what duties she performed as

12   the FNS coordinator?

13       A.   From what she told me and the staff,

14   which was the cooks, she would do the deposits for

15   the cafeteria -- the money, the money-wise; she

16   would bill, I guess, for the caterings for

17   whatever -- the billing for the month to bill the

18   departments; and she would also set up the

19   caterings and break 'em down.

20       Q.   Were those the duties that Rhonda Tu was

21   performing when you began your second period of

22   employment with Renown?

23       A.   Yes.  And I gotta mention something.

24   When I first -- when I first started working

25   there, Rhonda had just started, too.  So Rhonda

1    was new so Rhonda didn't know a lot of the things,

2    so Rhonda would pull out Lucero a lot to take her

3    because Lucero already knew how everything ran.

4    So Rhonda would pull Lucero to take her to -- so

5    Lucero would train her how to do all the things on

6    the computer, do all the, you know, deposits and

7    all that.

8        Q.   Do you know how long Ms. Sanchez spent

9    showing Ms. Tu how to do those tasks?

10       A.   When I first started, I think it took --

11   she would pull her for the first two months.

12       Q.   Do you know why Ms. Sanchez was no

13   longer performing those tasks?

14       A.   No.  No, I don't.

15       Q.   Did the cooks ever tell you why

16   Ms. Sanchez was no longer performing those tasks?

17       A.   No.

18       Q.   Did the cooks ever tell you that

19   Mr. Pineda was terminated?

20       A.   No.

21       Q.   Do you know why Ms. Sanchez was

22   transferred from the position of FNS coordinator

23   to the food services cashier position?

24       A.   From my knowledge, what she told me was

25   her position was eliminated.

1      Q.   Do you know why the position was

2   eliminated?

3      A.   I have no idea.  I just know that I saw

4   changes in the system, in the -- that the --

5   everything was starting -- like no more caterers

6   were involved.  Like before, let's say we had

7   three to four a day, and then there was -- like it

8   was starting to get slower, and now there's only

9   two a day, you know, and then eventually one a

10  week.  So I don't know if they were cutting back.

11  I'm not sure.

12     Q.   Okay.  Do you know whether anyone held

13  the food -- the FNS coordinator position in 2018

14  or 2019?

15     A.   No.

16     Q.   And is it your testimony that catering

17  and special events did not occur at the South

18  Meadows location in 2018 and 2019?

19     A.   No.  There were still some, yes.

20     Q.   How many were there?

21     A.   I couldn't tell you.  I just saw them

22  doing, like -- I guess when Kristin was there, she

23  just took over.  Because I was basically alone in

24  the cafeteria after that.  She just did it on her

25  own.  Kristin would do it.

1      Q.   When you stacked the cart, did you use

2  the very lowest level --

3      A.   No.

4      Q.   -- of the cart?

5      A.   No.

6      Q.   Why not?

7      A.   I just didn't want to bend all the way

8  down there.  I'd just rather just walk back and

9  forth.

10     Q.   Okay.  So you were able to use as many

11 trips as you'd like?

12     A.   Yes.

13     Q.   Okay.  Would you use the middle rack of

14 the cart when you had to transport the cases of

15 water?

16     A.   I did.

17     Q.   And it appears that two cases of water

18 would fit on that middle level; is that correct?

19     A.   Yes.

20     Q.   Okay.

21     A.   But everybody works different.  I didn't

22 use that.  I didn't use the -- it was too hard to

23 get it in there because those are too big, so I

24 wouldn't use the middle one for water.  It just

25 gets stuck in there.

1      Q.   Okay.

2      A.   But everybody works different.  I don't

3  know who did that one.

4      Q.   Okay.  So there was no requirement that

5  you had to stack --

6      A.   No.

7      Q.   -- you know, five or six cases with each

8  trip?

9      A.   No.

10     Q.   Okay.  You could do it as you preferred?

11     A.   That's correct.

12     Q.   Okay.

13          MS. KETNER:  I'm done with that exhibit.

14  If you could move to Exhibit 20.

15          (Thereupon, Defendants' Exhibit 20 was

16  marked for purposes of identification.)

17          (PD technician complies.)

18  BY MS. KETNER:

19     Q.   Now, this is Bates stamped Sanchez

20  000039 to Sanchez 000040.  Do you recognize what's

21  depicted in that photograph?

22     A.   That's the cashier register.

23     Q.   Okay.  And what is behind the cashier

24  register?

25     A.   It's one of the chairs from the Cafe --

1       Q.   Do you know why -- I'm sorry.  Go ahead.

2       A.   Somebody pulled it there.  It's usually

3   not there.  Somebody -- it's from the Cafe.  You

4   see the others ones back there?  That's where

5   it's -- somebody pulled it in the front there.

6       Q.   Did you ever see Ms. Sanchez use that

7   stool that is depicted in Exhibit 20?

8       A.   I did see her.  When she would get

9   tired, she would lean on that.

10      Q.   How often did you see her lean on the

11  stool?

12      A.   When I got to work after she got hurt

13  with her -- well, it was every day when I was

14  there, when she was there after she got hurt.

15      Q.   So before Ms. Sanchez got hurt, the

16  stool wasn't there; is that correct?

17      A.   No.  That stool belongs to the -- to the

18  -- it doesn't belong to the cafeteria -- I mean to

19  the cashiers.  It's over there.  It belongs to the

20  Cafe.

21      Q.   Okay.  Do you know why the stool was

22  placed behind the cashier register?

23      A.   Probably 'cause she gets tired of

24  standing because her -- I'm assuming.

25      Q.   Was the stool placed behind the cashier

1    register before Ms. Sanchez got hurt?

2        A.    No.

3        Q.    Was the stool placed behind the cashier

4    register after Ms. Sanchez got hurt?

5        A.    Yes.

6        Q.    Do you recall seeing the stool placed

7    behind the cashier register every day that

8    Ms. Sanchez worked after she got hurt?

9        A.    No.  When I would come in that -- when I

10   would come in at 10 it was never there because she

11   has to be walking back and forth, so the stool was

12   placed there when I got there from work.

13       Q.    Do you know who placed the stool there?

14       A.    Probably Lucero.  Yeah.

15       Q.    Did you ever see Ms. Sanchez move the

16   stool?

17       A.    To get out of the way, yes.

18       Q.    Do you know why she was moving it to get

19   out of the way?

20       A.    We have to do a lot of walking back and

21   forth to get a lot of the orders and a lot of the

22   steam stuff.  It's just a lot of walking back and

23   forth, so it needs to move -- it needs to be moved

24   out of the way for her to move back and forth.

25       Q.    So you testified that you saw

1    Ms. Sanchez lean on the stool?

2        A.   Yes, because when we get busy at a time,

3    then I would stay there to make sure the line was

4    full with the steam table.  I would let her stay

5    to just take the orders, so she would just lean on

6    the stool for that.  It could be up to 45 minutes

7    or an hour while we're running for the lunch hour.

8        Q.   Okay.  So you would see Ms. Sanchez lean

9    on the stool for how long?

10       A.   That time that we were busy, for 45 to

11   an hour.

12       Q.   Was Ms. Sanchez able to sit down on the

13   stool while she was operating the cash register?

14       A.   Yeah, she could.  Yeah.

15       Q.   Did you ever see her sit down on the

16   stool when she was operating the cash register?

17       A.   Yes.

18       Q.   Okay.  How often did you see her sit

19   down on the stool when she was operating the cash

20   register?

21       A.   How often?

22       Q.   Yeah.  I'm trying to get a sense -- on

23   the days that you worked with her and the two-hour

24   overlap that you had each day with her --

25       A.   Uh-huh.

1      A.    When she would come over.  She would

2  come over and talk to Rhonda, maybe to check on

3  how everything's going in the -- in the kitchen

4  here at South Meadows.  I'm assuming, because she

5  wasn't really that often coming over, Christina.

6      Q.    Okay.  So maybe three times a month you

7  saw Christina Vargas at the South Meadows

8  location?

9      A.    Yes.

10      Q.    And how long did Christina Vargas stay

11  at the South Meadows location; was she kinda in

12  and out or was she there for a whole day or

13  somewhere in between?

14      A.    Yeah, somewhere in between.  There were

15  days that she'd just come in and out and there

16  were days she was there -- she would be there all

17  day but she would be in her office upstairs.

18      Q.    Did you interact with Christina Vargas

19  when she was at the South Meadows location?

20      A.    Just when she would come and get

21  something to eat.  We would just say hi or I would

22  take her order, deliver it to her, but that was

23  it.

24      Q.    How would you describe your interaction

25  with Christina Vargas?

1        A.   Good.  She was friendly.  She was good.

2   She was social.  She was good.  I mean, we

3   never -- she just made sure everything was going

4   smooth, if there was any problems, and I said no.

5   But we didn't -- we didn't have a long

6   conversation.  It was just something short.

7        Q.   Was she pleasant with you?

8        A.   Yes.

9        Q.   Was she respectful towards you?

10       A.   Yes.

11       Q.   Did she say hello to you?

12       A.   Yes.

13       Q.   Did she ever do or say anything that was

14  offensive to you?

15       A.   No.

16       Q.   What is your national origin?

17       A.   Hispanic.

18       Q.   Okay.  Is your family from Mexico?

19       A.   Yes.

20       Q.   Were you born in the United States?

21       A.   Yes.

22       Q.   Were your parents born in the United

23  States or were they born in Mexico?

24       A.   In Mexico.

25       Q.   Do you speak Spanish?

1          A.    No.

2          Q.    Did you ever see Ms. Vargas interact

3    with the kitchen staff at South Meadows?

4          A.    Yeah, when she would come in for the

5    huddle meetings, and she would attend some of

6    those sometimes, yes.

7          Q.    What was the -- what's the -- when you

8    worked in the Cafe at South Meadows, what's the

9    majority of the nationality of the staff at South

10   Meadows in the kitchen?

11         A.    Hispanic.

12         Q.    Primarily, you know, was everybody

13   Hispanic or were there some Caucasians?

14         A.    Yeah, it's mixed.  There were some

15   Filipinos, Caucasians.

16         Q.    From what you witnessed, was Ms. Vargas

17   respectful towards the kitchen staff at the South

18   Meadows location?

19         A.    Yes.

20         Q.    Did she say hello to the kitchen staff

21   when you worked in the Cafe at the South Meadows

22   location?

23         A.    I don't remember witnessing -- maybe a

24   couple of times.

25         Q.    Did she ever see -- oh, I'm sorry.  Go

1   ahead.

2       A.   I mean, every time she would be in the

3   kitchen, she would be nice to everybody.  I mean,

4   was friendly to the meeting.

5       Q.   Did you ever see Ms. Vargas interact

6   with Ms. Sanchez?

7       A.   Inter-react (sic)?  No.

8       Q.   So you never saw Ms. Vargas talk to

9   Lucero Sanchez?

10      A.   Christina -- that's the only thing I

11  noticed from Christina; she would ignore -- not

12  acknowledge Lucero.

13      Q.   Do you know why she wouldn't acknowledge

14  Lucero?

15      A.   No, I don't know.

16      Q.   Do you --

17      A.   I thought that was kinda weird.  She

18  would talk to everybody, like, nice, and Lucero

19  was not the only one she wouldn't acknowledge.

20      Q.   Who else did Ms. Vargas not acknowledge?

21      A.   Lucero was the only one I noticed.

22      Q.   Oh, okay.  Lucero was the only one who

23  you saw Ms. Vargas ignore or not acknowledge?

24      A.   Uh-huh.

25      Q.   Do you have any reason to believe that

1    Ms. Vargas didn't like Ms. Sanchez because she's

2    Mexican or Hispanic?

3         A.    No.  I don't know.

4         Q.    Because you saw Ms. Vargas interact

5    pleasantly and respectfully with other Mexicans

6    and Hispanic -- Hispanics?

7         A.    Yes.

8         Q.    Did you ever hear Ms. Vargas make any

9    unfavorable comments about Ms. Sanchez?

10        A.    No.

11        Q.    Did you ever hear Ms. Vargas make any

12   comments about Mexicans?

13        A.    No.

14        Q.    Did you ever hear Ms. Vargas make any

15   comments about Hispanics?

16        A.    No.

17        Q.    Is there anything else that you can tell

18   me that you witnessed with respect to Ms. Vargas'

19   interactions with Ms. Sanchez?

20        A.    With Ms. Sanchez?  No.  It's just that

21   that look at a sight -- you know when you look at

22   somebody and don't like 'em you turn your sight

23   away or -- or you do gestures with your face?

24   That's what I noticed sometimes with Christina

25   when she would cross Lucero.

1      Q.    What kind of gestures with her face did

2    Ms. Vargas make?

3      A.    Like rolling her eyes or like picking up

4    her lip like -- like when you don't like -- I

5    don't know.  I guess she didn't like her, but I

6    could -- I could see that, but there was no

7    contact in between both of them.

8      Q.    How many times do you think you saw

9    Ms. Vargas interact with Ms. Sanchez?  So, for

10   example, if you saw Ms. Sanchez -- if you saw

11   Ms. Vargas at South Meadows three times a month,

12   how many of those times would you see Ms. Vargas

13   interact with Ms. Sanchez?

14     A.    No, the -- I can only tell you the times

15   that I saw her act the way she did, Christina

16   towards Sanchez, because there were times when

17   Christina would come and Lucero wasn't there or --

18   when Lucero was there, that's the times I could

19   tell you.  About three times I thought that was --

20   I said:  No, there's something going on because

21   she's not acknowledging her, she's not talking to

22   her.  That's when I noticed that there was

23   something.

24     Q.    Okay.  So how many times --

25     A.    -- going on.

1      Q.    -- did you see that interaction between

2    Ms. Vargas and Ms. Sanchez that Ms. Vargas either

3    rolled her eyes or, you know, didn't look at

4    Ms. Sanchez?

5      A.    About three to four times.

6      Q.    Three to four times total?

7      A.    Yes.

8      Q.    Okay.  Did you ever see Mr. Bart

9    interact with Ms. Sanchez?

10     A.    Yeah.  He would come to South Meadows,

11   too.

12     Q.    How would you describe the interaction

13   between Mr. Bart and Ms. Sanchez?

14     A.    Normal.  I mean, they would say hello to

15   each other and then went apart.

16     Q.    Did you ever hear Mr. Bart make any

17   unfavorable comments about Ms. Sanchez?

18     A.    No.

19     Q.    Did you ever hear Mr. Bart make any

20   comments about Mexicans?

21     A.    No.

22     Q.    Did you ever hear Mr. Bart make any

23   comments about Hispanics?

24     A.    No.

25     Q.    Did Mr. Bart -- did you ever see

1   Mr. Bart say hello to the kitchen staff?

2       A.   Yes.

3       Q.   How would you describe Mr. Bart's

4   interactions with the kitchen staff?

5       A.   Good.  Positive.  Everybody -- everybody

6   enjoyed him.

7       Q.   Do you have any information that would

8   lead you to believe that Mr. Bart did not like

9   Ms. Sanchez because she is Mexican or Hispanic?

10      A.   No.

11      Q.   Did you ever see Ms. Foley interact with

12  Ms. Sanchez?

13      A.   Yeah.  We worked together.

14      Q.   How would you describe Ms. Foley's

15  interactions with Ms. Sanchez?

16      A.   Neutral, I believe.  I'm not sure.  What

17  do you mean inter-reaction?

18      Q.   So you described Ms. Sanchez's

19  interactions with Mr. Bart as normal.  Did you

20  think that Ms. Foley's interactions with

21  Ms. Sanchez were normal or unusual?

22      A.   No, normal.

23      Q.   Okay.  Did you ever hear Ms. Foley make

24  any unfavorable comments about Ms. Sanchez?

25      A.   No.

1       Q.   Did you ever hear Ms. Foley make any

2   comments about Mexicans?

3       A.   No.

4       Q.   Did you ever hear Ms. Foley make

5   comments about Hispanics?

6       A.   No.

7       Q.   Did you see Ms. Foley interact with the

8   kitchen staff?

9       A.   Yes.

10      Q.   Did Ms. Foley interact respectfully with

11  the kitchen staff?

12      A.   Yes.

13      Q.   Did Ms. Foley say hello to the kitchen

14  staff?

15      A.   Yeah.  She has her little attitude

16  sometimes but, yeah, she did.

17      Q.   Do you have any reason or -- reason to

18  believe or any information that would lead you to

19  believe that Ms. Foley did not like Ms. Sanchez

20  because she is Mexican or Hispanic?

21      A.   No.

22      Q.   Same questions about Jessie Russell in

23  human resources:  Did you ever see -- do you know

24  who I'm talking about when I say Jessie Russell?

25      A.   Yes.

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2            I, CHRISTINE G. GRIFFIN, the officer

3    before whom the foregoing deposition was taken, do

4    hereby certify that the foregoing transcript is a

5    true and correct record of the testimony given;

6    that said testimony was taken by me

7    stenographically and thereafter reduced to

8    typewriting under my direction; that I am neither

9    counsel for, related to, nor employed by any of

10   the parties to this case and have no interest,

11   financial or otherwise, in its outcome.

12           IN WITNESS WHEREOF, I have hereunto set

13   my hand and affixed my notarial seal this 11th day

14   of August, 2022.

15   My commission expires:

16   August 27, 2023

17

18

19   _Christine Griffin_

20   _____

21   NOTARY PUBLIC IN AND FOR

22   THE STATE OF TEXAS

23   RPR CERT. NO. 59485

24

25