# EXHIBIT O

# EXHIBIT O

RECEIVED
JUN 29 2015
HUMAN RESOURCES DEPT.

DATE ENTERED 7/10/15


BY WHOM

CONFIDENTIAL

# NOTICE OF CORRECTIVE ACTION

| | | | | | |
|---|---|---|---|---|---|
| **Employee Name:** | German Pineda | **Emp ID:** | 14401 | **Position:** | Supervisor of Food and Nutrition Services |
| **Cost Ctr:** | 400511 | **Human Resources Representative Notified:*** | | | Jessi Russell |
| **Department Name:** | FNS | **Date Issued:** | 6/29/15 | | |

**You are hereby issued notice of:**   ☐ Written Corrective Action
☐ **Suspension for:** _____ working days, beginning (date): _____
**X Termination effective:** 6/29/15

**For the following cause(s):**
1. X Work behavior as outlined below:
2. X Violation of **Policy # HRM.810 Coaching and Corrective Action**

**Detailed Description:**
There have been ongoing concerns regarding German's leadership and communication style with his staff. Feedback and expectations have been set on several occasions by both Human Resources and leadership; after the many attempts to reset expectations, the concerns still exist.

Below are examples of concerns that have most recently been escalated regarding German's leadership and communication style.
- German's demeanor is described as being up and down and regularly yells at the staff, treating them like children.
- He has been witnessed calling people names, ex. Pig (when they forget to take out the trash), turtles (when he feels they aren't working fast enough) and stupid (when they make a mistake).
- He has been overheard yelling expletives in Spanish, ex. "what is this bullshit" when someone makes an error.
- He changes certain people's schedules without communicating the change proactively and appears to show favoritism with scheduled days off and working numerous days in a row.
- He doesn't allow approved sick time to be used when employees have legitimate health concerns/dr appointments.
- He communicates to staff that the employee engagement survey is "mandatory", even though it is very clear and is communicated to all staff that it is voluntary and "encouraged" for all to participate. This has been reported to make the staff feel uncomfortable to share their true feelings in the survey.
- It has been reported that German tells people not to go to HR if they have an issue, but to come directly to him. This has made people feel they can't escalate concerns and their job will be at risk if they go to HR with concerns. The staff is not comfortable sharing their concerns with German.

On May 23, 2011, German signed the position description for the Supervisor of Food and Nutrition Services, which states the following; *The supervisor will be responsible for the engagement and morale of employees that report directly to them and a department as a whole.* The behaviors listed above are a direct violation of this standard listed in the job description and do not align with our values.

In addition to the above, it has been discovered that German makes several "will call orders" that are questionable in nature; both the amounts of will calls and the actual items being ordered, for example large amounts of meat and shrimp ordered regularly that are unjustifiable. German placed 729 will call orders and Regional (patients, café and dr. lounge) placed 481 in the same time period which is another reflection of his lack of integrity by abusing his buying power to wastefully spend money when it was not needed and by causing Renown to loss valuable rebates.

*Rev. 10/08*

RENOWN006442

CONFIDENTIAL

### NOTICE OF CORRECTIVE ACTION

As a result of this feedback it has been concluded that you have lost credibility as a leader with the staff. Due to these concerns, your employment with Renown Health has been terminated effective immediately.

### ACTION PLAN

| | Person Responsible | Date |
|---|---|---|
| Retaliation, in any form, is strictly prohibited. | Employee | Immediately |

A follow-up review of your work performance/work behavior will occur on or before (date): _____

**Employee's comments:**

I have read and received a copy of the above statement and am aware of my responsibility to comply with the expected standard. My signature does not imply agreement with this action or admission of guilt or wrongdoing. It means only that I understand its contents and that I have had an opportunity to discuss it with my supervisor and make comments.

By signing this corrective action I understand that I have the right to use the appeal process as described in the Human Resources Policies and Procedures, Policy HR.820.

Please note that your signature acknowledges receipt of the corrective action only; it does not imply agreement or disagreement with the warning itself. Refusal to acknowledge receipt of the corrective action in this manner will result in the loss of the right to grieve/appeal this disciplinary action.

The organization offers an Employee Assistance Program which may provide assistance in solving workplace problems.

_____  
Supervisor's Signature    Date

_____  6/29/15
Witness (if applicable)    Date

_____  6/29/15
Manager's Signature    Date

_____  6-29-15
Employee's Signature    Date

\* Required for suspension or discharge

Distribution:   Original – Human Resources   Copy – Manager   Copy – Employee

Page 2 of 2

RENOWN006443