# EXHIBIT P

# EXHIBIT P



6/24/15

At about 1:00 pm Justin came into my office and asked a lot of questions about all the financial reports. I showed him where I keep all the records and the safe. I also let him know that the safe does not have a combination code, that I just have a key and keep it with me at all times.

6/25/15

At 12:15 pm Justin walked by the dietary office while I was sitting there waiting for patient calls, and made a comment that made me feel uncomfortable. He said, "Don't hold on to the floor to hard." 15 minutes later he

SANCHEZ - 001436

walked by again and made
another comment, "don't look too
bored."

6/29/15
Christina and Justin went to
my office after I left home from
work. They went through all of my
things in my office and the next
day on 6/30/15 when I arrived to
my office I found out they had
moved the combination to the
safe.

6/30/15
about 10:30am I went to talk to
Justin to tell him that someone
had gone into my office and
moved the combination so because

SANCHEZ - 001437

of that I couldn't get change for the cashier, the comment was "I know you are very mad because you were too close to German" in a sarcastic way. And made no comment about what I told him. Justin did not tell me that it had been Christina and him that were in my office, but an employee had witnessed them being in my office all day.

at around 12:15pm I was in the dietary office and again Justin walked by at the same time as 6/05/15 and made the same comment, "don't look too bored," in a sarcastic manner.

SANCHEZ - 001438

6/30/15

At around 12:30pm Christina went to my office to try to figure out the combo for the safe. While I was there I asked, "what she wanted to do with the financial records?" She rolled her eyes and would not look at me she responded with "I don't know" several times. I feel very uncomfortable the way I am being treated now because I had a close working relationship with kathy west and German.

SANCHEZ - 001439



7/1/15

at 10:30 I was going to Christina's
office to take her the ALU paper
for the 4th of July since I did not
work, but she was not there.
I walked to the restroom and while
on my way I saw her in the
board room and I said Hi. She
ignored me so I continued walking.
When I came out of the restroom
Christina was waiting for me
in the corner right outside of the
restroom. She then in a rude
way was poking at my ~~keys~~ hand
demanding me to ~~giver~~ give
her my ~~safe~~ keys. She said,"
She needed them right now in a
rude way and in a public area.

SANCHEZ - 001440

the way she treated me made
me fee very uncomfortable again.
She told me that they would
change the combo to the safe
once I was downstairs.
later on about 12:00pm Justin
and Christina went to the
dietary office where I was
working and waited for Pedro
to leave to start questioning me
about the deposits and banks for
the cashiers. Justin was also
walking around carrying money for
change.
@ 1:45pm I went to talk to
Justin about the safe and if he
had the combo already he answered

SANCHEZ - 001441



yes, that Christina had emailed
him the combo and that he would
shoot me an email tomorrow with
the code. I told him that if
they were going to take over the
money if we could count it before
I turned it over to them, he said, "no
that it would be done tomorrow."
7/8/15
This morning as soon as I got
arrived to my office I checked
my email. Justin had sent me
the email with the code @ 4:35pm
not on 7/7/15 and not today like
he said he would. I got the
combination, I tried to open
the safe and saw that it was

SANCHEZ - 001442

already opened. I also noticed that the key slot was sticking out like he said it would be. he said I would not need the key only the combination code and that they would make copies of the key.

I waited all day to get some feedback from Christina and Justin on whats going on. and there was no communication from either of them at all.

SANCHEZ - 001443

Friday

On 7/10/15 at 8:30 Am I was
told by Justin Bart that he
had e-mailed me the Schedule
to get it done, and to schedule
my self in a empty position.
the only empty position was
dishwasher so I had schedule
my self a couple a day a week
as a dish washer.

Friday
On 7/10/15 at 2:15pm had an appt:
with HR "Suzanne Oetjen" to
talk to her about how I was
being treated by the ~~director~~
director "Kristina Vargas and
Manager "Justin Bart" but in
no way she wanted to listen
to me. Suzanne was very

SANCHEZ - 001444

distracted and Said to me
that the way the keys
were taken from me
was not harrasment nor
intimidation that they were
new bosses and they Cloud
do what they thought it was
the best for the Company.

monday

On 7/13/15 at 11:00 AM I was
told that I had to Schedole
my Self once agian in anther
arias and that for Wednesday
7/15/15 my Schedole had
Changed to 11:00 AM to 7:30 PM
with no avanced notice.

SANCHEZ - 001445

Monday

7/13/15 I have no commication with my managers Kristina Vargas and Justin Bart on how they would like me to do my Job it seems if they want me to leave Renown, I've trying to keep my self busy by helping the NR's taking all the patients calls, and dish washing since I can't perform my own job and not being on my regaler ~~Sched~~ Schedule.

7/13/15

every time Justin Bart walks in to the office he'll comment ~~Saing~~ Saying that Patient Calls is not enough for me to do but theres no Schedule for me. there's no Commonication.

SANCHEZ - 001446

~~Wednesday~~
Tuesday

On 7/14/15 at 10:30 Am
Justin Bart walked in to
the diet office and
once agian I was told
that taking Patient call wasn't
good and that I had
to do Something else
I am trying to Keep My
Self busy Still no Communication

7/14/15 at 11:40pm I went
to My office to do Some
of my papper work when
Justin Bart hocked on the
door Very hard I opened
the door it was a little bit
Closed Justin told me that
KristinaVargas needed to talk
to me.

SANCHEZ - 001447

## Tuesday

7/14/15 1:45pm Kristina came in to my office she seemed very happy and nice to me a minute later Justin walked by and said that Jessy Russel from HR wanted to talked to me so for me to call her. Kristina was more nice she had a smile got up from the chain and said to me to have some reports ready for her and she would get them later but my shift was over at 2:00pm I called Jessy Russel and she said to me "Luz since you reached out to Suzanne on Friday 7/10/15 she needed

SANCHEZ - 001448

to  talked to me in my
office so if I ~~deed~~ could
wait for her when I was
waiting for Suzanne, I texted
my husband and told him
that I was going to be late
that I was going to get Fired.

Suzanne walked in to
My office and she said
hi Luz your not in trouble
and I said good I thought
I was. a ~~monit~~ minute later
head of Security walked in Right
the office grabbed a chair
and blocked the office door
Suzanne said the reason
were here is that we got a Call



from one of our Security
saying that Some body had
left a Mysterious Package in your
my Car, and that they needed
to walk with me to my
Car So I can Check it.
I wasn't notified at the time
of the occurance so I
could have Called the police.
and they made me get in the
car and take everthing out
and opened all the doors
for me. they keep asking
if I was sure nothing
was there. Suzanne Said
we just wanted to make
sure you were OK.

SANCHEZ - 001450

didn't Security Should of
Contacted me at the time
of the incident Shouldn't
Security Should of
Contacted the police insted
they had me open the
our what if there was
a bomb?

Monday

on 7/20/15 a code black
a bomb threat it was
about 9:00AM, I was
diswashing and Justin Bart
Keepin asking all the Employee
that if they Seen anything
Suspicious to let him know
but he was looking at
me when he asked.

SANCHEZ - 001451



on 7/21/15 at 11:30 AM
one of the security gard
came to me and asked
me what have you
done. I said nothing
why. he said Luz I
really like you and the
way I was asked to
watch you by my boss
Ryan with no explanation
made me very uncomterable.
he just said watch her
this was "tom" Masset

SANCHEZ - 001452

thursday

8/6/15 at 1:30 pm

I had an appiement with Mark Behl he is the interm Ceo for South meadows I brought all my Concerns to him and the way I was being treated and the way I was escorted to my Car I told him about all my fear and that if I was going to acused of wrong doing that Kristine, and Justin had a lot to hide, they made German pineda throw away about 5,000 dollars in expired coffee that

SANCHEZ - 001453



was Sitting in the US
Foods warehouse and
when German got
Fired he was acused
of Steeling, the minute
the Coffee arrived at
South Meadows it was
thrown away. So I
told Mark Behl and
let him Know that
I was very afriad of
Kristina and Justin
those invoises were
never Sent to me
and I was the person
that coded all invoices
the date was between
may 15th to may 30th.

SANCHEZ - 001454

also gave him a ~~to him~~
a singed paper from all
of ~~the~~ tenoe pacific
employees on ~~how~~ they
were so un happy with
the food. we always lack
of alot of things.
we were always out of
Something. I gove that
paper to Mark Behl.

on 8/7/15 10:30 Am when ~~of I~~
was in the office doing
paper work Justin and
Ronda walked in the office
and asked who and why
that paper that was signed
by all Tanoe Pacific Hospital

SANCHEZ - 001455

employees was giving to
Mark Behl and not to him
and that ~~that~~ I was not
acting right that I
was the coordinater
I should of backed him
up. all Im doing is ~~protect~~
~~prote~~ protecting my self
at this point I have
reached out to HR and
Mark Behl CEO and I still
~~feel~~ harrased.
being.

SANCHEZ - 001456

2016

in October the supervisor
Position was Posted. the
department wasn't notified
of the Position to see if
anybody wanted to apply.
Only Kristen Foley new
she was the only
applicant and the only
Candidit she got the
Superisors Position because
Kristen was a very
close friend with
Christina Vargas
out side work.

SANCHEZ - 001457

11/11/15 I was clocking out at
2:34pm my husband was waiting
for me at the round about
like he does every day. Since
I don't drive my car to
work since I got the car
searched "Suzanne and
Ryan"         HR
~~head~~ head of Security.


11:30 Am
11/12/15 I was talking to
Karel the dietition and
She asked what was going
on with me. I said nothing
why? Karel told me that
She was in the kitchen's
diet office when

When Kristina Vargas
Came in and Screamed
why was Luz's car
Parked in front.

9:00 Am
11/18/15 I came to work I was
Stocking the cafe When
Rhonda aproached me
and Said that at 10 Am
we had a Meeting
with Jessi Russel and
Justin. I was told that
I was illigally Parked
and that they had ~~preke~~
Pictures of me walking to
My car.

SANCHEZ - 001459



I was giving a coaching.
I said to Jessi that it
had been Kristina that
took the Pictures and
she went to the kitchen
~~to~~ Screaming why was
my car Parked in front
Jessi stayed quit.

SANCHEZ - 001460



12/14/15 it was my day off at 10:30 AM I get a call from the hospital, it was Justin Bart. he asked me if I knew were the christmas tree ~~was~~ was. I told him it had been put away and he said that they clood not find it and a very rude way he said to me "god dam it" ~~I felt like~~ he made me feel ~~I~~ liked if stoled the tree 12/19/15 @ 11:00 Kristina, Justin, Kristen, Rhonda and other people came to South meadows ~~t~~ they had a Christmas tree none of them talked to me.

SANCHEZ - 001461

monday
12/22/15 @ 8:00 AM I was
Cashiering when all the
people started asking
me were was the
Christmas tree and who
had taking it, # or
what I had done with
it. I was blamed For it

SANCHEZ - 001462

Thursday

1/7/16 1:30pm went to
my office to do paper work
when Justin and Rhonda
walked in and closed the
door Justin said to me
Starting tomorrow this is
no longer your office it's
~~Kristin~~ Kristen Foley.
~~Justin~~ I told Justin that
I had applied for FMLA
and he said What.
I told him that I just had
applied today. His reaction
was not good and he said
how long are we talking about
a week or 2 weeks. I said no is
12 weeks and he got mad.
Kristen Foley is not a

SANCHEZ - 001463

South Meadows employee
She is an employee for
~~Reg~~ Regional on mill.
I feel harrased and ~~discri~~
discriminated. I Tuned all
these Kegs and the money
and took all my belongings
out.


1/8/2016 I started training
Rhonda on all paper work
coding invoices, deposits
and Financials.

SANCHEZ - 001464

Tuesday

2/3/2016 at 10:00 Am I get a call from Rhonda She said that she needed help with the end of month and if I can please help her and guide her So she cloud get it done I'm in FMLA I had Surgery on 2/2/2016

3/2/2016 I get a call From Rhonda She needed help with end of month I'm still on FMLA.

SANCHEZ - 001465

I was called in to
Rhonda's office at 10:00am
to go over my Eval. I got
a very good e-vel I thank
Rhonda and told her I didnot
expect that from her since
she had been very mean and
had harrassed since she
started working at renown. She
appolized to me and told
me I did agreat Job.
that she been influenzed
by Christina, Justin, Kristin

SANCHEZ - 001466

12/30/16  10:00 AM  I was taking
my break when Christina
Vargas walked in to the
Cafe and told me that
Jessi Russel and her needed
to talked to me in her
office. after she left I let
Lupe Aguilar my coworker know
that I was probly going to
get Fired that Christina
wanted to see me in her
office. I went in the office
at 10:15 Jessie started
talking she Just told me
that since I've doing the
cashiers Position for a while
that they were going to
bring my pay to the top

SANCHEZ - 001467

of the Cashier's 14.48
she did not say that
Position FNS Coordinator
was being Eliminated she
did not give me an
option to transfer or
offer me anything equal
to what I'm making $16.95
I been discrimated once
agian, when Jessi gave
me the document to sign
they did not even have
a pen that's why my signature
is not

When I ~~signed~~ signed Jessi
and Christina had a very
big smiles on thier faces

SANCHEZ - 001468

Jessi asked me like 3
time if I understood why
they have done that she
keep pointing at the document
it made me feel that because
of me being hispanic I
dont understand.

SANCHEZ - 001469

3/9/17 I got a call from Shaun LaVac. She told me that my employer had offered me a lite duty Job so they would stop paying me. My doctor told me that he had to release me to light duty that workers comp had told him to do so. the light duty Job I was offered is the same Job I've doing. When I went back to work I could barely walk I was by my self from 6:00Am to 10:00Am when the other cashier came in. I had to walk to the kitchen to get all the orders

SANCHEZ - 001470

get all the food, stock, clean, make coffee, clean all the tables, put all the supplies away lift very heavy boxes, and the sodas and all alot of many other things. I had the chair in the back of the register, and a food warmer was put behind my working area that's what they offered

SANCHEZ - 001471

Friday

5/26/17 8:00Am Kristen Foley
got all the employees
together in the kitchen
and told us that Christina
Vargas had resinged
starting imidiatily on
Thursday 25th Kristen
was very happy and
so was every body else
for me it felt like a
very heavy thing had
lifted from my shoulders
since that day everything
changed in the department.
Kristen, and Justin are
are different. We
can talk to them,

SANCHEZ - 001472

7/26/17 Kristen Foley
told me that my E-val
for March 18th had
been delayed and that
there was a reason for
it. that she wanted
to give me a true E-val
that it was correct going to be
ready for me to sign Sign
Soon. She never sat with
me to go over it with me
I Just Signed it online.
all my Prior Supervisor would
Sit with me and let me
Know how I was doing or
if I need improvement.
Kristen Foley has been the
Supervisor for the Since
November 2016.

SANCHEZ - 001473

Thursday

8/24/17 3:30 I went to
the hospital to ask ~~Kr~~
Kristen Foley for Copy's
of my medical notes.
they weren't Filed in my
employee file, they were
on Kristen's desk with
a Pile of other papers
she ~~was~~ Kristen and Paul Benton
lead cook were making
fun of it. she told me
that she had ~~all of~~ them all
Just not Filed and were
~~laughing~~ about and how
Christina Vargas never
Filed any paper work.
HPAA.

SANCHEZ - 001474