# EXHIBIT Q

# EXHIBIT Q

June 24, 2015

At about 1:00 pm Justin Bart came into my office and asked a lot of questions about all the financial reports. I showed him where I keep all the records and where the safe is located. I also let him know that the safe does not have a combination code but that I have a key and keep it with me at all times.

June 25, 2015

At about 12:15 pm Justin walked by the dietary office while I was sitting in there waiting for patient calls. He made a comment that made me feel uncomfortable. He said, " don't hold onto the floor too hard." 15 minutes later he walked by again and made another comment, "don't look to bored."

June 30, 2015

Christina Vargas and Justin went into my office yesterday 06/29/2015 after I left work. They went through all my things and had changed the combination to the safe.

At about 10:30 am I went to tell Justin someone had gone into my office and changed the combination to the safe so I was unable to get change for the cashier. In a sarcastic way he said, " I know you are very mad because you were too close to German." He did not say anything about what I told him. Justin did not tell me it had been Christina and him that had gone into my office. An employee had witnessed them being in my office.

At around 12:15 pm I was in the dietary office and Justin walked by and made the same comment in a sarcastic manner, "don't look too bored."

Around 12:30 Christina went to my office to try to figure out the combination for the safe. While I was in there I asked what did she want to do with the financial records?" She rolled her eyes and would not look at me and responded, " I don't know" several times.

July 7, 2015

At 10:30 I was going to Christina's office to take her the ALV paper for the 4th of July since I did not work, but she was not there. I was walking to the restroom when I saw her in the board room. I said, "Hi Christina" and she ignored me so I continued walking. When I came out of the restroom she was waiting for me in the corner outside right outside of the restroom. She startled me. In a rude way, she was poking at my hand

demanding me to give her my keys, she said, "I need those right now!" in a rude way and in a public area. The way she treated me made me feel very uncomfortable again. She told me," they would change the combination to the safe once I was downstairs. Later, at about 12:00 Justin and Christina went to the dietary office where I was working, they waited for Pedro to leave to start questioning me about the deposits and banks for the cashiers. Justin was also walking around carrying money for change. At 1:45 I went to talk to Justin about the safe and ask if he had the combination, he answered, "yes, Christina had emailed him the combination and that he would shoot me an email tomorrow with the code." I told him, "if they were going to take over the money if we could count it before I turned it over to them?" He said, "no that it would be done tomorrow."

July 8, 2015

This morning as soon as I arrived at my office I checked my email. Justin had sent me the email with the code on 7/7/15 at 4:35pm. When I tried to open the safe I saw that it had already been opened. I noticed the key slot was sticking out. Justin had said I would not need the key, only the combination code. He said they would make copies of the key. I waited all day to get some feedback from Christina and Justin on what's going on but, there was no communication from either of them.

July 10, 2015

8:30 Justin Bart told me he had emailed me the schedule. He told me to get it done and schedule myself in an empty position. The only empty position was dishwasher. I had to schedule myself as a dishwasher a couple times a week for two months. I washed dishes with Fernando Aguilera twice a week and had no set days.

At 2:15 I had an appointment with HR-Suzanne Oetjen to discuss the way I am being treated by the director Christina Vargas and manager Justin Bart. Suzanne was not interested or wanted to listen to what I had to say. Suzanne told me, it's not that she did not want to listen to me, but she was very distracted because of the construction noise. She told me, "the way the keys were taken from me was not harassment nor intimidation. They are new bosses and they could do what they think is best for the company."

SANCHEZ - 001267

July 13, 2015

At 11:00 I was told I had to schedule myself in another empty position. For Wednesday 7/15/15 My schedule had changed to 11:00 to 7:30pm with no advanced notice.

I have no communication with my managers, Christina Vargas and Justin Bart on how they would like me to perform my job. It seems as if they want me to leave Renown. I've been trying to keep myself busy by helping the NR's, taking all the patient calls and dishwashing since I cannot perform my own job and not having my regular schedule.

Every time Justin walks into the dietary office he says, "patient calls are not enough for me to do," but there is no schedule for me. There is no communication.


July 14, 2015

10:30 Justin walked into the dietary office and again told me that taking patient calls isn't good enough. That I have to do something else. I am trying to keep myself busy since there still isn't any communication.


At 1:40 I went to my office to do my paperwork. Justin Knocked hard on the door which was opened a little. He told me Christina needed to talk to me. At 1:45 Christina came into my office asking me for some reports. She seemed very happy and was nice to me. A minute later Justin walked by again and said that Jessy Russel from HR wanted to talk to me. He gave me her extension number to contact her. Christina was even nicer then, she had a big smile when she got up from the chair and told me to have some reports ready for her and that she would get them later, but my shift ended at 2:00. I called Jessy Russel and she said since I had reached out to Suzanne Oetjen on Friday 07/10815, Suzanne needed to talk to me in my office and asked if I could wait for her in my office. I texted my husband to let him know I was going to be late because I was going to be fired. Suzanne walked into my office and said I wasn't in trouble. I said, "good because I thought I was." Moments later, head of security Ryan Clarke walked into my office, grabbed a chair and blocked the door. No one notified me that security was also on his way. Suzanne said, "the reason we are here is because we received a phone call from one of our security officers saying that someone had planted a mysterious package in your car." They needed to walk with me out to my car so that I could check it out. I was not notified at the time of the incident so that I could have called the police. They made me take everything out of my car and made me open all the doors for them. They kept asking if I was sure there wasn't anything in my car. Suzanne said, "we just wanted to make sure you were ok." Security should have notified

SANCHEZ - 001268

me at the time the mysterious package was planted and called the police. What if it was a bomb or something else. They put my life in danger in that moment. I felt it was retaliation since I had reached out to Suzanne about the harassment and discrimination with my bosses towards me.

July 15, 2015

After my car was searched, Ryan Clarke and Suzanne Oetjen told me I need to register my car for a parking permit. I did not register my car because my husband started taking me to work. I explained to Ryan and Suzanne that I had been parking in the front because I carried the money to and from the bank for the cash registers. The money was kept in my office. Security and previous management had known I parked in the front. Since I was not taking my car to work, my husband or daughter would have to pick me up between 10:00 and 10:30, during my break to go to the bank.

July 20, 2015

There was a code black (bomb threat) at about 9:00. I was dishwashing. Justin Bart kept asking the staff if they'd seen anything suspicious while looking at me, to let him know. He made me feel uncomfortable like I was the threat due to the prior incident with the suspicious package planted in my car a week ago.

July 21, 2015

At 11:30 Tom Moffat, one of the security officers asked me, "Luz, what have you done?" I said, "nothing, why?" He said, "Luz, I really like you and the way I was asked to watch you by my boss Ryan made me very uncomfortable.

August 6, 2015

I had an appointment with the intern CEO of South Meadows Mark Behl at 1:30. I brought all my concerns to him about the way I was being treated at work, being escorted out to my car. I explained my fear and that If I was going to be accused of wrong doing then Christina and Justin have a lot to hide. Christina and Justin had ordered about $10,000.00 in expired coffee that had been sitting in the US foods warehouse and was split between Renown Regional and Renown South Meadows. As soon as the coffee arrived at South Meadows they made German throw away about

Case 3:21-cv-00352-MMD-CSD   Document 69-17   Filed 08/11/23   Page 6 of 12

$5,000.00 in expired coffee and when he got fired, he was accused of stealing. I let Mark Behl know about the coffee and told him I was very afraid of Christina and Justin. Also, I oversaw coding for all the invoices and the invoices for the coffee were never sent to me to be paid. I gave him a paper signed paper by all the Tahoe Pacific employees stating how unhappy they are with the food; we always lack a lot of things, we are always out of something.

August 7, 2015

While I was in the office doing paperwork, Justin and Rhonda walked in and asked why the paper I gave to Mark Behl was signed by all the Tahoe Pacific Hospital employees. They told me I was not acting right, that I was the coordinator and I should have backed up the department and Justin. I am just trying to protect myself, since I have reached out to HR and Mark Behl and I am still being harassed and discriminated.

October 6, 2015

I smashed my left thumb with the cash register at about 2:00pm. I did not tell anyone that day. I went home bleeding and in a lot of pain. I on 10/7/15 I went to work with my thumb black and swollen. I told Justin and Rhonda and I filed out a report. I went to urgent care and had X-rays taken. The X-rays showed my thumb broken. I was sent to the ROC ER and I was denied treatment. They sent me to South Meadows ER and was also denied treatment. On 10/8/15 I went back to the ROC ER and got treated. I had a splint put on and was recommended by the doctor not to use my left hand. I had restrictions until my thumb got better.

Rhonda and Justin did not follow the restrictions. I was told that I could use my right hand. They had me put all the merchandise away for the store room. Every Monday and Thursday they had me picking up very heavy boxes that weighed between 50-70lbs each from the floor. I only had 45 minutes to an hour to do it. At 12:00 pm I had to be at the register cashiering.

I was not able to follow through the whole treatment. I spoke to Latasha Cortez and let her know how I was being treated.

SANCHEZ - 001270

November 4, 2015

At 1:00 pm we were waiting for Christina to speak at the huddle. We had a new employee Aaron Williams asked me a question and I answered him. Christina saw me talking to him and in front of all my co-workers yelled," Luz will you shut up!" I was very embarrassed. Some of the people involved were Rhonda Tu, Kristen Foley, Aaron Williams, Cameron Randal, Julie Macaluso, Fernando Aguilera, Alberto Aguilar, Octavio Alonso, Calvin miles, and Armando Hernandez.

November 12, 2015

Karel the dietitian approached me and she asked what is going on with me. She explained when she was in the dietician office on 11/11/15, Christina Vargas went into the kitchen yelling why was Luz's car parked in the front of the building. On 11/11/15 I was clocking out at 2:30 while my husband was waiting for me parked in front. I don't drive my car to work since they searched my car for the mysterious package.

November 18, 2015

I was stocking the café and Rhonda approached me telling me that we had a meeting with Jessi Russel and Justin at 10:00. They gave me a coaching for being illegally parked on 11/11/15 and that they had pictures of me walking to my car. I told Jessie, I knew it had been Christina who took the pictures since she had gone into the kitchen yelling why my car was parked in front. Jessi stayed quiet. It had been my husband parked outside waiting to pick me up.

December 14, 2015

It's my day off, I received a phone call from Justin. He asked if I knew where the Christmas tree was. I told him I had been put away. He said they could not find it. In a very rude manner he said, "God Dammit!" He made me feel as if I stole the tree.

December 19, 2015

At 11:00; Christina, Justin, Kristen and Rhonda came to the hospital with a Christmas tree. None of them talked to me.

SANCHEZ - 001271

December 22, 2015

I was blamed for the Christmas tree. At about 8:00 I was cashiering and other employees would ask me where the Christmas tree was, who had taken it, or what had I done with it.

January 7, 2016

At 1:30 I was at my office doing paper work. Justin and Rhonda came in and closed the door. Justin told me," as of tomorrow this is no longer your office, it will be Kristen Foley's office." Kristen is a Renown Regional employee not South Meadows. I turned in my keys and the money and took all my belongings. I let Justin know that I had applied for FMLA today. He was not too happy. He said, "What! How long are we talking about? One week or two?" I told him 12 weeks and he got very mad.

January 8, 2016

I started training Rhonda on all paperwork; coding invoices, deposits, and financial reports.

February 3, 2016

I'm on FMLA. I just had Surgery yesterday 02/02/2016. At 10:00 am I received a call from Rhonda. She said she needed help with the end of the month report and asked if I could help guide her through it so she could get it done.

March 2, 2016

I am still on FMLA, Rhonda called me again because she needed help with the end of the month report.

April 5, 2016

I was called into Rhonda's office at 10:00, during my break, to go over my annual evaluation. I received a very good eval. I thanked Rhonda and told her I was not expecting that since she had been very mean to me and had harassed me since she started working at Renown. She apologized to me and told me I had done a great job. She said she had been influenced by Christina, Justin, and Kristen.

October 13, 2016

Rhonda told me Justin had said that if I want to get my 8-hour shift, I needed to clean the clean the can rack. I needed to remove all the cans from the rack to clean it. I had to use a step ladder to be able to reach the top shelves while my thumb was broken. It had about half an inch of grease because it had never been cleaned before.

October 2016

Sometime in October a supervisor position for the department was posted and the none of the staff was notified of the position available to see if anyone wanted to apply. Kristen Foley was the only one that knew, she was the only applicant and candidate for the supervisor position. Kristen, Justin, and Christina Vargas are best friends in and out of work.

December 30, 2016

At 10:00 am, during my break, Christina Vargas came into the café and told me Jessie Russel and she needed to talk to me in her office. When she walked away I told my coworker Lupe that I was probably going to be fired and that Christina wanted to see me in her office. I went to the office at 10:15. Jessie told me since I had been doing the cashiers position for a while that they were going to bring my pay up to the top of the cashiers at $14.48. She did not mention anything about eliminating the FNS Coordinator position. She did not give me the option to transfer to a different department or offer me anything else equal to what I was making $16.95. When I signed the document, Christina and Jessie had big smiles on their faces. Jessie asked me 3 times If I understood why they have done the change of position while pointing at the document, making me feel dumb because I'm Hispanic as if I did not understand what was going on.

March 9, 2017

I received a phone call from Shawn LaVac. She told me that my employer had offered me a light duty job, so workers comp would stop paying me immediately. The doctor told me that he had to release me to light duty because workers comp had told him to do so. The light duty job that I was offered is the same job I have been doing since before my injury. When I went back to work I could barely walk and I was by myself from 6:00 am to 10:00 am. I have to walk to the kitchen to get the food orders, stock, clean, make coffee, clean all the tables, put away all the merchandise and supplies, lift heavy boxes, amongst a lot of other things. I had put a chair behind the cash register so that I could sit as needed. I would not sit because when I sat down, Justin would come tap me on the shoulder and tell me, "sitting on the job again?" Not once has Justin asked me if I was ok. There was no communication with Justin unless he was making a rude or unnecessary comment towards me. They offered to put a food warmer close to my working area so that supposedly I would not have to walk far.


May 26, 2017

At 8:00 am, Kristen gathered all the employees in the kitchen. She told us Christina Vargas had resigned starting immediately. Kristen and everyone else were so happy about the news. I felt like a very heavy object was lifted from my shoulders. Since that day everything in the department changed. Kristen and Justin are very different, they are approachable now.


July 26, 2017

Kristen Foley told me my annual eval for March 18, 2017 had been delayed and there was a reason for it. She said she wanted to give me a true and fair eval and that it would be ready soon. She never sat down with me to go over it. She just had me sign it online. All my prior supervisors would sit with me to let me know how I was doing or if I needed improvement. Kristen has been the supervisor since November 2016.

August 24, 2017

At 3:30 I went to the hospital to ask Kristen for copies of my medical notes. They were not filed in my employee file. They were scattered on her desk. Kristen and Paul Barton lead cook were making fun of how Christina was so unorganized and wouldn't file anything. She told me she had them but, they were not filed. That's a HIPAA violation.

SANCHEZ - 001275

When Rhonda Tu got hired; Rhonda and Justin told me I needed to put the merchandise away two times a week. I did that for about six months. During this time, I was not able to perform my job as a Food and Nutrition Coordinator because of that I use my break time to do the invoices and deposits.

On

It was Renown Recognition day. All the employees got pizza. I worked as a cashier from 6:30 am to 10:00 am. At 10:00, Kristen Foley and Paul Barton told me at 10:30 I had to go set up all the catering carts for all the departments to have the pizza delivered. I was told by Kristen Foley, "sine you're the catering coordinator, you need to go deliver all the pizzas to all the departments," because she did not know where all the departments were. During light duty, I had to deliver a catering cart to all 14 departments from 12 pm to 1 pm. I had to walk back and forth to get a new cart for each department within one hour.

All the departments included; ER department, Imaging/Radiology dept., Surgery dept., Respiratory care dept., second floor, third floor, sterile dept., pharmacy, housekeeping, assisted living, outpatient therapy, and central supplies.