# EXHIBIT S

# EXHIBIT S



P 775-982-4100
www.renown.org

### CIVIL RIGHTS NON-DISCRIMINATION NOTICE

Pursuant to Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, and the Americans With Disabilities Act (ADA) of 1990, Renown Regional Medical Center does not discriminate in admissions, provisions of services, hiring and employment on the basis of race, color, national origin, sex, religion, age or disability (including AIDS and related conditions).

For further information or to file a complaint regarding employment or hiring practices contact the Human Resources Compliance Specialist, (775) 982-4737. For complaints regarding health care programs or to report a facility acquired infection, the Director of Risk Management, (775) 982-4798, or the Nevada Health Facilities Complaint Line at 1-800-225-3414, 727 Fairview Drive, Suite E, Carson City, NV 89701.

A complaint regarding discrimination also may be filed with The Office for Civil Rights, Department of Health and Human Services, 50 United Nations Plaza, Room 322, San Francisco, California 94102, (415) 437-8310 (voice), (415) 437-8311 (TDD).

Additional options to seek resolution of a care concern include contacting the Joint Commission at 1-800-994-6610, Office of Quality Monitoring, The Joint Commission, One Renaissance Boulevard, Oakbrook Terrace, Illinois 60181.

CONFIDENTIAL