# EXHIBIT T

# EXHIBIT T

# Renown
HEALTH

## Introduction

Renown Health is committed to maintaining a safe and healthy workplace that is free of prohibited conduct. This e-lesson will discuss prohibited conduct and how to report the behaviors without fear of retaliation.



Back

Next

CONFIDENTIAL

17/30











Renown HEALTH

## Let's Review the Harassment Policy (HRM.145)

There is a lot of focus on sexual harassment, however, the courts expect ALL protected groups be covered under the policy and training of employees.

Harassment is defined as unwelcome conduct that creates an intimidating, hostile or offensive working environment based on a person's status, including:

- Sex/sexual orientation
- Color, race, national origin, ancestry
- Religion, age, physical handicap, medical condition, disability
- Marital status, veteran status, citizenship status
- Any other group specified by federal, state or local law

CLICK HERE TO REVIEW THE POLICY

Back Next

CONFIDENTIAL

Renown HEALTH

## What's Your Role?

Be professional and respectful in your behaviors and hold others accountable.

Say No: Make it clear to the offender that the conduct is unwelcome and any repetition of the conduct will be reported.

Report harassment immediately - within 24 hours to your leader and/or Human Resources Business Partner at ext. 4156 or the compliance hotline a 1-800-611-5097.

Back Next

CONFIDENTIAL

Renown HEALTH

## A Just Culture is...

- Creating an environment where all employees will speak up when they see a potential safety risk or error without fear of punitive consequences
- A focus on the behaviors that lead to a potential safety event (human error, at-risk behavior, reckless behavior) not just the outcome of the event
- Holding us all accountable for our performance in accordance with job responsibilities
- Encouraging peer-to-peer guidance to stop errors or at-risk behaviors and supporting our colleagues when mistakes are made
- Living our values of excellence, caring, collaboration and integrity

Back Next

CONFIDENTIAL

## What about Hostile Work Environments?

A hostile work environment is an indirect form of harassment and is a working environment in which the employee suffers no tangible employment benefit or detriment. This environment occurs when the work atmosphere is offensive or abusive because of conduct.

This standard requires a working environment that a reasonable person would find hostile or abusive, as well as the victim's subjective perception that the environment is abusive:

- Frequency of discriminatory conduct
- Severity of conduct
- Physically threatening or humiliating conduct versus an offensive comment
- Interference with employee's work performance

Back    Next



SANCHEZ - 001066



## Zero Tolerance

Renown Health strictly enforces a zero tolerance policy regarding harassment to ALL employees. Inappropriate conduct towards employees by anyone, including management, co-workers, providers, vendors, clients, patients, or patient's family members will not be tolerated.

Employees are entitled to come to work, do their job and are not to feel that some comments and jokes just "come with the job."



Back

Next

