# EXHIBIT U

# EXHIBIT U

| Renown Health | | Page 1 of 3 | |
|---|---|---|---|
| Policies & Procedures | | **Current Version Effective Date:** | 3/1/18 |
| | | **Creation Date:** | 1/1/07 |
| **Title:** | Reasonable Accommodation | **Revision History:** | |
| **Type:** | Human Resources | 4/1/2009   2/1/2015   1/1/2018 | |
| **Number:** | RENOWN.HRM.270 | 00/00/00   00/00/00   00/00/00 | |
| **Author(s):** | Diane Bates, Director of Compensation, Benefits and HR Operations | **Supersedes:** N/A | |
| **Owner:** | Renown Health Vice President of Human Resources | | |

**Scope:**

Renown Health and its affiliated entities, including but not limited to: Accountable Care Organization, Administrative & Business Offices, Ambulatory, Behavioral Health, Breast Health Center, Center for Advanced Medicine B, Center for Advanced Medicine C, Foundation, Healthcare Center Home Health, Hometown Health, Hospice, Hyperbaric Laboratory, Medical Group, Monaco Ridge, Pregnancy Center, Regional Medical Center, Rehabilitation Hospital, Skilled Nursing, South Meadows Medical Center, Therapies, Urgent Care, Wound Care, X-ray & Imaging

**Policy Statement:**

To comply with applicable laws ensuring equal employment opportunities to qualified individuals with disabilities.

**Definition of Terms:**

1. <u>Qualified Individual With a Disability</u>: A person who has the skill, experience, education and other job related requirements of the position and who with or without reasonable accommodation, can perform the essential functions of the position.

2. <u>Reasonable Accommodation</u>: Modifications or adjustments to the work environment or the manner or circumstances under which a position is held that enables a qualified individual to perform the essential functions of that position. An accommodation also may enable an employee to enjoy equal benefits and privileges of employment as are enjoyed by other similarly situated employees without disabilities.

**Procedure:**

1. The organization complies with the Americans with Disabilities Act (ADA) and the ADA

These Policies and Procedures are guidance for the Organization. The Organization recognizes there may be specific facts and/or circumstances that warrant a departure from a specific policy provision. Nothing herein is intended to override an employee's ability to use good judgment in such circumstances.

SANCHEZ - 000761

| Title: | Reasonable Accommodation | Page **2** of **3** |
|---|---|---|
| Number: | RENOWN.HRM.270 | Effective: 3/1/2018 |

Amendments Act of 2008 and applicable state and local laws prohibiting discrimination in employment against qualified individuals with disabilities. It is the organization's policy to:

   a. Ensure that a qualified individual with a disability is treated in a nondiscriminatory manner in the pre-employment process and with respect to all terms, conditions and privileges of employment.

   b. Administer medical examinations, such as second medical opinion or fitness for duty exams, to applicants only after conditional offers of employment have been extended, and to employees only when job related and justified by business necessity.

   c. Keep all medical related information confidential in accordance with ADA requirements and retain such information in separate confidential files in Human Resources.

   d. Make reasonable accommodations for the known physical or mental limitations of an otherwise qualified individual with a disability who is an applicant or an employee, unless undue hardship or a direct threat would occur as a result.

   e. Notify individuals of this policy by posting the Equal Employment Opportunity Commission's poster on not discriminating against individuals with disabilities and other protected groups conspicuously throughout the organization as well as making this policy available to employees.

2. Any applicant or employee who requires an accommodation in order to perform the essential functions of the job should contact Human Resources and request such an accommodation. The accommodation request can be written or oral.

3. Human Resources shall provide the individual with a Request for Reasonable Accommodation for a Person with a Disability form and require the individual to provide documentation to verify the disability, specify what barriers or limitations make it difficult for the individual to perform the job, and the accommodation requested.

4. On receipt of the request and supporting documentation, the appropriate Human Resources representative will investigate the request and meet with the requesting employee to discuss and identify the precise limitations resulting from the claimed disability and the potential accommodations that might help overcome those limitations.

CONFIDENTIAL

| Title: | Reasonable Accommodation | Page 3 of 3 |
|---|---|---|
| Number: | RENOWN.HRM.270 | Effective: 3/1/2018 |

5. The accommodation process is interactive, and it may take multiple conversations between the organization and the requesting individual before a reasonable accommodation is reached. Employees are expected to fully cooperate in the interactive process, including making every effort to provide management with current medical information. Employees who do not meaningfully cooperate in the interactive process may waive the right to accommodation.

6. If the requested accommodation is reasonable and will not impose an undue hardship or a direct threat, the organization will make the accommodation in accordance with applicable law. The organization may propose an alternative to the requested accommodation or substitute one reasonable accommodation for another and the organization retains the ultimate discretion to choose between reasonable accommodations.

7. If the request for accommodation is approved, the appropriate Human Resources representative shall inform the employee and any other appropriate supervisory and management personnel who may need to know of the provisions of the accommodation to be provided.

8. In addition, the appropriate Human Resources representative will log the request, communications and outcome in a confidential log to maintain consistency in the accommodations process and be able to keep accurate records of those employees receiving accommodation. Human Resources also will monitor accommodations granted to ensure efficacy and compliance.

9. If a request for accommodation is denied, the individual requesting accommodation may appeal this decision with the Renown Health Vice President of Human Resources.

**References/Regulations:**

Americans with Disabilities Act of 1990
Request for Reasonable Accommodation for a Person with a Disability form

**Contributors\Reviewers:**

Diane Bates, Director of Compensation, Benefits and HR Operations
Suzanne Oetjen, Director of Human Resources Business Partners
Michael Henson, HR Compliance Specialist
Michelle Sanchez-Bickley, Renown Health Vice President of Human Resources