# EXHIBIT V

# EXHIBIT V

| Renown Health | Page **1** of **2** | |
|---|---|---|
| **Policies & Procedures** | **Current Version Effective Date:** | 8/15/17 |
| | **Creation Date:** | 9/1/02 |

| | | **Revision History:** | | |
|---|---|---|---|---|
| **Title:** | Open Door | 6/1/2013 | 00/00/00 | |
| **Type:** | Human Resources | 12/1/2016 | 00/00/00 | 00/00/00 |
| **Number:** | RENOWN.HRM.170 | **Supersedes:** | | |
| **Author(s):** | Diane Bates, Director of Compensation, Benefits and HR Operations | N/A | | |
| **Owner:** | Renown Health Vice President of Human Resources | | | |

**Scope:**

Accountable Care Organization, Administrative & Business Offices, Ambulatory, Behavioral Health, Breast Health Center, Center for Advanced Medicine B, Center for Advanced Medicine C, Foundation, Healthcare Center Home Health, Hometown Health, Hospice, Hyperbaric Laboratory, Medical Group, Monaco Ridge, Pregnancy Center, Regional Medical Center, Rehabilitation Hospital, Skilled Nursing, South Meadows Medical Center, Surgical Arts, Therapies, Urgent Care, Wound Care, X-ray & Imaging

**Policy Statement:**

The organization believes in creating an environment where employees can openly communicate work-related issues with their management and/or representatives of the Human Resources department.

**Definition of Terms:**

None.

**Procedure:**

1. If an employee feels that he or she has not been treated in accordance with Renown policies, or if an employee feels he or she has been treated unfairly, or if an employee has a work-related issue or concern, the employee is encouraged to bring this issue to the attention of his or her immediate supervisor.

2. If the employee is not comfortable discussing the issue with his or her direct supervisor, the employee may contact the supervisor's manager or the appropriate Human Resources Business Partner.

These Policies and Procedures are guidance for the Organization. The Organization recognizes there may be specific facts and/or circumstances that warrant a departure from a specific policy provision. Nothing herein is intended to override an employee's ability to use good judgment in such circumstances.

CONFIDENTIAL

SANCHEZ - 000764

| Title: | Open Door | Page **2** of **2** |
|---|---|---|
| Number: | RENOWN.HRM.170 | Effective: 8/15/2017 |

3. If a satisfactory solution is not achieved, the employee is free to contact the appropriate departmental vice president or the Renown Health Vice President of Human Resources.

4. An employee may report a compliance issue or Code of Ethics violation by using the 24-hour Confidential Reporting Line, 1-800-611-5097, which is staffed seven days a week, or submit the concern in writing via the intranet. Employees who report the suspected violation in good faith are not subject to retaliation, even if the reported violation later turns out to be an error. (Refer to RENOWN.CCD.020, Compliance Violation Reporting)

**References/Regulations:**

**Contributors:**

Suzanne Oetjen, Director of HR Business Partners
General Counsel