# EXHIBIT "W"

# EXHIBIT "W"

**Transaction type: Compensation Changes**

Senior Management Team(): Pending
Hr Business Partner(Jessi Russell): Pending
Second supervisor(Christina Vargas): Pending
First supervisor(Suzanne Oetjen): 12/29/2016 3:47:24 PM
Created by(Jessi Russell): 12/29/2016 3:47:24 PM

## A. General Information

| * First Name | MI | * Last Name | Employee ID Number | * Location (Mailcode) |
|---|---|---|---|---|
| Lucero | | Sanchez | 15129 | SM19-Food & Nutrition S |

| * Org/Dept # | Dept Name | New or Current Work Ext. | Supervisor Name |
|---|---|---|---|
| 400511 | Food Services | 775-982-7018 | Kristin Foley |

| * Date Prepared | * Effective Date | |
|---|---|---|
| 12/29/2016 3:47:24 PM | 1/16/2017 12:00:00 AM | mm/dd/yyyy |

## D. Change of Status Please Use Section G Below to Explain All Changes

| Leave of Absence | Demotion | Promotion |
|---|---|---|
| Select One | Select One | Select One |
| Select One | | |

| Change Job code | Pay Rate Change | Status Change |
|---|---|---|
| Select One | Select One | Select One |

## E. Job Information

| | Job Title | FT, PT or PD | Grade | Job Code | 1st Quartile | Midpoint | Wage |
|---|---|---|---|---|---|---|---|
| Previous | FNS Coordinator | 1.0 | FNS-0 | 281166 | 13.32 | 14.53 | 16.95 |
| New | FNS Services Cashier | 1.0 | FNS-0 | 281146 | | | 14.48 |

## G. Comments

no job req needed. change in title due to alignment of duties being performed by employee. change in hourly rate only to bring to the top of the max of FNS-02 range.
no change in eval date.

Employee Acknowledgement (Optional): [signature] Date
12/29/2016

## H. Approval Levels

| 1st. Spvr. | Date | Human Resources | Date |
|---|---|---|---|
| Suzanne Oetjen | 12/29/2016 3:47:24 PM | Jessi Russell | |

| 2nd. Spvr. | Date | Senior Management Team | Date |
|---|---|---|---|
| Christina Vargas | | | |

RENOWN000686