# EXHIBIT X

# EXHIBIT X

Staff Evaluation - Annual Evaluation

| | | | | |
|---|---|---|---|---|
| Employee Name: | Sanchez, Lucero | | Employee Id: | 15129 |
| Department: | Food Services | | Dept. ID: | 400511 |
| Evaluation Date: | 3/18/2017 | | Position Description Rev. Date: | 7/27/2017 |
| Position Title: | Food Services Cashier | | Job Code: | 281146 |

I. Living Our Values

The Values are the specific behaviors we will exhibit as we go about achieving our Mission.. For each Value, assess based on the descriptions of each rating and the Methods of Assessment found on the last page of this form.

| Expectations | Rating | Method of Assessment | Example |
|---|---|---|---|
| **Caring: We are caring and compassionate.** | | | |
| -Listen to understand<br>　-Seeks others' perspective<br>　-Gives others full attention<br>　-Avoids interrupting others<br>　-Empathizes with others<br>-Encourage others<br>　-Acts as a mentor or coach<br>　-Encourages team members<br>　-Shows confidence in peers<br>　-Sees potential in others<br>-Connect with others<br>　-Smiles frequently<br>　-Acknowledges others in a warm and friendly manner<br>　-Is self aware<br>　-Manages relationships effectively | 3 - Exceeds Expectations | Observed | Luz is always friendly and has a great relationship with our customers and takes time to get to know them |
| **Integrity: We demonstrate respect and Integrity.** | | | |
| -Be Transparent<br>　-Asks for help when needed<br>　-Documents standard work<br>　-Learns from mistakes<br>　-Trustworthy<br>-Keep your word<br>　-Keeps commitments<br>　-Reliable<br>　-Maintains confidentiality<br>　-Practices good time management | 3 - Exceeds Expectations | Observed | Luz is very reliable and is always willing to jump in and help out with any task that is asked. She does a great job at keeping the high standards in the café. |

Page 1

RENOWN000768

Staff Evaluation - Annual Evaluation

| | | | |
|---|---|---|---|
| Employee Name: | Sanchez, Lucero | Employee Id: | 15129 |
| Department: | Food Services | Dept. ID: | 400511 |
| Evaluation Date: | 3/18/2017 | Position Description Rev. Date: | 7/27/2017 |
| Position Title: | Food Services Cashier | Job Code: | 281146 |

## I. Living Our Values

The Values are the specific behaviors we will exhibit as we go about achieving our Mission.. For each Value, assess based on the descriptions of each rating and the Methods of Assessment found on the last page of this form.

| Expectations | Rating | Method of Assessment | Example |
|---|---|---|---|
| **Collaboration: We collaborate with our patients, families, employees, partners and communities.** | | | |
| -Be a team player<br>   -Considers the needs of others<br>   -Takes initiative to help others<br>   -Includes others<br>   -Addresses disagreements or issues in a timely manner<br>-Share information<br>   -Shares information, knowledge and expertise<br>   -Communicates clearly about priorities and expectations<br>   -Recognizes others' contributions<br>   -Makes decisions that support our Mission | 3 - Exceeds Expectations | Observed | Luz is very self driven. she doesn't need much directions she hold herself accountable and has a very strong work ethic |
| **Excellence: We strive for excellence in all we do.** | | | |
| -Grow and develop<br>   -Demonstrates initiative and motivation to gain knowledge and learn new skills<br>   -Solicits feedback<br>   -Actively participates in department and/or committees<br>   -Navigates change effectively<br>-Focus on quality.<br>   -Adheres to Renown Health policies and procedures<br>   -Understands measures of success<br>   -Utilizes Transformational Health Care Tools to improve work processes<br>   -Focuses on safety for self and others<br>-Speak Up<br>   -Reports patient safety events, good catches and other occurrences in a timely manner<br>   -Stops the process when a mistake or defect is identified<br>   -Models the action, "See something, say something"<br>   -Shares ideas and solutions with others | 3 - Exceeds Expectations | Observed | Luz is great at communicating information to leaders. If she sees a problem she always lets us know. |

RENOWN000769

Staff Evaluation - Annual Evaluation

| | |
|---|---|
| Employee Name: | Sanchez, Lucero |
| Department: | Food Services |
| Evaluation Date: | 3/16/2017 |
| Position Title: | Food Services Cashier |

| | |
|---|---|
| Employee Id: | 15129 |
| Dept. ID: | 400511 |
| Position Description Rev. Date: | 7/27/2017 |
| Job Code: | 281146 |

## II. PERFORMANCE SUMMARY – Living Our Values

| | Rating |
|---|---|
| Caring | 3 |
| Integrity | 3 |
| Collaboration | 3 |
| Excellence | 3 |
| Total | 12 |
| Divide total By 4 | 3 |

## III. PERFORMANCE SUMMARY - JOB-SPECIFIC DUTIES AND RESPONSIBILITIES

Instructions: For each job-specific duty or responsibility listed in the Position Description, assess based on the descriptions of each rating found on the last page of this form. Transfer scores to table below AND attach a copy of Position Description.

| Duties and Responsibilities (transfer from current position description) | Weight | | Score | | Total Points Weight X Score | Method of Assessment |
|---|---|---|---|---|---|---|
| Living Our Values | 30% | X | 3 | = | 90 | |
| Provides fast, accurate, continuous service to customers. | 15% | X | 3 | = | 45 | Observed |
| Provides an accurate accounting of all monies. | 20% | X | 3 | = | 60 | Observed |
| Provides a clean, well-stocked facility for customers. | 10% | X | 2.3 | = | 23 | Observed |
| Follow established rules of conduct/dress. | 10% | X | 0.9 | = | 9 | Observed |
| Meets Retail Standards | 15% | X | 2.4 | = | 36 | Observed |
| Total | 100% | | | | 263 | |

Attached Position Description: Cashier job.docx

Page 3

RENOWN000770

Staff Evaluation - Annual Evaluation

| | | | |
|---|---|---|---|
| Employee Name: | Sanchez, Lucero | Employee Id: | 15129 |
| Department: | Food Services | Dept. ID: | 400511 |
| Evaluation Date: | 3/16/2017 | Position Description Rev. Date: | 7/27/2017 |
| Position Title: | Food Services Cashier | Job Code: | 281146 |

## IV. REQUIREMENTS

| Competencies | Status | Comments |
|---|---|---|
| 1. License verification (attach copy of license and primary source verification from issuer) | N/A | |
| 2. Certification verification (all certifications required by position description including BLS, ACLS, specialty certifications, etc.) | N/A | |
| 3. Joint Commission, OSHA and other required Online Learning Modules completed by due dates (print and attach OLA transcript) | Completed | |
| 4. Department specific and job-specific competencies completed (attach introductory or annual competencies) | N/A | |
| Other | | |
| 1. TB test or evaluation  Due Date: 8/1/2014 | | |
| 2. Mask fit test or other evaluation  Fit Date: | | |
| 3. Total Compensation Package Review – print and attach Compensation Data Sheet from Leader Scorecard database | Completed | |

Page 4

Staff Evaluation - Annual Evaluation

| | | | |
|---|---|---|---|
| Employee Name: | Sanchez, Lucero | Employee Id: | 15129 |
| Department: | Food Services | Dept. ID: | 400511 |
| Evaluation Date: | 3/18/2017 | Position Description Rev. Date: | 7/27/2017 |
| Position Title: | Food Services Cashier | Job Code: | 281146 |

## IV. REQUIREMENTS

| Continuing Education and Professional Development Courses | | |
|---|---|---|
| **Course Name** | **Date Completed** | **Certificate** |
| Renown Committees | | |
| **Committee Attending** | | **Position Held** |
| Profession Organizations | | |
| **Professional Organization** | | **Offices Held** |

Community Experience

Page 5

RENOWN000772

| | | | |
|---|---|---|---|
| Employee Name: | Sanchez, Lucero | Employee Id: | 15129 |
| Department: | Food Services | Dept. ID: | 400511 |
| Evaluation Date: | 3/18/2017 | Position Description Rev. Date: | 7/27/2017 |
| Position Title: | Food Services Cashier | Job Code: | 281146 |

## V. DEVELOPMENT PLAN

**All employees, regardless of the overall score, must have a Development Plan.** The Development Plan must specifically address any standard or job-specific duty or responsibility that is scored (1) "Needs Development" or (0) "Unsatisfactory" with clear steps that will be taken to improve the performance level. You may attach additional documentation for this purpose. Please review the results from the previous pages and complete the following:

Maximize current strengths by focusing on and continuing to (at least three):
1. Luz is very friendly and alwasy has a smile on her face when she interacts with customers
2. Luz does a great job of keeping the cafe need and organized
3. Luz is a wealth of knowledge and is very helpful and has great communication with leaders.

Increase effectiveness by starting or stopping the following (at least three):
1. Work with the cooks and the leaders to reduce food waste
2. Work with the team to get the kitchen ready for 100% on the health inspection
3. Help with catering and room set up when we have events

**Development Goals** (at least one):
1. Work with the team to make sure the department is ready for 100% health inspection

Progress check at 90 days  10/25/2017  180 days  1/23/2018

RENOWN000773

Staff Evaluation - Annual Evaluation

| | | | |
|---|---|---|---|
| Employee Name: | Sanchez, Lucero | Employee Id: | 15129 |
| Department: | Food Services | Dept. ID: | 400511 |
| Evaluation Date: | 3/18/2017 | Position Description Rev. Date: | 7/27/2017 |
| Position Title: | Food Services Cashier | Job Code: | 281146 |

## VI. COMMENTS

**Employee Comments:**

**Evaluator Comments:**
Luz is always in a pleasant mood and has a smile on her face and everyone comments on how nice she is

Page 7

RENOWN000774

Staff Evaluation - Annual Evaluation

| | | | |
|---|---|---|---|
| Employee Name: | Sanchez, Lucero | Employee Id: | 15129 |
| Department: | Food Services | Dept. ID: | 400511 |
| Evaluation Date: | 3/18/2017 | Position Description Rev. Date: | 7/27/2017 |
| Position Title: | Food Services Cashier | Job Code: | 281146 |

## VII. SIGNATURES

### ACKNOWLEDGEMENT

I acknowledge that my leader thoroughly reviewed my performance for the performance period, created a meaningful development plan, and reviewed my total compensation package in a comprehensive manner.

I further acknowledge that I have read and understand the position description delivered at this evaluation. I have reviewed all performance standards and understand that these standards will be used as criteria for evaluating my performance.

I hereby acknowledge that I currently hold, or will obtain within the amount of time specified, all required licensure and certifications listed in the minimum requirements section of the position description. I understand that it is my responsibility to maintain the required licensure and certifications (as applicable).

It is further understood that the position description may be modified at any time to reflect changes necessary in departmental and/or organizational needs.

My typed name below shall have the same force and effect as my written signature.

lucero sanchez                                    8/8/2017
**Employee's Signature**                          **Date**

Kristin Foley                                     7/27/2017
**Evaluator's Signature and Credentials**         **Date**

Justin Bart                                       7/27/2017
**Evaluator's Supervisor's Signature**            **Date**

RENOWN000775