# EXHIBIT Y

# EXHIBIT Y

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[X] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>0112-18-0007R<br>34B-2017-01343 |
|---|---|---|

Nevada Equal Rights Commission and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Mrs. Lucero Sanchez | Home Phone (Incl. Area Code)<br>(775) 342-7554 | Date of Birth<br>1973 |
|---|---|---|

Street Address: 1730 Dark Horse Rd. Apt. A, Reno, NV 89521

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>RENOWN HEALTH | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(775) 982-7210 |
|---|---|---|

Street Address: 10101 Double R. Blvd., Reno, NV 89521

DISCRIMINATION BASED ON (Check appropriate box(es)).
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN
[X] RETALIATION  [X] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07/15/2015  Latest: 10/15/2017
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

The Respondent discriminates against me on the basis of disability, national origin (Hispanic) and/or age (44) and/or retaliation. I am subjected to different terms and conditions of employment, denied a reasonable accommodation, I was demoted and denied compensation. I filed my complaint with the Nevada Equal Rights Commission on August 30, 2017.

I was hired by the Respondent on August 23, 1993 and I am currently employed as a Cashier.

Starting on or about the summer of 2015, Christina Vargas (non-Hispanic) and Justin Bart (non-Hispanic) became my direct supervisors and began to subject me to unfair treatment. They would interfere with my duties, make rude comments and ignore me. Ms. Vargas had previously stated that she "hated Mexicans." Ms. Vargas and Mr. Bart also took my office away and awarded it to a younger individual.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 8/8/18
Charging Party Signature: /s/ L. Sanchez

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

RECEIVED
JAN 08 2018
NERC Reno

CONFIDENTIAL

SANCHEZ - 000890

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA [X] EEOC | 0112-18-0007R 34B-2017-01343 |

**Nevada Equal Rights Commission** and EEOC
*State or local Agency, if any*

In the summer of 2016 I suffered a workplace injury which resulted in my care provider requesting that I be placed on light duty and I was not to lift more than ten pounds. However, the Respondent continuously required that I work outside my restrictions from the summer of 2016 to the fall of 2017.

On or around December 29, 2016 I was demoted to the position of Cashier and I took a significant pay cut. I was never provided a reason for my demotion. As of December 2017, the Respondent has begun paying me at the rate I was paid prior to the demotion. However, they have not retroactively paid me back for the entire period for which I was being paid less. During the past two years of my employment I took my concerns to Suzanne Oetjen, Human Resources several times but she would not listen to me. I believe I was demoted in retaliation for requesting light duty and/or on the basis of my national origin and/or on the basis of my age.

I believe the Respondent's actions violate Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act (ADEA), the Americans with Disabilities Act Amendments Act (ADAAA) and Nevada State Law.

CONFIDENTIAL

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

1/8/18   [signature]
Date   Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

RECEIVED
JAN 08 2018
NERC Reno

SANCHEZ - 000891