# EXHIBIT Z

# EXHIBIT Z



**Workers Choice**
*Offered by Hometown Health Providers*

September 18, 2017

Lucero Sanchez
1730 Dark Horse Rd. Apt A
Reno NV 89521

RE:  Claimant       : Lucero Sanchez
     Claim Number   : 13684
     Date of Injury : 07/26/2016
     Employer       : Renown Health
     Insurer        : Renown Health

Dear Lucero:

We are the third party administrator for the above employer. We are in receipt of your pay stubs for the period of August 1, 2016 through August 27, 2017 and have reviewed them for consideration of temporary partial disability (TPD) benefits.

For the period of August 1, 2016 through August 14, 2016 your net earnings were $709.65. Temporary total disability for the same time frame would have been $719.62, leaving a balance due of $9.97. A check for this amount will follow under separate cover.

For the period of August 15, 2016 through August 28, 2016 your net earnings were $1,098.35. Temporary total disability for the same time frame would have been $915.88. Pursuant to NRS 616C.500, you are not due temporary partial disability benefits since your net earnings exceeded your temporary total disability for the same time frame.

For the period of August 29, 2016 through September 11, 2016 your net earnings were $1,084.30. Temporary total disability for the same time frame would have been $915.88. Pursuant to NRS 616C.500, you are not due temporary partial disability benefits since your net earnings exceeded your temporary total disability for the same time frame.

For the period of October 10, 2016 through October 23, 2016 your net earnings were $1,068.88. Temporary total disability for the same time frame would have been $915.88. Pursuant to NRS 616C.500, you are not due temporary partial disability benefits since your net earnings exceeded your temporary total disability for the same time frame.

For the period of March 27, 2017 through April 9, 2017 your net earnings were $626.20. Temporary total disability for the same time frame would have been $915.88, leaving a balance due of $289.68. A check for this amount will follow under separate cover.

For the period of April 10, 2017 through April 23, 2017 your net earnings were $657.64. Temporary total disability for the same time frame would have been $915.88, leaving a balance due of $258.24. A check for this amount will follow under separate cover.

..., 2017, through May 7, 2017 your net earnings were $843.48. Temporary total ... same time frame would have been $915.88, leaving a balance due of $72.40. A check for this ... follow under separate cover.

For the period of May 8, 2017 through May 21, 2017 your net earnings were $852.26. Temporary total disability for the same time frame would have been $915.88, leaving a balance due of $63.62. A check for this amount will follow under separate cover.

For the period of May 22, 2017 through June 4, 2017 your net earnings were $782.10. Temporary total disability for the same time frame would have been $915.88, leaving a balance due of $133.78. A check for this amount will follow under separate cover.

For the period of June 5, 2017 through June 18, 2017 your net earnings were $950.00. Temporary total disability for the same time frame would have been $915.88. Pursuant to NRS 616C.500, you are not due temporary partial disability benefits since your net earnings exceeded your temporary total disability for the same time frame.

For the period of July 3, 2017 through July 16, 2017 your net earnings were $946.32. Temporary total disability for the same time frame would have been $915.88. Pursuant to NRS 616C.500, you are not due temporary partial disability benefits since your net earnings exceeded your temporary total disability for the same time frame.

For the period of July 17, 2017 through July 30, 2017 your net earnings were $939.14. Temporary total disability for the same time frame would have been $915.88. Pursuant to NRS 616C.500, you are not due temporary partial disability benefits since your net earnings exceeded your temporary total disability for the same time frame.

For the period of July 31, 2017 through August 13, 2017 your net earnings were $704.83. Temporary total disability for the same time frame would have been $915.88, leaving a balance due of $211.05. A check for this amount will follow under separate cover.

For the period of August 14, 2017 through August 27, 2017 your net earnings were $829.16. Temporary total disability for the same time frame would have been $915.88, leaving a balance due of $86.72. A check for this amount will follow under separate cover.

Please note that you are not eligible for TPD review for the following pay periods as your hours worked were at, or nearly at the full time status: July 18, 2016 through July 31, 2016, September 12, 2016 through September 25, 2016, September 26, 2016 through October 9, 2016 and June 19, 2017 through July 27, 2017.

If you or your employer disagree with this decision, you may appeal by completing the bottom portion of this letter and submitting this notice to the Department of Administration, Hearings Division, 2200 Rancho Dr., Ste. 210, Las Vegas, NV 89102 or 1050 E. William St., Ste. 400, Carson City, NV 89701, within seventy (70) days of the date of this letter.

Sincerely,

*Latasha Cortez*

Latasha Cortez
WC Indemnity Examiner
(775)982-3266

CC:   Renown Health