# EXHIBIT AA

# EXHIBIT AA

```
 1                  UNITED STATES DISTRICT COURT
 2              IN AND FOR THE DISTRICT OF NEVADA
 3
 4
 5
 6   LUCERO SANCHEZ,                        )
 7          Plaintiff,                      )
 8      vs.                                 ) Case No.:
 9   RENOWN HEALTH, a Nevada Non-Profit     ) 3:21-cv-00352-MMD-WGC
10   Corporation, and DOES 1-20, inclusive, )
11          Defendant.                      )
12   _____)
13
14
15
16
17              RECORDED DEPOSITION OF RHONDA TU
18                 Taken on October 24, 2022
19                      At 2:58 p.m.
20               750 Sandhill Road, Suite 120
21                    Reno, Nevada 89521
22
23
24
25
```

```
 1   months, right?
 2       A.   Uh-huh.
 3       Q.   Okay.  During that time period, my client
 4   would show you her medical records, indicating what she
 5   was able and not able to do at work, right?
 6       A.   Uh-huh.
 7       Q.   Okay.  Did you comply with those requests
 8   from her doctor?
 9       A.   Yes.
10       Q.   Okay.  Did my client ever tell you there was
11   things she couldn't do or -- or -- or could do based on
12   what the doctor had said?
13       A.   She didn't discuss it with me, but I read the
14   documentation, the restriction.
15       Q.   Okay.
16       A.   So we complied with providing her a -- a bar
17   stool for her to -- in order to sit down to do mostly
18   cashiering.
19       Q.   Okay.  So who -- who asked you to provide the
20   bar stool?
21       A.   I think my supervisor.
22       Q.   And who would that be?
23       A.   Justin.
24       Q.   Okay.  Just a minute ago, I think you
25   indicated that, when my client gave you the doctor's
```

Page 22

```
 1                    CERTIFICATE OF RECORDER

 2   STATE OF NEVADA      )

 3                        )

 4                        )

 5

 6   NAME OF CASE: LUCERO SANCHEZ, PLAINTIFF VS

 7   RENOWN HEALTH, DEFENDANT

 8

 9       I, Rachael Brown, a duly commissioned Notary Public,

10   authorized to administer oaths or affirmations in the State of

11   Nevada, do hereby certify: That I recorded the foregoing

12   deposition of the witness, Rhonda Tu October 24, 2022.

13       That prior to being examined, the witness was duly sworn to

14   testify to the truth. That deposition was recorded via audio and

15   video pursuant to NRCP30(b)(3) and said deposition recording is a

16   complete, true, and accurate recording of deposition testimony.

17   A transcript was created by E-Depositions LLC to aid the audio video

18   recording. A review of the deposition [ ] was [X] was not

19   requested by the deponent and [ ] was [X] was not requested by a

20   party of the action. If a review was requested, any changes

21   communicated to me by the deponent during the period allowed are

22   appended hereto.

23       I further certify that I am not a relative or employee of

24   an attorney or counsel of any of the parties, nor a relative or

25   employee of an attorney or counsel involved in said action, nor
```

Page 23

1  a person financially interested in the action.

2      IN WITNESS WHEREOF, I have hereunto set my hand in the City

3  of Reno.

4

5  *[signature: Rachael Brown]*

6

7  Rachael Brown

8  Notary Public

9  Appointment No. 22-1620-02

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25