# EXHIBIT CC

# EXHIBIT CC



## COACHING DOCUMEN[T]

The purpose of this form is to document a non-disciplinary coaching session. The purpose of a coaching session is to provide the employee information about the expectations of the organization regarding some element of the employee's conduct or performance, and an opportunity to address the conduct or performance issues before corrective action becomes necessary.

| | | | | | |
|---|---|---|---|---|---|
| **Employee Name:** | Luz Sanchez | **Emp ID:** | 15129 | **Position:** | FNS Coordinator |
| **Org/Cost Ctr:** | 400511 | **Department Name:** | FNS | | |
| **Date Issued:** | 11/18/15 | | | | |

**Description of conduct or performance:**

On 11/11/2015 at 2:28pm, Luz was witnessed walking to her car which was parked in a visitor parking area in the front of South Meadows entrance. Parking in a non employee area is a violation of Renown Policy HRM.065 Parking Control. Luz clocked out at 2:26 on 11/11/15.

Upon investigation Luz has also failed to register her car with Renown Department of Public Safety.
All employees are required to register their vehicles upon hire or as otherwise directed with Renown Department Public Safety to receive parking permits.

In the summer months of 2015, Luz was instructed by Director of HRBP, Suzanne Oetjen and Director of Securit[y] and Transport, Ryan Clarke to park in designated employee parking areas and that it is a requirement of all Renown Health to register their car and she needed to do so immediately. Through investigation, it was discover[ed] that she failed to do both. As of 11/18/15 Luz does not have her vehicle registered that she drives to work.

Failure to register employee vehicles or complete the registration form will be considered a violation of policy ar[nd] addressed through the progressive discipline process outlined in the Coaching and Corrective Action policy.

Any further violations of Renown Health policy will lead to progressive discipline, up to and including terminatio[n]

| COACHING PLAN | Person Responsible | Date |
|---|---|---|
| Retaliation, in any form, is strictly prohibited. | All | Immediately |
| Copy of applicable policy(ies) delivered and reviewed with employee. | Leader | Today |
| expectation set to register her vehicle | LMS | 11/19/15 |

A follow-up review of conduct and/or performance will occur on or before (date): _____

*Rev. 05*

SANCHEZ - 000911

COACHING DOCUMENT

**Employee's comments:**

I have read and received a copy of the above statement and am aware of my responsibility to comply with the expected standard. My signature does not imply agreement with this coaching session. It means only that I understand its purpose, and that I have had an opportunity to have an open dialogue with my leader. I also have been given an opportunity to provide feedback to my leader about my needs from him or her. I am aware of Renown's Open Door Policy and my options of escalating work related or compliance concerns, Policy HRM.170.

I understand that coaching sessions are between my leader and myself and are not considered punitive but instead are conducted to ensure I have every opportunity to be successful. I also understand that the organization offers an Employee Assistance Program that may provide assistance in solving workplace problems if needed.

_____  11/18/15       _____  11/18/15
Leader's Signature          Date              Employee's Signature         Date

                                            _____                Date
                                            Employee's Signature

* Required for suspension or discharge                                    Page 2 of 2

Distribution:    Original – Human Resources    Copy – Manager    Copy – Employee

SANCHEZ - 000912