Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave., #82
Reno, Nevada 89509
Telephone: (775) 453-0112
Facsimile: (775) 403-2192
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUCERO SANCHEZ,<br><br>Plaintiff,<br><br>vs.<br><br>RENOWN HEALTH, a non-profit Nevada Corporation, and DOES 1-20, inclusive,<br><br>Defendant. | Case No.: 3:21-cv-00352-MMD-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSE TO MOTION FOR SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

Plaintiff Lucero Sanchez ("Plaintiff" or "Sanchez") and Defendant Renown Health ("Defendant" or "Renown") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree that the deadline for the Plaintiff to respond to the Defendant's August 11, 2023 Motion for Summary Judgment [ECF #69] be extended by a period of fourteen (14) days for to September 15, 2023.

The undersigned counsel for the Plaintiff has several other matters that have deadlines around the existing deadline to respond to the Defendant's motion, including an opening brief before the Nevada Supreme Court that is due on August 28, 2023. Further, the motion contains intricate factual and legal arguments that will require extensive time to respond to. Thus, the parties request that the Court grant the Plaintiff additional time to adequately respond to the motion.

///

DATED: August 21, 2023

BY: /s/ Sandra Ketner
Sandra Ketner, Esq.
Simons Hall Johnston PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0087

Dated: August 21, 2023

BY: /s/ Luke Busby
Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave., #82
Reno, Nevada 89509
Telephone: (775) 453-0112
Facsimile: (775) 403-2192
luke@lukeandrewbusbyltd.com

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 22, 2023