Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave.
Reno, Nevada 89509
Telephone: (775) 453-0112
Facsimile: (775) 403-2192
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUCERO SANCHEZ,<br><br>   Plaintiff,<br><br>   vs.<br><br>RENOWN HEALTH, a non-profit Nevada Corporation, and DOES 1-20, inclusive,<br><br>   Defendant. | Case No.:  3:21-cv-00352-MMD-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR RESPONSE AND REPLY TO MOTION FOR SUMMARY JUDGMENT**<br><br>**[SECOND REQUEST]** |

Plaintiff Lucero Sanchez ("Plaintiff" or "Sanchez") and Defendant Renown Health ("Defendant" or "Renown") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree that the deadline for the Plaintiff to respond to the Defendant's August 11, 2023 Motion for Summary Judgment [ECF #69] be extended by a period of twenty one 21 days to October 6, 2023.

The attorney representing the Plaintiff has multiple commitments with deadlines close to the current deadline for replying to the Defendant's motion. The motion itself has detailed factual and legal points that need significant time for a thorough response. Therefore, both parties ask the Court to provide the Plaintiff and Defendant with more time to address the motion effectively.

Further, counsel for the Defendant will be serving as a hearing officer for a three-day hearing scheduled on the dates of October 10th through October 13, 2023.  Upon the conclusion of

the hearing, Defendant's counsel will be required to issue findings and conclusions within a 10-day window. Given these commitments, the parties request an extension of the deadline for Plaintiff's opposition to the Motion to October 6th, 2023, and an additional two-week extension until December 3, 2023 for the Defendant's reply.

DATED: September 11, 2023

BY:   /s/ Sandra Ketner, Esq.
    Sandra Ketner, Esq.
    Simons Hall Johnston PC
    690 Sierra Rose Drive
    Reno, Nevada 89511
    Telephone:  (775) 785-0087

Dated:  September 11, 2023

BY:   /s/ Luke Busby, Esq.
    Luke Busby, Esq.
    Nevada Bar No. 10319
    316 California Ave.
    Reno, Nevada 89509
    Telephone:  (775) 453-0112
    Facsimile:  (775) 403-2192
    luke@lukeandrewbusbyltd.com

**IT IS SO ORDERED.**

_____
**DISTRICT COURT JUDGE**

DATED:  September 12, 2023