Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave., #82
Reno, Nevada 89509
Telephone:  (775) 453-0112
Facsimile:  (775) 403-2192
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUCERO SANCHEZ,<br><br>Plaintiff,<br><br>vs.<br><br>RENOWN HEALTH, a non-profit Nevada Corporation, and DOES 1-20, inclusive,<br><br>Defendant. | Case No.:   3:21-cv-00352-MMD-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSE TO MOTION FOR RECONSIDERATION**<br><br>**[FIRST REQUEST]** |

Plaintiff Lucero Sanchez ("Plaintiff" or "Sanchez") and Defendant Renown Health ("Defendant" or "Renown") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree that the deadline for the Plaintiff to respond to the Defendant's March 18, 2024 Motion for Reconsideration [ECF #83] be extended by a period of fourteen (14) days for to April 15, 2024.  The parties further stipulate to an extension for Renown to file a reply by a period of seven (7) days until April 29, 2024.

The parties to this mater are currently scheduled to hold a settlement conference before Judge Denney on April 10, 2024. Therefore, both parties ask the Court to provide an extension because the time and expense of responding and replying to the motion will be better used in furtherance of settlement efforts.

///

DATED: March 25, 2024

BY: /s/ Sandra Ketner, Esq.
Sandra Ketner, Esq.
Simons Hall Johnston PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0087

Dated: March 25, 2024

BY: Luke Busby, Esq.
Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave., #82
Reno, Nevada 89509
Telephone: (775) 453-0112
Facsimile: (775) 403-2192
luke@lukeandrewbusbyltd.com

**IT IS SO ORDERED.**

_____
**DISTRICT COURT JUDGE**

DATED: March 25, 2024