SANDRA KETNER, ESQ.
Nevada Bar No. 8527
SKetner@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088
Fax: (775) 785-0087
*Attorney for Defendant Renown Health*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LUCERO SANCHEZ,<br><br>  Plaintiff,<br><br>vs.<br><br>RENOWN HEALTH, a non-profit Nevada Corporation, and DOES 1-20, inclusive,<br><br>  Defendant | Case No.: 3:21-cv-00352-MMD-CSD<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER** |

   Plaintiff Lucero Sanchez and Defendant Renown Health (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree that the deadline to file the Joint Pretrial Order ("JPTO"), which is currently set for May 10, 2024, be extended for a period of thirty (30) days, until Monday, June 10, 2024.

   The Parties and their counsel attended a settlement conference on April 10, 2024, but were unable to resolve the case. Thereafter, counsel for the Parties began diligently reviewing the file and the significant number of medical records and other documents produced in the case. More specifically, Plaintiff produced over 2,000 documents while Defendant produced over 8,000 documents. Additionally, counsel for the Parties began contacting witnesses to determine their availability. Notably, the Parties have identified more than 25 fact witnesses and 10 treating physicians in addition to their respective retained medical experts.

Due to the volume of evidence produced in discovery as well as the number of potential trial witnesses, the Parties are unable to complete and submit the JPTO by May 10, 2024. However, counsel for the Parties are confident that they will be able to complete and file the JPTO by no later than June 10, 2024. This stipulation is made in good faith and not for purposes of delay.

Dated: May 1, 2024                                                      Dated: May 1, 2024

/s/ *Luke Busby*                                                          /s/ *Sandra Ketner*
LUKE BUSBY, ESQ                                                  SANDRA KETNER, ESQ.
316 California Ave., #82                                            SIMONS HALL JOHNSTON PC
Reno, NV 89509                                                        690 Sierra Rose Drive
                                                                                  Reno, Nevada 89511

*Counsel for Plaintiff*                                                *Counsel for Defendant*
*Lucero Sanchez*                                                      *Renown Health*

**ORDER**

**IT IS SO ORDERED.**

DATED THIS 1st Day of May 2024.

_____
MIRANDA M. DU
Chief U.S. District Judge