Luke Busby, Esq.
Luke Andrew Busby, Ltd.
Nevada State Bar #10319
316 California Ave.
Reno, Nevada 89509
Phone (775) 453-0112
Fax (775) 403-2192
luke@lukeandrewbusbyltd.com
*Attorney for Petitioner*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUCERO SANCHEZ,<br><br>Plaintiff,<br><br>vs.<br><br>RENOWN HEALTH, a non-profit Nevada Corporation, and DOES 1-20, inclusive,<br><br>Defendant | Case No.:  3:21-cv-00352-MMD-CSD<br><br>**ORDER GRANTING STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**[THIRD REQUEST]** |

   Plaintiff Lucero Sanchez and Defendant Renown Health (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree that the deadline to file the Joint Pretrial Order ("JPTO"), which is currently set for August 9, 2024, be extended for a period of thirty (30) days after the date the Court issues its decision on Renown's Motion for Sanctions [ECF #98].

   On August 2, 2024, the Court held a hearing on Renown's Motion for Sanctions, which requests case terminating sanctions. The Court indicated that a written order will be issued on the motion [See Minutes at ECF #105]. Because the outcome of Renown's Motion for Sanctions will determine which claims, if any, will be permitted to proceed to trial, the parties request an additional extension to file the JPTO.

This stipulation is made in good faith and not for purposes of delay.

Dated: August 8, 2024                                                              Dated: August 8, 2024


/s/ Luke Busby                                                                             /s/ Sandra Ketner
LUKE BUSBY, ESQ                                                                     SANDRA KETNER, ESQ.
316 California Ave., #82
Reno, NV 89509                                                                          690 Sierra Rose Drive
                                                                                                      Reno, Nevada 89511
*Counsel for Plaintiff*                                                                *Counsel for Defendant, Renown Health*

**ORDER**

**IT IS SO ORDERED.**

Dated this <u>8th</u> day of August 2024.

_____
U.S. District Judge