SANDRA KETNER, ESQ.
Nevada Bar No. 8527
SKetner@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088
Fax: (775) 785-0087
*Attorney for Defendant Renown Health*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LUCERO SANCHEZ,<br><br>　　Plaintiff,<br><br>vs.<br><br>RENOWN HEALTH, a non-profit Nevada Corporation, and DOES 1-20, inclusive,<br><br>　　Defendant | Case No.: 3:21-cv-00352-MMD-CSD<br><br>**ORDER GRANTING STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br>**[FIRST REQUEST]** |

Plaintiff Lucero Sanchez and Defendant Renown Health (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree that the deadline for Renown to file its response to Plaintiff's Objection to Magistrate Judge's Report and Recommendation (ECF No. 109) be extended for a period of forty-five (45) days, up to and including October 21, 2024, while the Parties negotiate the resolution of this matter as explained more fully below.

Following the issuance of Magistrate Judge Denney's Report and Recommendation dated August 9, 2024 (ECF No. 108), the Parties initiated negotiations to resolve this matter. After Plaintiff filed Objections to Magistrate Judge Denney's Report and Recommendation but before Renown's response to Plaintiff's Objections became due on September 6, 2024, the Parties reached a tentative resolution of this matter. The Parties are in the process of reducing the material terms of their agreement to writing and believe that they will be able to file a stipulation for dismissal with prejudice in the near future. However, in order to provide sufficient time for Plaintiff to review

and consider the terms of the settlement agreement required by the Older Workers Benefit Protection Act ("OWBPA"), but avoid Renown's waiver of its ability to respond to Plaintiff's Objections in the unlikely event that the Parties cannot reach a written agreement, the Parties stipulate to extend the deadline for Renown's response to Plaintiff's Objections by a period of forty-five (45) days up to and including October 21, 2024.

As previously stated, the Parties believe that they will be able to finalize a written settlement agreement, allow for the requisite consideration and revocation periods under the OWBPA to expire, and file a stipulation for dismissal with prejudice within this 45-day period but hereby submit this stipulation in order to protect Renown's ability to respond to Plaintiff's Objections until a formal and final settlement is reached.  This stipulation is made in good faith and not for purposes of delay.

Dated:  September 3, 2024                                      Dated:  September 3, 2024


/s/ *Luke Busby*                              /s/ *Sandra Ketner*
LUKE BUSBY, ESQ                               SANDRA KETNER, ESQ.
316 California Ave., #82                      Simons Hall Johnston PC
Reno, NV 89509                                690 Sierra Rose Drive
                                              Reno, Nevada 89511

*Counsel for Plaintiff*                       *Counsel for Defendant, Renown Health*

## ORDER

**IT IS SO ORDERED.**

Dated this 3rd day of September 2024.

_____
U.S. District Judge