SANDRA KETNER, ESQ.
Nevada Bar No. 8527
SKetner@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088
Fax: (775) 785-0087
*Attorney for Defendant Renown Health*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUCERO SANCHEZ,<br><br>Plaintiff,<br><br>vs.<br><br>RENOWN HEALTH, a non-profit Nevada Corporation, and DOES 1-20, inclusive,<br><br>Defendant | Case No.: 3:21-cv-00352-MMD-CSD<br><br>**ORDER GRANTING STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Lucero Sanchez and Defendant Renown Health (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree that all claims that were or could have

///

///

///

///

///

///

///

///

///

Page 1 of 2

been asserted in this matter shall be dismissed with prejudice, with each party to bear its own attorney's fees and costs.

Dated: September 23, 2024                                      Dated: September 23, 2024

/s/ *Luke Busby*                                               /s/ *Sandra Ketner*
LUKE BUSBY, ESQ                                                SANDRA KETNER, ESQ.
316 California Ave., #82                                       SIMONS HALL JOHNSTON PC
Reno, NV 89509                                                 690 Sierra Rose Drive
                                                               Reno, Nevada 89511

*Counsel for Plaintiff*                                        *Counsel for Defendant*
*Lucero Sanchez*                                               *Renown Health*

**ORDER**

**IT IS SO ORDERED.**

Dated this 24th day of September 2024.

_____
U.S. District Judge